IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

__Nicholas Lawson__
Name under which you were convicted

__262514__
Your prison number

vs. __C.O.1 Jones, Cpt. Emberton, Lt. Daily, Warden Rayvon, ADOC__
Name of Defendant(s)

CIVIL ACTION NO. __17-CV-403-KD-B__
(To be supplied by Clerk of Court)

__P.O. Box 3700, Atmore, AL 36503__
Place of Confinement and Address

FILED SEP 8 '17 PM 1:15 USDCALS

### INSTRUCTIONS - READ CAREFULLY

A. <u>Complaint Form</u>. You must file your original complaint and a copy for each named Defendant. Your complaint must be <u>clearly</u> handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. <u>Any false statement of material fact may serve as the basis for prosecution for perjury</u>.

B. <u>Proper Court</u>. Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. <u>Separate Case</u>. It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. <u>Defendants</u>. The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

E. Pleading the Complaint. Your complaint should not contain legal arguments, case law or statutory citations. You are required to provide facts. Your complaint shall be a short and plain statement of your claim and shall provide fair notice to each defendant of the claim against that defendant and of the factual grounds upon which the claim rests.

F. Fees. This complaint cannot be properly filed unless it is accompanied by the $400.00 filing fee, or a motion to proceed without prepayment of fees if you are unable to afford the filing fee and other costs associated with prosecuting this action. If IFP is granted the filing fee is $350.00.

If you are unable to pay the filing fee and service costs for this action, you may ask the Court to let you proceed without prepayment of fees and costs. A blank motion for this purpose is included.

If you wish to proceed without prepayment of fees and costs, you must complete and mail to the Clerk of Court a copy of the "Motion to Proceed Without Prepayment of Fees" mailed to you with this complaint. This motion will be returned to you without action unless you have an authorized officer at the jail or prison complete the financial statement mailed to you with this form.

Even if the Court authorizes you to proceed without prepayment of filing fees, you are obligated to pay the full $350.00. If you have the ability to pay a partial filing fee when your complaint is filed, you will be required to pay an amount, based on your assets, of up to the greater of 20 percent of your average monthly balance in your prison account or your average monthly balance for six months immediately preceding the filing of your complaint. Thereafter, your prison account will be garnished at the rate of 20 percent of your monthly income until the filing fee is paid.

G. Form of Pleadings. All pleadings and other papers filed must be on 8 1/2" x 11" paper, legibly handwritten or typewritten. Every document filed after the complaint must have the style of the case and the docket number. Every pleading must be signed by you and must contain your address and telephone number, if any; otherwise, the pleading will be stricken. See Fed. R. Civ. P. 11(a). No notary is required.

H. Certificate of Service. Each pleading filed after the complaint must contain a certificate of service indicating that the pleading has been served on the opposing parties and the date that it was sent. A pleading will be stricken if it does not contain this certificate of service. See Fed. R. Civ. P. 5.

I. Copies. This Court will not make copies of your complaint or pleadings unless you prepay the required per page copying fee.

J. Form of Pleadings. Do not write letters to the Court. All pleadings and documents should be sent to the Clerk of the Court, and not to a magistrate judge or a district judge.

K. No Evidence. No evidence shall be sent to the Court for filing or storing.

I. PREVIOUS LAWSUITS.

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____

   _____

   Defendants: _____

   _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   _____

   3. Docket Number: _____

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____

   _____

   _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

II. <u>YOUR PRESENT COMPLAINT</u>.

A. Place or institution where action complained of occurred: Holman Correctional Facility

B. Date it occurred: August 18, 2017

C. Is there a prisoner grievance procedure in this institution? Only Medical Grievances (NO)

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )    No (X)

E. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

F. If your answer is NO, explain why not: Not Aware Of Any Grievance Procedure

G. Your claim (<u>briefly</u> explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

August 18, 2017 at Approximately 8:30 p.m. I was taken to the shower in Segregation. After my shower, I was placed in my cell. C.O.1 Jones did not remove the handcuffs. After I asked him repeatedly to remove the handcuffs, I was Denied. I remained in those Handcuffs from 8-18-17 8:30pm until 8-19-17 5:45pm. I missed 3 meals. As a result of being Restrained, from the Back, I suffered nerve Damage in my left Hand and lacerations to the wrists. I was forced to soil in my own urine and feces for upward of 24 hrs. This experience was Taxing both physically and psychologically. I'm suing for Damages. I'm asking the court to especially take note of the Deliberate indifference on the Admin. part. During my awful Dilemma all of the following officers were notified: C.O.1 Jones, C.O.1 McCants, C.O.1 Lee, and Shift Supervisor Lt. Bailey. They fail to intervene.


## III. PARTIES.

A. Plaintiff (Your name/AIS): Nicholas Lawson # 262574

Your present address: P.O Box 3700 Atmore, AL 36503

B. Defendant(s): C.O. I Jones, Lt. Dailey, ADOC, Capt. Emberton, Warden Raybon

1. Defendant (full name) C.O. I Jones is employed as ADMIN at Holman, Warden Raybon

His/her present address is N/A

(a) Claim against this defendant: Negligence, Cruel and Unusual Punishment that was unnecessary, Deliberate, and Brutal.

