IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

NICHOLAS LAWSON, )
AIS #262514, )
)
    Plaintiff, )
)
vs. ) CASE NO. 17-403-JB-B
)
)
C. O. I. JONES, et al., )
)
    Defendants. )

## AFFIDAVIT

Before me, the undersigned authority Notary Public, personally appeared Correctional Officer Sandra Dailey, who being known to me and being duly sworn, deposes and says on oath as follows:

My name is Sandra Dailey, and I am over the age of twenty-one and competent to provide the following facts regarding the cited civil action. Presently, I am employed by the Alabama Department of Corrections and am assigned to the W.C. Holman Correctional Facility as a Correctional Lieutenant.

I have reviewed the complaint in the above referenced case, this is my response: On August 18, 2017, I was the Shift Commander on duty. I have no knowledge of this incident. At no time did I allow any officer leave handcuffs on inmate Lawson or any other inmate.

Therefore and by reason thereof, this action is hereby answered and denied.

_____
Sandra Dailey, Correctional Lieutenant


SWORN to and Subscribed before me this 28th day of January 2019.

_____
Jennifer R. Parker
NOTARY PUBLIC


_____
My Commission Expires: 3/26/2020

My Commission Expires:

My Commission Expires 3/26/2020