Alabama Department of Corrections
**Certification of Health Records**



In the matter of:

<u>Lawson Nicholas</u>
Inmate Name

<u>262514</u>
AIS #

████████
Date of Birth

I do hereby certify and affirm in writing that the within copy of documents are the exact, full, true and correct photocopies as required by the requisition thereof.

<u>Debra Marshall</u>
Printed Name

<u>MRC</u>
Title

<u>Debra Marshall</u>
Signature

<u>11-8-18</u>
Date

_____
Notary Public

_____
My Commission Expires

082011 ADOC – OHS; H – 2 form H-2 (d)




Alabama Department of Corrections

## HEALTH RECORD – MASTER PROBLEM LIST

INMATE NAME __Lawson Nicholas__ AIS # __260514__ D.O.B. ▊▊▊

Known Allergies: __NKA__        SS# ▊▊▊

**1.** Mental Health Codes:      MH-0   MH-1   MH-2   MH-3   MH-4   MH-5   MH-6
**2.** Medical Health Care Codes:      HC-1    HC-2    HC-3    HC-4   HC-5   HC-6 (with subset)

**3.** List Long-Term Chronic Problems   (* If Asthmatic record as; Mild, Moderate, or Severe)
**4.** Note any DNR, Advance Directive/Living Will as obtained. Note date timed-out and/or date rescinded

| Date Identified: | Provider Name: | 1., 2., 3., Status: | Date Resolved: | Provider Name: | Mental Health Code | Medical Health Care Code | 4. DNR, Living Will, or Advance Directive |
|---|---|---|---|---|---|---|---|
| 11/2010 | Barber | + MRSA S2 | | | | | |
| 6/11/14 | | + Tspot . | | | | | |
| 3/2/15 | | | | | | HC-1 | |
| 2/1/16 | Stone | | | | | HC-1 | |
| 4/21/16 | Stone | tetanus adm. | | | | | |
| 10/4/16 | Arnold | Hep C | | | | | |
| 3/31/17 | Arnold | S2 | | | | 1C-1 | |
| 3/13/18 | M-P | | | ) | | 1C-1 | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**TUBERCULOSIS CONTROL**

Positive Skin Test Date: 6/11/14 + Tspot
Date INH Started: 4/?/18
Completion Date 7/17/15
Remarks Completed 60 doses of INH

Quality Improvement Information
PRIVILEGED

ADOC CP60108AL-ADOC-OHS form H-1-a-Master Problem List – c

Alabama Department of Corrections
**Health Coding Guidelines Form**



| <u>Health Code</u> | <u>Status</u> | <u>Placement Guideline</u> |
|---|---|---|
| ✓ Health Code 1 | Healthy Status, Stable, Infrequent Access to Health Care | Any Institution: <u>In or Out of State</u> |
| Health Code 2 (females) | Resolution of Diagnostic Test Pending (i.e., PAP, Mammogram) | <u>In State</u> Hold |
| Health Code 3 | Health Intervention Incomplete | <u>Hold</u> at Current ADOC Institution |
| Health Code 4 | May Require Prompt Access to 24/7 Health Care Unit Staff | House in Major Institution or within Close Proximity to Major Institution |
| Health Code 5 (Check Subset) ___5-a Dialysis ___5-b Respiratory Suspect ___5-c Direct Observation Chemo-Therapy ......................... -> ___5-d Pregnancy / Post Pregnancy Recovery | Requires Specialized Treatment at a Designated Health Unit | Call Special Needs Manger or Associate Commissioner of OHS for Transfer Assistance  Twice Daily Nurse Visit & Telemedicine |
| Health Code 6 (List Subsets) _____ _____ _____ | Acute, Critical, or Long Term Health Condition Which Prevents Inmate From Routinely Attending to Own Activities of Daily Living (ADL's) | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |
| Health Code 7 | Cognitive Disorder / Alzheimer's Environment Consideration | Call Special Needs Manger or Associate Commissioner of OHS Prior to an Institution Transfer |

Provider Comments: _____

_____

_____

Provider Signature: _____ Dr. Manuel Pouparinas _____ Title: M D   Date: 3/13/18

Lawson Nicholas _____ AIS#: 262514   D.O.B. ▮▮▮▮
Inmate Name

Institution: Holman

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Note:
*Medical Provider may waive health code guidelines for inmates on anticoagulant medication and/or other critical medications that require regular therapeutic lab values based on individual inmate's clinical criteria after health evaluation by the Provider.
*Sliding Scale Insulin; do not transfer to a CWC or WR without first consulting with the Special Needs Manager or the Associate Commissioner of Health Services.

ADOC – Office of Health Services; form A-8 (a); Revised 09/2014                    File: Health Record

Alabama Department of Corrections

**INMATE FOOD SERVICE CLEARANCE**



---

**CURRENT SYMPTOM** SCREENING (REQUIRED FOR CLEARANCE):

| | | |
|---|---|---|
| Diarrhea? | ☐ Yes | ☑ No |
| Vomiting? | ☐ Yes | ☑ No |
| Jaundice? | ☐ Yes | ☑ No |
| Sore throat with fever? | ☐ Yes | ☑ No |
| Infected Cut or Open and/or Draining wound? | ☐ Yes | ☑ No |
| TB symptoms screening negative? (complete TB Symptoms Screening form) | ☑ Yes | ☐ No |
| **Heat Related Restrictions?** | ☐ Yes | ☑ No |

This inmate's Medical Record has been reviewed and he/she has been examined:

☐  He/she <u>is</u> medically cleared as a food service worker at this time.

☑  He/she <u>is not</u> medically cleared as a food service worker at this time (see comments below).

May resubmit for review again within the next: _____ days / months (circle one).

_____ellay RN_____ / ____        ___31319____
Licensed Health Care Professional Signature  /  Title        Date

---

_Lawson Nicholas_____        _262514_  ⬛        _Holman_____
**INMATE NAME**                AIS #    DOB      INSTITUTION

ADOC – Office of Health Services; 01/09/2013; Revised 06/2014

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

File:
Original in Health Record
Copy to ICS
NA0145AL
Issued 12/2014

© 2014 Corizon Health, Inc.

**Inmate Consent for Verbal Communication / Release of Current Health Status**



The verbal release of an inmate's current health information to an inmate's family member, by qualified health care personnel, is to be limited to minimal and pertinent information only - after the inmate has signed the *Inmate Consent for Verbal Communication and Release of Current Health Status* form; ADOC – OHS H-2-c.

This form is recognized as current if signed by the inmate and dated within the past twelve (12) rolling calendar months. Verbal communication will be limited to only those immediate family members, as listed by the inmate on form H-2-c and only after a phone call is referred to the health care unit by the institution Warden (or designee).

.......................................................................................................................................................................

I understand this authorization is valid for 365 days, after the date signed, and is subject to revocation by me at any time if provided in writing to ADOC, the health contractor(s), or the institution, except to the extent that disclosure has already been disclosed in reliance on this authorization.

By signing this form I authorize and release the Alabama Department of Corrections, the ADOC health contractor(s), and the institution from liability relating to verbal communication(s) concerning my current health status with the following family members:

| | |
|---|---|
| ████████████ | _87SOV_ |
| Name | Family Relationship |
| ████████████████ | ████████████ |
| Address | Phone Number |
| | |
| Name | Family Relationship |
| | |
| Address | Phone Number |

Inmate Name (printed): _Lawson Nicholas_

AIS # : _262514_                    Date of Birth: ████████

Inmate Signature: _____

_____        _3/3/18_
Authorized Health Care Professional  (signature)        Title        Date

082011 ADOC – OHS; H – 2 form H-2 (c)
Revised: 01/18/2013

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

# ADOC

## DEPARTMENT OF CORRECTIONS

## NOTIFICATION OF NEXT OF KIN

**In the event of a serious injury or illness, I request the following person be notified:**

| | |
|---|---|
| ███████████ | 8isto~ |
| Name | Relationship |

| | |
|---|---|
| ███████████ | ███████████ |
| Street Address | Phone Number |

| | | |
|---|---|---|
| Birmingham | AL | 3.1310 |
| City | State | Zip Code |

| | | | |
|---|---|---|---|
| X _Lawson_ | 262514 | ███████ | 31310 |
| Inmate Signature | Doc# | S.S.# | Date |

| | |
|---|---|
| _Witness_ | 31310 |
| Witness | Date |

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lawson Nicholas | 262514 | ███████ | ███ | Holman |

CONFIDENTIAL & PRIVILEGED

AL-70003-CMS Notification of Next of Kin



# ADOC

### INMATE NAME # _Lawson Nicholas_

### AIS# _262514_

### DOB# ▮▮▮▮▮▮▮▮

## Annual Assessment
## Five Year Record

Year _2017_     to     Year _2021_

**This form must be placed and maintained in the current working Medical Record
Move form forward until next five year cycle is completed**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP0334AL  Alabama DOC E-4a Inmate Periodic Health Assessment, reviewed 10/2010, approved 10/28/10.