(b) Supporting facts (Include date/location of incident):
Holman Seg. Unit / August 18, 2017 / 8:30pm / (During Shower) C.O. I Jones left the Handcuffs on me intentionally.

2. Defendant (full name) Lt. Dailey is employed as ADMIN (Shift Supervisor) at Holman Corrections

His/her present address is N/A

(a) Claim against this defendant: Negligence, Cruel and Unusual Punishment. Failure to Adhere to Protocol, resulting to my Suffering.

(b) Supporting facts (Include date/location of incident):
According to Protocol, the Shift Supervisor was suppose to come and retrieve the Handcuffs, or pass this information along to the next Shift. She did neither.

3. Defendant (full name) Capt. Emberton is employed as Capt. Of Segregation at Holman

His/her present address is N/A

5

(a) Claim against this defendant: Negligence, Cruel and Unusual Punishment, Failure to Run Seg. According to guidelines relating to Health and Security.

(b) Supporting facts (Include date/location of incident): No Ventilation, No cell clean up, Denied Rec. time (1 hour) Daily. Capt. Emberton completely neglects Health and Security Regulations. Improper Supervision over Seg Unit, and Subordinates.

C. Additional Defendants: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated: Robbery 1

2. When were you convicted? Round or About ~~2006~~ 2007

3. What is the term of your sentence? 15 yrs.

4. When did you start serving this sentence? Round or About ~~2010~~ 2007

5. Do you have any other convictions which form the basis of a future sentence?
   Yes ( )   No (X)

If so, complete the following:

(a) Date of conviction: _____

(b) Term of sentence: _____

6. What is your expected end of sentence (E.O.S.) date? _____

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

6

Writ of habeas yes( ) no( )   yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____

_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

reasonable Compensate me for my physical and psychological Distress in the
Amount of $15,000. Punitive - $8,000 / Compensating - $7,000

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

Aug 25, 2017
Date

(Signature of Plaintiff Under Penalty of Perjury)

P.O Box 3700, Holman Correctional Facility
Current Mailing Address

Atmore, AL 36503 /262514/K-9

N/A
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS. E.G.. RELEASED. TRANSFERRED. MOVED. ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

(4) Defendant (full name) Warden Raybon is employed As Warden at Holman

His/her present Address is N/A

(3) Claim against defendant: Negligence, Cruel and Unusual Punishment, Failure to Adhere to Health and Security Regulations. Improper Supervision over Seg unit and Subordinates.

(6) Supporting facts (include date/location of incident)
No Ventilation in Seg unit. No required Daily Rec. Time. No Cell clean up. Failure to properly supervise and train Subordinates.

(5) Defendant (full Name) ADOC is employed As Alabama Dept. at State

His/her present Address is N/A

(A) Claim Against Defendant: Negligence, Cruel and Unusual Punishment. Failure to Adhere to Health and Security Regulations. Improper Training of prison Administration officials resulting to my Pain and Suffering.

(B) Supporting Facts (include date/location of incident)
No Ventilation in Seg Unit. No required Daily Rec. Time. No cell clean up. The entire Administration exhibits a complete lack of professionalism. C.O.I Jones lack of Training and deliberate cruelty was bestowed upon me for no apparent reason. I was restrained in a one man cell for 24 hrs. with no food, water or ability to utilize a Toilet properly, leaving me covered in urine and feces the entire time. Officers were notified during chow time, yet they refused to remove the cuffs so that I could eat or use the Toilet. The shift supervisor (Lt. Daily) to my understanding was notified, yet failed to —

have the shift OIC's, nor did she follow protocol in passing this information over to the Day shift. As a result, I was forgotten. When the Day shift arrived, I personally informed Officer McCants of my situation as he passed the Trays out round or about 9:30 A.M. He responded "I'll Tell my Supervisor" yet no one came. The handcuffs weren't removed until 5:30 P.M. After Sgt. Earl Arrived with his Supervisor Lt. Kidd. According to them Qoute "Why weren't we told by anyone that you were down in your cell restrained By handcuffs?. The night shift didn't write anything in the log Book." After the cuffs were removed I still didn't receive any nourishment. At this Time it had been 25 hrs. since my last meal. Starving, Drenched in Sweat, Blood, urine, and Feces I still felt restrained. And I still had 10 more hours to go until Breakfast. Let it Be Known, I did not break any rules or regulations that would have resulted in Such Cruel Punishment. But even if I had (Hypothetically Speaking) This wasn't the way to Discipline a Human Being in a civilized capacity. This sort of punishment violates moral and ethics, not to mention all forms of protocol that the ADOC should have in place. All named Defendants neglected their Duties and professional Integrity Deliberately at my expense. The nerve Damage in my Left hand is permanent and impairing. The psychological Damage is permanent and impairing. Therefore I'm Seeking Punitive and Compensatory damages in the reasonable amount of $15,000.

Added note: The entire infastructure of this Administration has collapsed due to the recent infamous riots. The institution is currently undergoing reconstruction; However during this period several rules, regulations and civil rights has been neglected.