## QUESTIONS

| | | | Year: |
|---|---|---|---|
| **Every Year** | 1. | | Today's Date: |
| | 2. | | Current Age of Inmate: |
| | 3. | | Blood Pressure: |
| | 4. | | Temperature: |
| | 5. | | Pulse: |
| | 6. | | Respirations: |
| | 7. | | Current Weight: |
| | 8. | | Weight 6 Months (no less than) Ago: |
| | 9. | | Pounds Gained or Lost (+/-) = |
| | 10. | | "Are you having any medical problems or symptoms?" |
| | 11. | | Random Finger Stick Blood Sugar Results: |
| | 12. | | PPD Skin Test Results (in mm's): |
| | 13. | | TB Health Screening Form (skin test contraindicated, now on or previously on TB medication). Results: |
| | 14. | | Sexually Transmitted Diseases Education Provided – Inmate / Health Person Initials: |
| | 15. | | Personal Hygiene and Hand Washing Education Provided – Inmate / Health Person Initials: |
| | 16. | | Breast (female) / Testicular (male)  Self Exam Education Provided – Inmate / Health Person Initials: |
| | 17. | | Vaccination Status Current: |
| *Female:* | 18. | | Last 3 consecutive PAP Smear results normal (if any are abnormal or unknown a PAP Smear is needed): |
| | 18. a. | | PAP Smear: |
| | 18. b. | | Breast Exam: |
| | 18. c. | | Health Care Professional Signature / Title: |
| **\*Age 40 or Over** | 19. | | Mother, father, sister, or brother known with colon cancer? (*If yes; rectal exam with stool for occult bld.): |
| **Age 50 or Over** | 20. | | Rectal Exam: |
| | 21. | | Stool for Occult Blood: |
| | 22. | | Health Care Professional Signature / Title: |
| | 23. | | Oral Screening: |
| | 24. | | Health Care Professional  Signature / Title: |
| | 25. | | Oral Hygiene Instruction Provided – Inmate / Health Person Initials: |
| | | | Snelling Eye Exam |
| | 26. | | Without Corrective Lens: |
| | 27. | | With Corrective Lens: |
| **Every Two Years** | 28. | * Age Appropriate or Clinically Indicated | Oral Screening: |
| | 29. | Oral Screening completed by (Health Care Professional Signature/Title): | |
| | 30. | Oral Hygiene Instruction Provided – Inmate / Health Person Initials: | |
| | | | Snelling Eye Exam |
| | 31. | | Without Corrective Lens: |
| | 32. | | With Corrective Lens: |
| *Female:* | 33. | Age 40 or Over | * Mammogram: |
| **Every Three Years** | 34. | | Fasting Lipid Panel: |
| | 35. | | Syphilis Serology: |
| | 36. | | Urine Chemistry (chemstrip/dipstick): |
| *Female:* | 37. | | PAP Smear: |
| *Female:* | 38. | | Gonorrhea Screen: |
| *Female:* | 39. | | Chlamydia Screen: |
| *Female:* | 40. | | Breast Exam: |
| | 41. | | Health Care Professional Signature / Title |
| **Every Five Years** | 42. | * Age Appropriate or Clinically Indicated | EKG: |
| | 43. | | *Rectal Exam: |
| | 44. | | Stool for Occult Blood: |
| *Male:* | 45. | | * Prostate Exam: |
| *Male:* | 46. | | * Testicular Exam: |
| | 47. | | Health Care Professional Signature / Title: |

CONFIDENTIAL & PRIVILEGED
Quality Improvement

Inmate Name:_____ AIS#_____ D.O.B._____



## Alabama Department of Corrections
### Inmate Periodic Health Assessment – Form E-4-(a)

| | RESPONSE | | RESPONSE | | RESPONSE |
|---|---|---|---|---|---|
| **Year 1** | Institution: Holman | **Year 2** | Institution: Holman | **Year 3** | Institution: |
| 1. | 2-247 | 1. | 3-13-98 | 1. | |
| 2. | 33 | 2. | 34 | 2. | |
| 3. | 128/73 | 3. | 120/62 | 3. | |
| 4. | 98.2 | 4. | 98.4 | 4. | |
| 5. | 91 | 5. | 82 | 5. | |
| 6. | 16 | 6. | 16 | 6. | |
| 7. | 175 lbs. | 7. | 166 lbs. | 7. | lbs. |
| 8. | 170 lbs. | 8. | 165 lbs. | 8. | lbs. |
| 9. | 73 lbs. | 9. | lbs. | 9. | lbs. |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | 10. | No / Yes (see notes) |
| 11. | 109 | 11. | 91 | 11. | |
| 12. | + spot mm's | 12. | + spot mm's | 12. | mm's |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) |
| 14. | NL / CF | 14. | / | 14. | |
| 15. | / | 15. | / | 15. | |
| 16. | / | 16. | / | 16. | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | 17. | Yes / No (see notes) |
| 18. NA | PAP Not Needed / PAP Needed | 18. NA | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) |
| 18. c. | | 18. c. | | 18. c. | |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | 19. | No / Yes (see results below) |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) |
| 22. | | 22. | | 22. | |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) |
| 24. | | 24. | | 24. | |
| 25. | / | 25. | / | 25. | |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 26. | / / | 26. | / / | 26. | / / |
| 27. | / / | 27. | / / | 27. | / / |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) |
| 29. | | 29. | | 29. | |
| 30. | NL / CF | 30. | NL / CF | 30. | |
| | OD / OS / OU | | OD / OS / OU | | OD / OS / OU |
| 31. | | 31. | | 31. | |
| 32. | | 32. | | 32. | |
| 33. NA | Normal / Abnormal (see report) | 33. ✓ | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) |
| 34. ✓ | Normal / Abnormal (see report) | 34. ✓ | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) |
| 35. 2-16 | Normal / Abnormal (see report) | 35. 2-16 | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) |
| 36. ✓ | Normal / Abnormal (see report) | 36. ✓ | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) |
| 37. NA | Normal / Abnormal (see report) | 37. NA | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) |
| 41. | Edtayer | 41. | Edtayer | 41. | |
| 42. IH4 | Normal / Abnormal (see report) | 42. IH4 | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) |
| 43. Ref | Normal / Abnormal (see notes) | 43. Ref | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) |
| 47. | Edtayer | 47. | Edtayer | 47. | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: Lawson, Nicholas     AIS# 262514     D.O.B. 9-27-63

Exhibit C




| Year 4 | RESPONSE Institution: | Year 5 | RESPONSE Institution: | Health Care Codes: |
|---|---|---|---|---|
| 1. | | 1. | | **Year 1** |
| 2. | | 2. | | Current Health Care Code: HC 1 |
| 3. | | 3. | | Provider Signature / Date: |
| 4. | | 4. | | *(signature) 3/31/17* |
| 5. | | 5. | | **Year 2** |
| 6. | | 6. | | Current Health Care Code: HC 1 |
| 7. | lbs. | 7. | lbs. | Provider Signature / Date: 3/13/18 |
| 8. | lbs. | 8. | lbs. | *(signature)* |
| 9. | lbs. | 9. | lbs. | **Year 3** |
| 10. | No / Yes (see notes) | 10. | No / Yes (see notes) | Current Health Care Code: |
| 11. | | 11. | | Provider Signature / Date: |
| 12. | mm's | 12. | mm's | |
| 13. | Normal / Abnormal (see form) | 13. | Normal / Abnormal (see form) | **Year 4** |
| 14. | / | 14. | / | Current Health Care Code: |
| 15. | / | 15. | / | Provider Signature / Date: |
| 16. | / | 16. | / | |
| 17. | Yes / No (see notes) | 17. | Yes / No (see notes) | **Year 5** |
| 18. | PAP Not Needed / PAP Needed | 18. | PAP Not Needed / PAP Needed | Current Health Care Code: |
| 18. a. | Normal / Abnormal (see report) | 18. a. | Normal / Abnormal (see report) | Provider Signature / Date: |
| 18. b. | Normal / Abnormal (see notes) | 18. b. | Normal / Abnormal (see notes) | |
| 18. c. | | 18. c. | | **Year 1 Assessment Conducted by:** |
| 19. | No / Yes (see results below) | 19. | No / Yes (see results below) | Health Care Professional Signature / Date: |
| 20. | Normal / Abnormal (see notes) | 20. | Normal / Abnormal (see notes) | |
| 21. | Negative / Positive (see notes) | 21. | Negative / Positive (see notes) | *E Gray RN 3-27-17* |
| 22. | | 22. | | **Year 2 Assessment Conducted by:** |
| 23. | Normal / Abnormal (see notes) | 23. | Normal / Abnormal (see notes) | Health Care Professional Signature / Date: |
| 24. | | 24. | | |
| 25. | / | 25. | / | *E Gray RN 3/13/18* |
| | OD / OS / OU | | OD / OS / OU | **Year 3 Assessment Conducted by:** |
| 26. | / | 26. | / | Health Care Professional Signature / Date: |
| 27. | / | 27. | / | |
| 28. | Normal / Abnormal (see notes) | 28. | Normal / Abnormal (see notes) | |
| 29. | | 29. | | **Year 4 Assessment Conducted by:** |
| 30. | / | 30. | / | Health Care Professional Signature / Date: |
| | OD / OS / OU | | OD / OS / OU | |
| 31. | / | 31. | / | |
| 32. | | 32. | | **Year 5 Assessment Conducted by:** |
| 33. | Normal / Abnormal (see report) | 33. | Normal / Abnormal (see report) | Health Care Professional Signature / Date: |
| 34. | Normal / Abnormal (see report) | 34. | Normal / Abnormal (see report) | |
| 35. | Normal / Abnormal (see report) | 35. | Normal / Abnormal (see report) | |
| 36. | Normal / Abnormal (see report) | 36. | Normal / Abnormal (see report) | **Begin Next Five Year** |
| 37. | Normal / Abnormal (see report) | 37. | Normal / Abnormal (see report) | **Periodic Health Assessment Cycle:** |
| 38. | Normal / Abnormal (see report) | 38. | Normal / Abnormal (see report) | |
| 39. | Normal / Abnormal (see report) | 39. | Normal / Abnormal (see report) | **Month:** |
| 40. | Normal / Abnormal (see notes) | 40. | Normal / Abnormal (see notes) | |
| 41. | | 41. | | **Year:** |
| 42. | Normal / Abnormal (see report) | 42. | Normal / Abnormal (see report) | |
| 43. | Normal / Abnormal (see notes) | 43. | Normal / Abnormal (see notes) | |
| 44. | Negative / Positive (see notes) | 44. | Negative / Positive (see notes) | ADOC Office of Health Services |
| 45. | Normal / Abnormal (see notes) | 45. | Normal / Abnormal (see notes) | Policy and Procedure E-4 |
| 46. | Normal / Abnormal (see notes) | 46. | Normal / Abnormal (see notes) | 2nd Edition December 1, 2011 |
| 47. | | 47. | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name: _____ AIS# _____ D.O.B. _____



| Date / Time: | Notes |
|---|---|
| 3/3/14 | ⑩ "I think I might have a hemorroid. It's a little piece of skin hanging out. It doesn't hurt." ——— Sawyer |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name:_____ AIS#_____ D.O.B._____



**HSR#** Holman

**Date/Time** 11-2-18   1526

**Offender Information:**

| Lawson | Nicholas | | ID#: 262514 |
|---|---|---|---|
| Last Name | First Name | MI | |

## CONSTIPATION

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:**<br>If temperature is greater than 101°F<br>If patient indicates constipation is alternating with diarrhea<br>Presence of pain<br>Unexpalined vomiting<br>Is symptoms persist after 3 days<br>Inability to stand erect<br>Diminished or absent bowel sounds<br>If blood in stool<br>If pregnant |
| Last bowel movement? 10-31-18 | |
| Color, consistency: brown - hard. | |
| Any pain, nausea, vomiting or abdominal distension? denies | |
| On medication? See mar | **Nursing Intervention:**<br>Milk of Magnesia 30 cc q.h.s. x 3 days, followed by a glass of<br>water then pm qhs x 3 days. (Avoid MOM in patients with<br>renal insufficiency)<br>Fiber-lax p.o. b.i.d. x 3 days<br>Colace 200 mg p.o. b.i.d. x 3 days |
| Past episodes and treatment: yes- Mag citrate | |
| Is this chronic? no | |
| Level of physical activity: low | |
| Dietary patterns: Voices fasting | **Patient Teaching:**<br>Medication instruction<br>Increase oral fluid intake<br>Increase level of physical activity, if able<br>Select fruit and vegetable for diet whenever possible<br>Follow-up to sick call if symptoms persist after 3 days, or they<br>worsen in severity |
| **O)** | |
| T 924  P 69  R 18  BP 127/78  WT 165 | |
| Abdomen distended? no | |
| Bowel sounds Y/N | |
| Pain when standing erect? Y/N | |
| Presence of hemmoroids? Y/N | |
| **A)** | **Follow-Up:**<br>Return to sick call if symptoms worsen or persist |
| Alteration in Elimination | |

Signature/ Title _____ RN DT

CONFIDENTIAL & PRIVILEGED
Quality Improvement information


**Offender Information:**

Lawson _____ Nicholas _____ _____ ID#: 262514
Last Name          First Name          MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/2/18 | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

**CONSTIPATION**

Exhibit C

Alabama Department of Corrections
## Sick Call Request



**[Step One]**

**Reason for Sick Call Request:** Constapatun !

Name (print): Nicholas Lawson          AIS #: 262514    Date of Birth: _____

Institution: Holman          Housing Area: C-13          Date: _____

**[Step Two]**

Sick Call Form Collected by Health Staff: _CL_ (initials)  Title: _N_  Date: _11-2-18_  Time: _12w_

**[Step Three]**

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not** Required          (1) _____ Referring to Chronic Care Manager

                                                              (2) _____ Written Response/Instruction Being Provided

-----------------------------------------------------------

B. _✓_ Nurse Sick Call Encounter Required          (1) _____ Bring to HCU at this time for further evaluation

                                                   (2) _✓_ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _____          Date: _11-2-18_  Time: _0200_

**[Step Four]**

**Nurse Sick Call:**                                    **Outcome:**

    Co-Pay Fee (check applicable):                    1. _____ Resolved by Nurse Encounter

    _____ Nurse Encounter                             2. _____ Referral Requested by Nurse:

    _____ OTC/s  (if restrictive housing – no OTC fee)      (a) _____ Medical Provider

    _____ Scheduled but Refused Encounter                  (b) _____ Dental Services

    _____ No Co-Pay Fee (exempt encounter)                 (c) _____ Mental Health Services

                                                           (d) _____ Other: _____

Signature / Title: _____          Date: _____  Time: _____

_____

**Inmate Name**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**AIS #**

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate

Alabama Department of Correction[...]



## Sick Call Request

[Step One]

**Reason for Sick Call Request:**

*Corn & Clip's my Toenail*

Name (print): _Nichulas    Lauson_     AIS #: _262574_     Date of Birth: _____

Institution: _____     Housing Area: _C-13_     Date: _____

[Step Two]

Sick Call Form Collected by Health Staff: _CR_ (initials)   Title: _R_   Date: _10-8-18_   Time: _022_

[Step Three]

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not Required**   (1) _____ Referring to Chronic Care Manager

*Cancelled clipped Toe nails on 10-15-18*

(2) _____ Written Response/Instruction Being Provided

B. _✓_ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) _✓_ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _C. Yang_     Date: _10-8-18_   Time: _022_

[Step Four]

**Nurse Sick Call:**                          **Outcome:**

Co-Pay Fee (check applicable):                1. _____ Resolved by Nurse Encounter

_____ Nurse Encounter                         2. _____ Referral Requested by Nurse:

_____ OTC/s (if restrictive housing – no OTC fee)      (a) _____ Medical Provider

_____ Scheduled but Refused Encounter         (b) _____ Dental Services

_____ No Co-Pay Fee (exempt encounter)        (c) _____ Mental Health Services

*Already Scratched*

(d) _____ Other: _____

Signature / Title: _____     Date: _10-15-18_   Time: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Inmate Name _____                        AIS # _____

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate



**Wexford Health**
SOURCES INCORPORATED

ALABAM
PROGRESS NOTE:

HSR# 1155
Date/Time 10/11/18

Offender Information:

| Lawson | Nicholar | 260514 |
|---|---|---|
| Last Name | First Name | MI | ID#:_____ |

# HEROIN/ OPIATE WITHDRAWAL

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** � stopped heroin on 10/8/18 | **P)** Refer to provider |
| Allergies? NKA | **Refer to Provider for med orders:** Anytime Opiate drug withdrawal is suspected. |
| What symptoms are you experiencing? Nausea, vomiting, restlessness, anxiety, diaphoresis, pain, abdominal cramping, diarrhea Other_____ N/V, insomnia, occasional dizzyness | |
| Type of drugs used? heroin | |
| How often used? 2 to 3 Xs daily | |
| Type of drug used: \ | |
| Amount used? \ | |
| Last used? \ | **Nursing Intervention:** Push fluid.s Initiate diphenhydramine 50 mg p.o. t.i.d. prn x 3 days. Imodium 2 caps t.i.d. prn for diarrhea x 3 days. For discomfort: Acetaminophen 325 mg, 2 tablets p.o. t.i.d. p.r.n. x 3 days (max OTC dose is 1200 mg per day). |
| History of withdrawal symptoms? | |
| Pattern of use? daily | |
| Use of other drugs or alcohol? Marijuana occasional | |
| History of withdrawal symptoms? | |
| History of other medical problems? Seizure d/o | |
| **O)** A,A,Ox52, skin w/o ○ acute distress noted | |
| T 98.0 P 73 R 20 BP 113/72 WT 168 98% | |
| Level of distress apparent: (mild) moderate severe calm cooperative | **Follow Up** If no improvement after 3 days of treatment, refer to MD for further treatment options. |
| Diaphoresis present? Y /(N) | |
| Tremors? Y / N Muscle spasms present? (Y) N "joints aching" | |
| Nausea/ vomiting present? (Y) N Abdomen: soft, bowel sounds present, tender to palpation BS WNL x54 | |
| Diarrhea/ abdominal cramps present? Y /(N) Gait: normal, unsteady, needs assistance | |
| **A)** Alt in health main | |
| Alteration in Health Maintenance | CONFIDENTIAL & PRIVILEGED Quality Improvement Information |
| Signature/ Title  L Morse | |

Rev.10/5/2017 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

**HEROIN/ OPIATE WITHDRAWAL**

Exhibit C

Alabama Department of Corrections
## Sick Call Request



[Step One]

**Reason for Sick Call Request:**

Emergency? (Critical)

Name (print): _Nicholas Lewison_   AIS #: _262514_  Date of Birth: _____

Institution: _Holman_   Housing Area: _C-13_   Date: _____

[Step Two]

Sick Call Form Collected by Health Staff: _N_ (initials)  Title: _N_  Date: _10-11-18_  Time: _02w_

[Step Three]

**Request Triaged** (check as appropriate):

A. _____ Sick Call Nurse Encounter **Not** Required

    (1) _____ Referring to Chronic Care Manager

    (2) _____ Written Response/Instruction Being Provided

---------------------------------------------------------------

B. _✓_ Nurse Sick Call Encounter Required

    (1) _____ Bring to HCU at this time for further evaluation

    (2) _✓_ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _____   Date: _10-11-18_  Time: _02w_

[Step Four]

**Nurse Sick Call:** )

Co-Pay Fee (check applicable):

_✓_ Nurse Encounter

_____ OTC/s  (if restrictive housing – no OTC fee)

_____ Scheduled but Refused Encounter

_____ No Co-Pay Fee (exempt encounter)

**Outcome:**

1. _____ Resolved by Nurse Encounter

2. _____ Referral Requested by Nurse:

    (a) _____ Medical Provider

    (b) _____ Dental Services

    (c) _____ Mental Health Services

    (d) _____ Other: _____

Signature / Title: _____   Date: _____  Time: _____

_____

Inmate Name

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

AIS #

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate


HSR# *Holman*

Date/Time *8-2-18   1145*

**Offender Information:**

*Lawson*
Last Name

*Nicholas.*
First Name

MI

ID#: *262514*

## NON-SPECIFIC DISCOMFORT

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? *NKA* | **Refer to Provider:** Patient presents more than twice at NSC for c/o same discomfort. Patient presents with signs of acute, severe discomfort. |
| Location of pain/discomfort. *denies* | |
| Describe pain i.e.; stabbing, throbbing, constant, intermittent etc. *NA* | **Nursing Intervention:** For discomfort: Acetaminophen 325 mg, 1 - 2 tablets p.o. t.i.d. p.r.n. x 7 days (max OTC dose is 1200 mg per day). |
| Have you had this pain before and how was it treated? *denies* | |
| Rate the pain level on a scale of 1-10  *NO pain.*  1  2  3  4  5  6  7  8  9  10 | |
| | |
| | |
| | |
| **O)** | |
| T *96⁸* P *70* R *10* BP *114/70* WT *161* *100%* | |
| Document signs of obvious discomfort. *NA* | |
| Document observations related to body part affected *NA* | |
| | |
| **A)** | **Follow Up:** Return to sick call if discomfort does not improve. |
| **Alteration in Comfort** | |

Signature/ Title *J. Stewart LN DT*

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

NON-SPECIFIC DISCOMFORT


Offender Information:

Lawson                     Nicholas              ___  ID#: 26254
Last Name                  First Name            MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|----------------------------------|-------|
| 8/21/18 1150 | IM c/o wt loss and fatigue, no specific complaints, denies pain. 17# unintentional weight loss in (1) year. Denies N/V, diarrhea loss in appetite. Appt made c provider J Steward RN DP | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

**NON-SPECIFIC DISCOMFORT**

Exhibit C

 

Alabama Department of Correcti___

## Sick Call Request

**[Step One]**

**Reason for Sick Call Request:**

Req to be put on Ensure Due to Drastic Weight Loss and Loss of energy

Name (print): Nicholas Lawson          AIS #: 262514          Date of Birth: ▮

Institution: _____   Housing Area: L-13   Date: _____

**[Step Two]**

Sick Call Form Collected by Health Staff: _RD_ (initials)   Title: _LPN_   Date: 8/18/18   Time: 0300

**[Step Three]**

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not** Required

   (1) _____ Referring to Chronic Care Manager

   (2) _____ Written Response/Instruction Being Provided

B. _✓_ Nurse Sick Call Encounter Required

   (1) _____ Bring to HCU at this time for further evaluation

   (2) _✓_ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _T. Huohs RN_          Date: 8/18/18   Time: 0800

**[Step Four]**

**Nurse Sick Call:**

Co-Pay Fee (check applicable):

_✓_ Nurse Encounter

_____ OTC/s (if restrictive housing – no OTC fee)

_____ Scheduled but Refused Encounter

_____ No Co-Pay Fee (exempt encounter)

**Outcome:**

1. _____ Resolved by Nurse Encounter

2. _✓_ Referral Requested by Nurse:

   (a) _✓_ Medical Provider

   (b) _____ Dental Services

   (c) _____ Mental Health Services

   (d) _____ Other: _____

Signature / Title: _____   Date: 8-21-18   Time: 1150

Inmate Name _____

AIS # _____

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

**CONFIDENTIAL & PRIVILEGED**
**Quality Improvement Information**

Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate


**HSR#**

**Date/Time**

| Offender Information: |
|---|
| Lawson | Nicholas | | ID# 262514 |
| Last Name | First Name | MI | |

## COUGH/CHEST CONGESTION

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:** Fever greater than 101°F. Severe headache, stiff neck, shortness of breath. Blood is coughed up. |
| How many days? Productive/Nonproductive? 3 day productive coughing | Cervical lymph node enlargement is noted. Evidence of night sweats. Evidence of weight loss. |
| If productive - amount, color: Coughing up blood (Y)/ N Greenish phlegm | Reecurring diarrhea. Diminished breath sounds. Pain with cough. |
| Any congestion, runny nose, stiff neck, headache, fever, earache, (sore throat,) (SOB) chills, (diaphoresis) wheezing, (chest tightness) or chest pain (circle any that apply) | Cough unresolved after protocol implemted x 3 days. **Nursing Intervention:** For muscle aches or low-grade temp: Acetaminophen 325 mg, 2 tablets p.o. b.i.d. p.r.n. x 3 days (max OTC dose is 1200 mg per day). |
| Hx of asthma, allergies, smoker or heart problems? Hx of positive TB, Smoker | For dry cough, give: Guaifenesin 200 mg, 2 tabs p.o. b.i.d. prn x 3 days. For allergic symptoms, give: Loratadine 10 mg daily p.r.n. x 3 days. |
| Any medical conditions? Seizures, Hep C | |
| Medications? Dilantin 300mg QAM 200mg QPM | **Patient Teaching:** Increase fluid intake. Medication instructions. |
| **O)** | No smoking. Cough into elbow, not hand. Proper hand washing. |
| T 98.0  P 85  R 18  BP 116/70  WT 99% | Follow-up after 3-5 days to sick call if symptoms have not improved, or if symptoms worsen. |
| Lung sounds Clear Bilaterally | |
| Examine throat, nasal passages and ear canals No fluid in ear passages None noted | Lozenges (2) x 5 days BID |
| Skin color (pink) mottled, cyanotic, gray, pale, flushed | |
| Skin temperature (warm) hot, cool, clammy, dry | |
| Cervical lymph nodes enlarged? No | |
| **A)** | **Follow-Up:** Return to sick call if symptoms worsen or persist for more than one week. |
| Alteration in Health Maintenance | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Signature/ Title N. Goldwa, LPN


HSR# _____

Date/Time 8/10/18  0145

**Offender Information:**

Lawson                     Nicholas          ___
Last Name                  First Name        MI          ID#: 262574

# ATHELETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA CRURIS)

| Subjective, Objective, Assessment | Plans |
|---|---|
| **S)** | **P)** |
| Allergies? NKA | **Refer to Provider:** If recurring problem without healing given use of the treatment protocol. All diabetics with open foot sore If any open sores present Signs of secondary infection Temperature greater than 99.5°F If allergic to topical antifungal agent |
| Is this a recurring problem? Yes | |
| How long have you had this problem? 1 week | |
| Does the area itch or burn? yes | |
| Any past HX, if so, how treated? yes | **Nursing Intervention:** Cleanse area with soap and water. Tolnaftate 1% cream b.i.d. x 4 weeks; instruct patient on use of anti-fungal cream (use sparingly, etc.) - Give one tube. |
| Are you taking medications? Pt state he was put on "a pill for it" | |
| **O)** | |
| T 97.6  P 47  R 18  BP 143/119/80  WT 166 lbs   98%O2 RA | **Patient Teaching (Athlete's Foot):** Expose feet to air whenever possible. Keep feet clean and dry, thoroughly between toes. Wear shower shoes in shower (if available), canvas shoes during the day Wear clean socks (cotton preferred) Put on socks before underwear to avoid spreading infection to groin Medication instruction Follow-up if worsens or does not subside within 4 weeks |
| Note location and size of areas involved (check feet, head, groin and hands). Groin, pubic area creases of (r)(L) thigh | |
| Check for rash, secondary infection, flaky, macerated patches, fissures cracking yes | |
| Open sores? None noted | |
| Unilateral or bilateral erythemia? NA | **Patient Teaching (Jock Itch)** a. Dry affected area thoroughly after bathing and evenly apply medication b. Keep skin clean and dry c. Wear loose-fitting clothing which should be changed daily (esp. cotton underwear if allowed.) d. Anti-fungal cream as above |
| Well defined borders? NA | |
| Distribution of groin area (usually not scrotum) Scabbed, flaky, cracking | |
| **A)** Pt A+O x3  No acute distress noted 1/m presented to HCU with jock itch to groin, pubic creases, inner thighs. Administered 1 tube of Tolnaftate 1%. Advised 1/m to cleanse area w/ soap, water, allow to dry. Apply thin layer of cream to affected area. 1/m voiced understanding ——— _____, LPN | **Follow-Up:** Explain the importance of follow-up if symptoms worsen or persist for more than 4 weeks |
| Altered Skin Integrity | |
| Signature/ Title _____, LPN | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 6/27/2018 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL ATHLETE'S FOOT/JOCK ITCH (TINEA PEDIS & TINEA C

Page 22 of 154                                                          Exhibit C

Alabama Department of Corrections
## Sick Call Request



[Step One]

**Reason for Sick Call Request:** I have Jockitch!

Name (print): Nicholas Lawson          AIS #: 262574     Date of Birth: _____

Institution: _____     Housing Area: _____     Date: _____

[Step Two]

Sick Call Form Collected by Health Staff: _PH_ (initials)   Title: _RN_   Date: 8/7/18   Time: 0200

[Step Three]

**Request Triaged (check as appropriate):**

A. _____ Sick Call Nurse Encounter **Not** Required

(1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

-------------------------------------------------------------

B. __✓__ Nurse Sick Call Encounter Required

(1) _____ Bring to HCU at this time for further evaluation

(2) __✓__ Evaluate in next scheduled Nurse Sick Call Clinic

Signature / Title: _C. Yonge_          Date: 8/7/18   Time: 0200

[Step Four]

| Nurse Sick Call: | Outcome: |
|---|---|
| Co-Pay Fee (check applicable): | 1. _____ Resolved by Nurse Encounter |
| _____ Nurse Encounter | 2. _____ Referral Requested by Nurse: |
| _____ OTC/s  (if restrictive housing – no OTC fee) | (a) _____ Medical Provider |
| _____ Scheduled but Refused Encounter | (b) _____ Dental Services |
| _____ No Co-Pay Fee (exempt encounter) | (c) _____ Mental Health Services |
| | (d) _____ Other: _____ |

Signature / Title: _____          Date: _____   Time: _____

_____          _____

Inmate Name                                                          AIS #

ADOC – OHS form E-7 (a) 032013; Revised: 10/2014

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
Distribution:  Original Sheet – Health Record file
Last Sheet – Inmate retains
Center Sheet – Communication to Inmate

# Alabama Department of Corrections
## Sick Call Request



| **Reason for Sick Call Request:** |
|---|

Need 2 cut my nails very Badly

Name (print): Nicholas Lewis    AIS # 262514    Date of Birth

Institution: _____    Housing Area: 1-13    Date: _____

Sick Call Form Collected by Health Staff: _____ (initials) Title: LPN Date: 7/6/16 Time: 0230

| **Request Triaged** (check as appropriate): |
|---|

A. _____ Sick Call Nurse Encounter Not Required    (1) _____ Referring to Chronic Care Manager

(2) _____ Written Response/Instruction Being Provided

B. _____ Nurse Sick Call Encounter Required  *cancelled*   (1) _____ Bring to HCU at this time for further evaluation

(2) _____ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: T. HODGES RN    Date: 7.7.14

| **Sick Call Encounter** (Nurse Evaluation Tool Completed): |
|---|

1 _____ Resolved by Nurse Encounter    2 _____ Referral for follow up required; to be scheduled

**Co-Pay Fee Incurred:**    (a) _____ Medical Provider

_____ $4.00 - Nurse    (b) _____ Dental Clinic

_____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge    (c) _____ Mental Health Services

_____ $4.00 – **Scheduled but Refused Encounter**    (d) _____ Other:_____

Inmate Name _____    AIS# _____

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
Copy (page 3)-retained by inmate
Copy (page 2)-inmate post health review

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**Reason for Sick Call Request:** I have a Boil or Absess on my stomach that one of your nurses performed a unsucessful culture on, Thus causing an infection.

Name (print): Nicholas Lawson       AIS # 262574

| Institution: | Housing Area: C-13 | Date: |

Sick Call Form Collected by Health Staff: __RO__ (initials) Title: __LPN__ Date: 6/25/18 Time: 0200

---

**Request Triaged** (check as appropriate):

A. ____ Sick Call Nurse Encounter **Not** Required

    (1) ____ Referring to Chronic Care Manager

    (2) ____ Written Response/Instruction Being Provided

B. ✓ Nurse Sick Call Encounter Required

    (1) ____ Bring to HCU at this time for further evaluation

    (2) ✓ **Evaluate** in next scheduled Nurse Sick Call Clinic

Signature/Title: _____     Date: 6/25/18

---

**Sick Call Encounter** (Nurse Evaluation Tool Completed):

1 ____ Resolved by Nurse Encounter

    **Co-Pay Fee Incurred:**

    ____ $4.00 - Nurse

    ____ $4.00 – OTC(s); **If Restrictive Housing**-no OTC charge

    ____ $4.00 – **Scheduled but Refused Encounter**

2 ____ Referral for follow up required; to be scheduled

    (a) ____ Medical Provider

    (b) ____ Dental Clinic

    (c) ____ Mental Health Services

    (d) ____ Other:_____

---

Nicholas Lawson
**Inmate Name**

262574
**AIS#**

CONFIDENTIAL & PRIVILEGED
Public Information © 2014 Corizon Health, Inc.

ADOC-OHS form E-7 (a) 022013
CP7166AL
Issued 10/2013, Revised 11/2014

Distribution: Original (page 1)-Inmate Health Record
    Copy (page 3)-retained by inmate
    Copy (page 2)-inmate post health review

 

CORIZON COPY — Alabama Department of Corrections
Inmate Body Chart Documentation Form

Institution: Holman     Date: 10/21/18   Time: 1835

Individual Requesting Body Chart (print name): Lang     Title: Sgt

**Inmate statement:**

" No Statement                                                                                              "

**Description of markings:**

No skin abnormalities. A+O x3. Calm + cooperative,
VS stable.

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): DMoody LPN     Date: 10·21·18   Time: 1835

Inmate Name: Lawson Nicholas     AIS #: ~~█████~~

CONFIDENTIAL & PRIVATE
Quality Improvement Information

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.

 

**C❄RIZON**
HEALTH™

Alabama Department of Corrections
**Inmate Body Chart Documentation Form**

Institution: _Holman_          Date: _6/16/18_   Time: _1031_

Individual Requesting Body Chart (print name): _Kidd_          Title: _Lt._

**Inmate statement:**

" _No statement_ "

**Description of markings:**

_No injuries noted at this time._

Check below:
___ *NET additionally completed and filed in the inmate health record.
___ *Special Health Needs Communication Form completed and distributed, as necessary.

Health Professional (signature): _____          Date: _6/16/18_   Time: _1031_

CONFIDENTIAL & PRIVIL
Quality Improvement Info

Inmate Name: _Lawson Nicholas_          AIS #: _265914_   DOB

CP70007AL
Issued 8/2014

File: Original-Inmate Health File   Copy: ADOC Official
ADOC Office of Health Services   Form E 11 (a) 8/2014

© 2014 Corizon Health Inc.



ALAB
PROGRESS N

HSR# 9·27·83

Date/Time 6·16·18 @ 1005

**Offender Information:**

Last Name: Lawson
First Name: Nicholas
MI:
ID#: 262514

## SEIZURES

| Subjective, Objective, Assessment | Plans |
|---|---|
| S) "I'm having a seizure" "I had a cigarette earlier that someone gave me." Allergies? NKDA | P) |
| Loss of consciousness? NO | **Provider Referral:** All seizure activity. Repetitive seizures, loss of consciousness, any severe respiratory distress necessitate emergency care. Call 911 for emergency transport to ER if: • Airway compromise. • Repetitive seizures. • Persistent altered level of consciousness after seizure not consistent with post-ictal state. Evaluation and need to alter medication, or if no history of seizure activity. |
| Any Hx of seizures? Yes | |
| Is there an aura before the seizure? "My mind skips" How long did it last? Ended @ 1020 | |
| What were you doing when the seizure began? On my bunk Injury during seizure? NO | **Nursing Intervention:** Maintain clear airway - turn to side to provide drainage of secretions - do not attempt to place objects in mouth. Do not restrain patient during the seizure activity. It is not possible to stop the seizure and restraining the patient may increase the possibility of injury. After the seizure, the patient will likely awaken confused and disoriented. • Place the patient in recovery position on the left side. • Maintain airway. Monitor vital signs. Check blood glucose level STAT. If glucose is less than 80 mg/dl, administer oral glucose solution (if the patient is awake and airway is not compromised) or ½ ampule of 50% dextrose intravenously, if IV services are available at your site. Keep patient in dark quiet room. Observe and be able to describe seizure. Notify physician that patient had seizure. |
| What medications are you on? Is there medication compliance? Yes | |
| Any witnesses? Describe what they saw: NO Any Hx of Substance/ ETOH abuse? Y/N Date of last use? 2wks ago | |
| O) | |
| T 99.8  P 121  R 24  BP 134/61  WT 172# Airway patency? Yes | |
| Check for any potential injury obtained during seizure Level of consciousness? A+O×3 | |
| Check for any incontinency of bowel or bladder — None Observe for lethargy and/or loss of muscle coordination — None | |
| Tongue biting? NO Check ocular movement PERRLA | **Patient Teaching:** Advise patient to notify medical personnel of any seizure activity or feeling of impending seizure activity. Always take medication as prescribed. Importance of lab draws as ordered by physician. |
| Note drooling and/or garbled speech NO Muscular contractions? NO Facial Symmetry? WNL | |
| Grasps equal? Y / N Oriented x1 x2 x3 | Smoking cessation taught |
| Lung sounds: WNL | |
| Post-ictal state (deep sleep, headache, confusion, muscles sore, duration of post-ictal state N/A | |
| A) | Follow-Up: Follow-up as directed by the practitioner. |
| **Alteration in Health Status** | |

Signature/ Title DMoody LPN

BMP Dilantin Drug Panel

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev.10/5/2017 Wexford Health Sources, Inc. PROPRIETARY and CONFIDENTIAL

Last Name: Lawson
First Name: Nicholas
MI: _____
ID#: 262514

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6/16/18 1035 | Obtained labs from (L) AC x1 stick successful using 23G BF and aseptic technique. Pt. tolerated well s̄ difficulty. UA collected clean catch kch. —DMoody RN | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

SEIZURES

Exhibit C



## Progress Note

| | Last | First | | MI |
|---|---|---|---|---|
| **Name:** | | | | |
| **Date of Birth:** | | | **ID#:** | |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| Nicholas Lawson | | 1005 — In HCU via W/C | |
| | | 1008   1mg Ativan (L) Deltoid. | |
| Lt. Kidd | | | |
| | | 134/61 | |
| | | 24 | |
| | | 98% | |
| | | 121 | |
| | | 99.8 | |
| | | I had a cigarette earlier that someone gave me | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



# Progress Note

| Name: | Last _Lawson_ | First _Nicholas_ | MI |
|---|---|---|---|

Date of Birth: 27 Sept 83          ID#: 26 2514

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 17 Sept 18 | 1222 | re': Weight loss | |
| wt | 170 | T: 98.4  P: 63  R: 20  BP: 120/10 | Sat 98% |
| | | S: 34 y/o BM. Here to discuss weight loss. | |
| | | Patient has lost about eighteen | |
| | | pounds. He continues to smoke. | |
| | | Patient is not happy ē quality of | |
| | | food. | |
| | | O: Neuro: A&O x3, PERRL, Cranial nerves | |
| | | 2-12 grossly intact. | |
| | | Lungs: Respecase. No rales, rhonchi, | |
| | | or wheezing. | |
| | | Heart: Regular rate. No murmurs, heaves, | |
| | | clicks, or rubs. | |
| | | Abd: Soft and nontender. No abdominal | |
| | | bruits. No organomegaly. | |
| | | A) Weight loss related to food dislike | |
| | | P) Quit smoking | |
| | | [signature] Shown Crosby CRNP | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL

Exhibit C

**Provider Non-Medication Order Form**

FACILITY: _____ Welman

| INMATE NAME: | DIAGNOSIS (If Changed) | |
|---|---|---|
| Lawson, Nicholas | Dilantin Level | |
| **ID:** 262514 | Chem 24/CBC | |
| **DOB:** | | |
| **ALLERGIES:** | | |
| | **PROVIDER SIGNATURE:** | **DATE:** 5/11/18 |
| | **PRINT NAME:** Jesse Strudleu | **TIME:** 1030 |
| **NOTED OFF BY:** _Michele L_ | **DATE/TIME:** 5-11-18 | |

| INMATE NAME: | DIAGNOSIS (If Changed) | |
|---|---|---|
| | | |
| **ID:** | | |
| **DOB:** | | |
| **ALLERGIES:** | | |
| | **PROVIDER SIGNATURE:** | **DATE:** |
| | **PRINT NAME:** | **TIME:** |
| **NOTED OFF BY:** | **DATE/TIME:** | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Rev. 4/1/2018

Exhibit C

## PHYSICIAN'S ORDERS

| PATIENT NAME: Lawson Nicholas |
|---|
| INMATE #: 262514    DOB: ▮▮▮▮▮ |
| ALLERGIES:    ☑ NKDA |

CUTOFF TIMES:
New Orders: 3:00 PM CT (4:00 PM ET)
Reorders: 4:00 PM CT (5:00 PM ET)
THE PREVIOUS DAY

---

DATE/TIME OF ORDER: 4/23/18    1500    START DATE: 4/23/18    STOP DATE: 5/23/2018

CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK    ☑ NEW ORDER / PHARMACY    ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:

Cetaphil Soap

DIRECTIONS:    KOP ☐

Use as directed with shower daily

VERBAL ORDER: ☐    TELEPHONE ORDER: ☐

NOTED BY: *Shelley*

DATE: 4-23-18    TIME: 1510

PROVIDER SIGNATURE: *[signature]* cenp

QUANTITY (#):

PRINT NAME: Jesse Strickland

---

DATE/TIME OF ORDER: 4/23/18    1500    START DATE: 4/24/18    STOP DATE: 5/24/18

CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK    ☑ NEW ORDER / PHARMACY    ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:

Triamcinolone 0.025% Cream

DIRECTIONS:    KOP ☐

Apply to skin daily after shower

VERBAL ORDER: ☐    TELEPHONE ORDER: ☐

NOTED BY: *Shelley*

DATE: 4-23-18    TIME: 1510

PROVIDER SIGNATURE: *[signature]* cenp

QUANTITY (#): 450 grams

PRINT NAME: Jesse Strickland

---

DATE/TIME OF ORDER: 4/27/18    1500    START DATE: 4/24/18    STOP DATE: 5/1/18

CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK    ☐ NEW ORDER / PHARMACY    ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:

Ciprofloxacin Otic 0.2% ~~solution~~ solution

DIRECTIONS:    KOP ☐

Instill 0.25 ml into affected ear twice daily for 7 days

VERBAL ORDER: ☐    TELEPHONE ORDER: ☐

NOTED BY: *Shelley*

DATE: 4-23-18    TIME: 1510

PROVIDER SIGNATURE: *[signature]* cenp

QUANTITY (#):

PRINT NAME: Jesse Strickland

CONFIDENTIAL & PRIV...



**Wexford Health**
SOURCES INCORPORATED

**Provider Non-Medication Order Form**

FACILITY: Holman

| INMATE NAME: Lawson Nicholes | DIAGNOSIS (If Changed) |
|---|---|
| ID: 262514 | |
| DOB: ▮▮▮▮▮ | Chem 24 |
| ALLERGIES: NKA | CBC |

| | PROVIDER SIGNATURE: | DATE: 4/11/18 |
|---|---|---|
| | PRINT NAME: Jesse Strickland | TIME: 1000 |
| NOTED OFF BY: Mikell L | | DATE/TIME: 4-11-18 @ 1030 |

| INMATE NAME: | DIAGNOSIS (If Changed) |
|---|---|
| ID: | |
| DOB: | |
| ALLERGIES: | |

| | PROVIDER SIGNATURE: | DATE: |
|---|---|---|
| | PRINT NAME: | TIME: |
| NOTED OFF BY: | | DATE/TIME: |

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Rev. 4/1/2018

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD

Inmate ID: 262514

**Allergies: No Known Drug Allergy**

Order Entry:

Start

HLM-SEG-6263

hydrocortisone topical 1%      28 g
Topical CREA 28 g (HYTONE)
Topical TWICE A DAY (30 Days) PRN
for itching

| Start | Stop |
|-------|------|
| 3/22/18  14:0( | 4/20/18  23:59 |

Entered
3/22/18  13:29

Gray,Ellen

POUPARINAS,MANUEL,MD

for Strut_____ cenp
3/22/18

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD

Inmate ID: 262514

**Allergies: No Known Drug Allergy**

Order Entry:

Start

    acetaminophen Oral 325    650 mg
    mg TAB (TYLENOL)
      Oral TWICE A DAY (14 Days)
      for Pain

HLM-SEG-6263

| Start | | Stop | |
|---|---|---|---|
| 2/10/18 | 3:00 | 2/23/18 | 23:59 |

Entered
2/9/18  18:45

Thomas,Charlene

POUPARINAS,MANUEL,MD

2/19/18

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

# Alabama Department of Correction
## Medication Order for Chart Use

262514      LAWSON, NICHOLAS BERNARD      HLM-SEG-6263

**Allergies: No Known Drug Allergy**

Order Entry:

| | | | Start | Stop | Entered |
|---|---|---|---|---|---|
| Discontinue | | | | | |
| Ensure (*Ensure) | 237 ml | | 1/12/18   3:00 | 2/1/18   6:19 | 1/12/18   15:02 |
| Oral DAILY | | | | | Dixon,Lisa |
| Order #: 3083901880 | | | | | |

e-Signed by: Pouparinas,Manuel             2/1/18   6:20


CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Page 1 of 1

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD

Inmate ID: 262514

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-SEG-6263

Start

    Ensure (*Ensure)    237 ml

      Oral DAILY (30 Days)

| Start | Stop | Entered |
|-------|------|---------|
| 1/12/18  3:00 | 2/10/18 23:59 | 1/12/18  15:02 |

Dixon,Lisa

POUPARINAS,MANUEL,MD

1/12/18

Dr. Manuel Pouparinas

2/1/18

NOTE

will DIC Ensure now.

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD

Inmate ID: 262514

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-INF-6263

Start

acetaminophen Oral 325    650 mg
mg TAB (TYLENOL)
 Oral TWICE A DAY (10 Days)
 for Headache
 GIVE 2 TABS
acetaminophen Oral 325    650 mg
mg TAB (TYLENOL)
 Oral One Time Admin (1 Day)
 for Headache

| Start | Stop |
|---|---|
| 1/13/18  4:00 | 1/22/18  23:59 |
| 1/12/18  22:0( | 1/12/18  23:59 |

Entered
1/12/18  21:42

Moody,Dedra

POUPARINAS,MANUEL,MD

1/12/18  21:43

Moody,Dedra

POUPARINAS,MANUEL,MD

1/18/18

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Exhibit C

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD
Inmate ID: 262514
**Allergies: No Known Drug Allergy**
Order Entry:

HLM-SEG-6263



Discontinue

    phenytoin sod *ext* 100    1 DOSE
    mg caps dilantin (DILANTIN)
       Oral AT BEDTIME
       for seizure
       TAKE 4 CAPS (400 MG) BY MOUTH AT BEDTIME
       DO NOT CRUSH
       400mg qhs

| Start | Stop |
|---|---|
| 11/26/17 21:0 | 1/12/18 14:55 |

Entered
11/1/17 15:44

Le,Melanie

POUPARINAS,MANUEL,MD

1/12/18

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

## Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD
Inmate ID: 262514
**Allergies: No Known Drug Allergy**
Order Entry:

HLM-SEG-6263

Start

| | | Start | Stop | Entered |
|---|---|---|---|---|
| phenytoin Oral 100 mg | 300 mg | 1/13/18  3:00 | 7/11/18 23:59 | 1/12/18  14:52 |
| ERC (*DILANTIN) | | | | |
| Oral EVERY MORNING (180 Days) | | | | Dixon,Lisa |
| take 300mg qam | | | | POUPARINAS,MANUEL,MD |
| | | | | |
| phenytoin Oral 100 mg | 200 mg | 1/13/18  16:00 | 7/11/18 23:59 | 1/12/18  14:53 |
| ERC (*DILANTIN) | | | | |
| Oral EVERY EVENING (180 Days) | | | | Dixon,Lisa |
| take 200mg qpm | | | | POUPARINAS,MANUEL,MD |

Dr. Manuel Pouparinas   1/12/18.

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Exhibit C

All orders will be generic
unless specified by
practitioner



**CORIZON**
HEALTH™

**Practitioner's Orders**



PSNMOF

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders ○ No ○ Yes Per: |
|---|---|
| DOB: ▮▮▮ ID# 262514 | FS, Lipid panel, UA, HIV test per physical |
| Housing Unit: | |
| Allergies: NKA | |
| Noted By: Mitchell L | Dr. Manuel Pouparinas |
| Date: 3-14-18 Time: 0710 | Practitioner Signature     Date & Time: 3/14/18 |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ○ No ✗ Yes Per: pouparinas |
|---|---|
| DOB: ▮▮▮ ID# 262514 | XRAY ① Index finger |
| Housing Unit: | OR pouparinas / Syons / HVW |
| Allergies: NKDA | |
| Noted By: Syons / LPN | |
| Date: 2/9/18 Time: 1930 | Practitioner Signature     Date & Time: 2/12/18 9:45 |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ○ No ○ Yes Per: Pouparinas |
|---|---|
| DOB: ▮▮▮ ID# 262514 | D/C from Ward/Infirmary |
| Housing Unit: | Release to custody of ADC |
| Allergies: NKA | VO Dr. Pouparinas / 2. JJ RN |
| Noted By: 2. JJ RN | Dr. Manuel Pouparinas |
| Date: 1.13.18 Time: 1311 | Practitioner Signature     Date & Time: 1/18/18 |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ○ No ○ Yes Per: |
|---|---|
| DOB: ▮▮▮ ID# 262514 | — D/C previous Dilantin order |
| Housing Unit: | — ADD Dilantin 300 mg in |
| Allergies: | AM + 200 mg in PM x |
| Noted By: | 180 days |
| Date: 1-7-18 Time: 1450 | Practitioner Signature  Dr. Manuel Pouparinas   Date & Time: 1/2/18 |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ○ No ○ Yes Per: |
|---|---|
| DOB: ▮▮▮ ID# 262514 | — Dilantin level Today (stat) |
| Housing Unit: | — Ativan 2 mg IM x 1 dose |
| Allergies: | — Dilantin ~~CONFIDENTIAL & PRIVILEGED~~ x 1 dose |
| Noted By: | Quality Improvement Information |
| Date: Time: 1450 | Practitioner Signature  Dr. Manuel Pouparinas   Date & Time: 1/12/18 |

CS1100-D

© 2015 Corizon Health, Inc.   All rights reserved.

262514          LAWSON, NICHOLAS BERNARD          HLM-SEG-6263

**Allergies: No Known Drug Allergy**

Order Entry:

Start
    phenytoin sod *ext* 100    1 DOSE
    mg caps dilantin (DILANTIN)
        Oral AT BEDTIME
        for seizure
        TAKE 4 CAPS BY MOUTH AT BEDTIME  DO NOT CRUSH
        400mg qhs
        Order #: 2860164211

| Start | Stop | Entered |
|---|---|---|
| 11/26/17  21:00 | 5/24/18   2:58 | 11/1/17  15:44 |
| | | Day,Gwendolyn |

e-Signed by: Day,Gwendolyn _____          11/1/17  15:45

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

Oral TWICE A DAY (7 Days)
for For Pain
TAKE 2 TABS BY MOUTH TWICE DAILY  TAKE WITH FOOD

Ihnat,Barbara

Order #: 1812697450

| | | | | |
|---|---|---|---|---|
| Al hydroxide-Mg        Variable<br>hydroxide-simethicone 200 mg-200 mg-25 mg Oral TC<br>(*MYLANTA) | | 12/12/16  16:00 | 12/14/16  23:59 | 12/12/16  12:33 |
| Oral TWICE A DAY (3 Days) | | | | Gray,Ellen |

Order #: 1935938252

| | | | | |
|---|---|---|---|---|
| gramicidin-neomycin-polymyx    1 ml<br>in B ophthalmic 0.025 mg-1.75 mg-10000 units/mL<br>Ophthalmic 0.025 mg-1.75  10 ml (NEOSPORIN) | | 1/6/17  16:00 | 1/10/17  23:59 | 1/6/17   9:40 |
| Ophthalmic TWICE A DAY (5 Days) | | | | Dixon,Lisa |

Order #: 2001458941

| | | | | |
|---|---|---|---|---|
| APAP 325 MG TABS TYLENOL     1 DOSE<br>(TYLENOL) | | 1/15/17  0:00 | 1/28/17  23:59 | 1/14/17  23:31 |
| Oral TWICE A DAY (14 Days) PRN<br>for Pain | | | | Schmidt,Tammy |
| TAKE 2 TABS BY MOUTH TWICE DAILY AS NEEDED FOR 14 DAYS | | | | |

Order #: 2027461442

| | | | | |
|---|---|---|---|---|
| APAP-ASA-CAFF 250-250-65     1 DOSE<br>MG TABS EXCEDRIN MIGRAINE (EXCEDRIN<br>MIGRAINE) | | 2/10/17  0:00 | 2/16/17  23:59 | 2/10/17  16:33 |
| Oral THREE TIMES A DAY (7 Days)<br>PRN<br>for Pain | | | | Bass,Sam |
| TAKE 2 TABS BY MOUTH THREE TIMES DAILY AS NEEDED  TAKE<br>WITH FOOD | | | | |

Order #: 2098305136

| | | | | |
|---|---|---|---|---|
| IBUPROFEN 200 MG TABS     1 DOSE<br>ADVIL (ADVIL) | | 5/1/17  0:00 | 5/7/17  23:59 | 5/1/17  22:25 |
| Oral THREE TIMES A DAY (7 Days)<br>PRN<br>for Pain | | | | Nguyen,Cody |
| TAKE 2 TABS BY MOUTH THREE TIMES DAILY AS NEEDED   TAKE<br>WITH FOOD | | | | |

Order #: 2312908618

| | | | | |
|---|---|---|---|---|
| IBUPROFEN 200 MG TABS     1 DOSE<br>ADVIL (ADVIL) | | 8/22/17  0:00 | 8/28/17  23:59 | 8/22/17  16:47 |
| Oral TWICE A DAY (7 Days) PRN<br>for Pain | | | | Bass,Sam |
| TAKE 2 TABS BY MOUTH TWICE DAILY AS NEEDED  TAKE WITH<br>FOOD | | | | |

Order #: 2653181133

Start

| | | Start | Stop | Entered |
|---|---|---|---|---|
| terbinafine Oral 250 mg     250 mg<br>TAB (LAMISIL) | | 11/22/17  3:00 | 12/5/17  23:59 | 11/21/17  10:27 |
| Oral DAILY (14 Days) | | | | Pouparinas,Manuel |

Order #: 2928406970

e-Signed by: Pouparinas,Manuel _____                    11/21/17  10:28


CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

# Alabama Department of Corrections
## Medication Orders

LAWSON, NICHOLAS BERNARD

Inmate ID: 262514

**Allergies: No Known Drug Allergy**

Order Entry:

HLM-SEG-6263

2 6 2 5 1 4

Start

ibuprofen Oral 200 mg    400 mg
TAB (ADVIL)
  Oral TWICE A DAY (7 Days) PRN
  for Pain
    ADM AS DIRECTED FOR PAIN TO HANDS

| Start | Stop | Entered |
|---|---|---|
| 8/22/17  17:0( | 8/28/17  23:59 | 8/22/17  16:47 |

Stewart,Janet

POUPARINAS,MANUEL,MD

8/22/17

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

    Exhibit C




**CORIZON**
Promote a culture of safety

*All orders will be generic unless specified by provider*

## Practitioner's Orders

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: _____ |
|---|---|
| DOB: ▮▮▮  ID# 262514 | CBC/D, CmP |
| Housing Unit: HCI- | Dilantin Level |
| Allergies: NKA | |
| Noted By: _____ NP | |
| Date: 11-2-17  Time: 1425 | Provider Signature: _____ NP  Gwendolyn Day, CRNP  Date & Time: 11/2/17 1354 |

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: _____ |
|---|---|
| DOB: ▮▮▮  ID# 262514 | ① Dilantin level, DPH |
| Housing Unit: Holman | ② RTC 90 days SCCC |
| Allergies: NKA | |
| Noted By: B Camlee JRN | |
| Date: 6-6-17  Time: 1240 | Provider Signature: Shawn Geohagan, CRNP  Date & Time: 6/6/17 1237 |

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: _____ |
|---|---|
| DOB: ▮▮▮  ID# 262514 | FS, UA, HIV test per physical |
| Housing Unit: | |
| Allergies: NKA | |
| Noted By: _____ | |
| Date: 3-31-17  Time: 180 | Provider Signature: _____  Date & Time: 3/31/17  NP |

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: _____ |
|---|---|
| DOB: ▮▮▮  ID# 262514 | CBC/D, CmP for CCC |
| Housing Unit: HCI- | |
| Allergies: NKA | |
| Noted By: _____ NP | |
| Date: 3-22-17  Time: 1020 | Provider Signature: R. Barry Gaston, CRNP  Date & Time: 3-22-17 |

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders  ◯ No  ◯ Yes  Per: _____ |
|---|---|
| DOB: ▮▮▮  ID# 262514 | ① RTC 90 days SCCC |
| Housing Unit: Holman | ② X-Ray ® shoulder ✓ |
| Allergies: NKDA | |
| Noted By: MWall JN | *CONFIDENTIAL & PRIVILEGED Quality Improvement Information* |
| Date: 2-15-77  Time: 1130 | Provider Signature: Shawn Geohagan, CRNP  Date & Time: 2/15/17 |

CS1100-D

© 2012 Corizon Health, Inc.  All right.

Exhibit C

 

**CORIZON**
*Promote a culture of safety*

*All orders will be generic unless specified by provider*

## Practitioner's Orders

| Patient Name: Lawsen Nicholas | Verbal / Telephone Orders ☐ No ☑ Yes Per: Pongu |
|---|---|
| DOB: [redacted] ID# 262514 | Place on Ward for 23° Observation |
| Housing Unit: Holman | |
| Allergies: NKA | |
| Noted By: | |
| Date: 12/18 Time: 14W | Provider Signature ___ Date & Time: |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ☐ No ☑ Yes Per: Hunter |
|---|---|
| DOB: [redacted] ID# 262514 | Place on suicide watch |
| Housing Unit: Holman | |
| Allergies: NKA | |
| Noted By: G. Long | |
| Date: 12/28/16 Time: 060. | Provider Signature ___ Date & Time: |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ☐ No ☐ Yes Per: |
|---|---|
| DOB: [redacted] ID# 262514 | HCV CCC |
| Housing Unit: Holman | CMP, CBC, Hep A total Ab |
| Allergies: NKDA | Hep B IgG, Hep B core Ab 18VJ |
| Noted By: R. Camley RN | |
| Date: 10-6-16 Time: 1407 | Provider Signature ___ Date & Time: 10/4/16 |

| Patient Name: Lawson, Nicholas | Verbal / Telephone Orders ☐ No ☑ Yes Per: Arnold |
|---|---|
| DOB: [redacted] ID# 262514 | ① Draw lab for Hep C |
| Housing Unit: Holman | |
| Allergies: NKDA | |
| Noted By: | |
| Date: Time: | Provider Signature ___ Date & Time: 9/16/16 1315 |

| Patient Name: Lawson Nicholas | Verbal / Telephone Orders ☐ No ☑ Yes Per: Arnold |
|---|---|
| DOB: [redacted] ID# 262514 | X Ray to Rt Clavicle, Rt shoulder |
| Housing Unit: HCF | bullet proximal |
| Allergies: NKA | noted SPR in CONFIDENTIAL & PRIVILEGED |
| Noted By: J. Bany | Quality Improvement Information |
| Date: 9/14/16 Time: 000 | Provider Signature ___ Date & Time: 9/13/16 06:30 |

© 2012 Corizon Health, Inc. All rights reserved.

Exhibit C

# Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION



| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 07/12/2018 STOP 01/06/2019 RX 86937866 97.8% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << - STRICKLAND, JESSE | 04:00 | MC | AL | AL | AL | TJ | AL | RW | RW | RW | RW | AL | AL | AL | DM | AL | AL | TH | AL | RW | RW | RW | RW | RW | RW | AL | AL | RG | AL | | | | |
| START 07/12/2018 STOP 01/06/2019 RX 86937859 98.9% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE TWO CAPSULE(S) ORALLY (200MG) IN THE EVENING (DO NOT CRUSH) - STRICKLAND, JESSE | 16:00 | JS | JS | BD | CT | CT | CT | CT | DD | DD | CT | CT | CT | CT | BD | CT | EG | TH | FB | FB | EG | AP | AP | CT | EG | EG | DM | TH | CT | EG | DM | | |
| START 08/10/2018 STOP 09/08/2018 RX 87069000 NA | **Tolnaftate 1% Cream - KOP** SUB FOR: NP-27 APPLY CREAM TOPICALLY TWICE DAILY - POUPARINAS, MANUEL | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

CONFIDENTIAL Quality improvement information PRIVILEGED



| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AL | LONG JR., ARTHUR | DD | DORTCH, DARCEL | JS | STEWART, JANET | TH | HOOKS, TAMESHIA | | |
| AP | PRIMM, ALBERTA | DM | MOODY, DEDRA | MC | CHANDLER, MARBRA | TJ | JONES, TARA | | |
| BD | DYES, BETH | EG | GRAY, ELLEN | RG | GARRICK, RAMONA | | | | |
| CT | THOMAS, CHARLENE | FB | BALL, FELICIA | RW | WILKINS, RANDY | | | | |

**Diagnosis**
**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALHO - HOLMAN CORRECTIONAL FACILITY
**DOB** [redacted]  **Gender** M  **Alt Num**  **Agency** HOLMAN CORRECTIONAL FACILITY  **SSN**

L - L1 - 13A -
**LAWSON, NICHOLAS BERNARD - 00262514**

September 2018
PAGE 1 OF 1

REPORT GENERATED BY ... 2018 9:30:32 AM

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit C