# Sapphire eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT EYE
9. LEFT EYE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIAN RIGHT
44. SUBCLAVIAN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP RIGHT
67. TRICEP LEFT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

### Acetaminophen 325mg Tab (SUB FOR: TYLENOL)
EFFECTIVE DATES — START 08/15/2018 / STOP 08/20/2018
RX 87712434 — 100% — POUPARINAS, MANUEL
TAKE 2 TABLET(S) ORALLY TWICE DAILY -

| HOUR | 15 | 16 | 17 | 18 | 19 |
|------|----|----|----|----|----|
| 04:00 | AL | AL | AL | RG | AL |
| 16:00 | CT | CT | CT | EG | CT |

### guaiFENesin 400mg Tablet (SUB FOR: ALLFEN JR)
EFFECTIVE DATES — START 08/15/2018 / STOP 08/22/2018
RX 87712436 — 100% — POUPARINAS, MANUEL
TAKE 1 TABLET(S) ORALLY TWICE DAILY -

| HOUR | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|------|----|----|----|----|----|----|----|
| 04:00 | AL | AL | AL | RG | AL | AL | |
| 16:00 | CT | CT | CT | EG | CT | JS | AP |

### Phenytoin ER 100mg Cap (SUB FOR: DILANTIN)
EFFECTIVE DATES — START 07/12/2018 / STOP 01/06/2019
RX 86937666 — 97.1% — STRICKLAND, JESSE
TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << -

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 04:00 | AL | AL | AL | MC | AL | AL | AL | TJ | AL | RW | RW | RW | RW | AL | AL | AL | RG | AL | AL | AL | RG | AL | RW | RW | RW | RW | RW | AL | AL | | |

### Phenytoin ER 100mg Cap (SUB FOR: DILANTIN)
EFFECTIVE DATES — START 07/12/2018 / STOP 01/06/2019
RX 86937859 — 98.5% — STRICKLAND, JESSE
TAKE TWO CAPSULE(S) ORALLY (200MG) IN THE EVENING (DO NOT CRUSH) -

| HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|------|---|---|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 16:00 | EG | BD | BD | CT | CT | BD | LN | CT | AP | CT | TH | TH | CT | CT | CT | CT | EG | CT | JS | AP | CT | AP | CT | CT | DD | CT | CT | CT | CT | BD | CT |

### Sore Throat Loz (SUB FOR: CEPACOL)
EFFECTIVE DATES — START 08/15/2018 / STOP 08/20/2018
RX 87713151 — 100% — POUPARINAS, MANUEL
TAKE 2 LOZENGE(S) ORALLY TWICE DAILY -

| HOUR | 15 | 16 | 17 | 18 | 19 |
|------|----|----|----|----|----|
| 04:00 | AL | AL | AL | RG | AL |
| 16:00 | CT | CT | CT | EG | CT |

| INIT | FULL NAME |
|------|-----------|
| AL | LONG JR., ARTHUR |
| AP | PRINM, ALBERTA |
| BD | DYES, BETH |
| CT | THOMAS, CHARLENE |
| DD | DORTCH, DARCEL |
| EG | GRAY, ELLEN |
| JS | STEWART, JANET |
| LW | WILSON, LATRESSA |
| MC | CHANDLER, MARBRA |
| NG | GOLDEN, NIKKI |
| RG | GARRICK, RAMONA |
| RW | WILKINS, RANDY |
| TH | HOOKS, TAMESHIA |
| TJ | JONES, TARA |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY
**Facility** ALHO - HOLMAN CORRECTIONAL FACILITY
**DOB** [redacted] **Gender** M **Alt Num**
**Agency** HOLMAN CORRECTIONAL FACILITY
**SSN**
L - L1 - 13A -
**LAWSON, NICHOLAS BERNARD - 00262514**

August 2018
PAGE 1 OF 2

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES

Exhibit C



**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 08/10/2018 | Tolnaftate 1% Cream - KOP SUB FOR: NP-27 | 02:37 | | | | | | | | | | TJ | | | | | | | | | | | | | | | | | | | | | |
| STOP 09/08/2018 | | QUANTITY GIVEN | | | | | | | | | | TJ 1 | | | | | | | | | | | | | | | | | | | | | |
| RX 87609000 | APPLY CREAM TOPICALLY TWICE DAILY - | DAYS TO LAST | | | | | | | | | | TJ 30 | | | | | | | | | | | | | | | | | | | | | |
| NA | POUPARINAS, MANUEL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| EFFECTIVE DATES | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CONFIDENTIAL - Quality Improvement

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AL | LONG JR., ARTHUR | DD | DORTCH, DARCEL | MC | CHANDLER, MARBRA | TH | HOOKS, TAMESHIA | | |
| AP | PRIMM, ALBERTA | EG | GRAY, ELLEN | NG | GOLDEN, NIKKI | TJ | JONES, TARA | | |
| BD | DYES, BETH | JS | STEWART, JANET | RG | GARRICK, RAMONA | | | | |
| CT | THOMAS, CHARLENE | LW | WILSON, LATRESSA | RW | WILKINS, RANDY | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALHO - HOLMAN CORRECTIONAL FACILITY

**DOB** ███████ **Gender** M **Alt Num** **Agency** HOLMAN CORRECTIONAL FACILITY **SSN**

L - L1 - 13A -

**LAWSON, NICHOLAS BERNARD - 00262514**

August 2018
PAGE 2 OF 2

REPORT GENERATED BY ... 8/2018 9:48:04 AM

Exhibit C

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE GUIDELINES



**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/09/2018 STOP 07/09/2018 RX 86235381 NA | **Cetaphil Cleansing Bar - KOP** SUB FOR: SOAP & CLEANERS USE AS DIRECTED WITH DAILY SHOWER - STRICKLAND, JESSE | NON_SCHEDU LED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 01/13/2018 STOP 07/11/2018 RX 84536430 80% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << - POUPARINAS, MANUEL | 04:00 | RW | RW | RW | AL | AL | AL | M | AL | A_ | DD | MC | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 01/13/2018 STOP 07/11/2018 RX 85995171 84% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE TWO CAPSULE(S) ORALLY (200MG) IN THE EVENING (DO NOT CRUSH) - POUPARINAS, MANUEL | 16:00 | DD | CT | AP | DM | BD | BD | CT | CT | LW | CT | BD | | | | | | | | | | | | | | | | | | | | |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 07/12/2018 STOP 01/06/2019 RX 86937866 92.6% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << - STRICKLAND, JESSE | 04:00 | | | | | | | | | | | | | AL | DD | M | DD | AL | AL | AL | DD | TJ | MC | AL | MC N | TJ | AL | RW | RW | RW | RW |

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 07/12/2018 STOP 01/06/2019 RX 86937856 96.4% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE TWO CAPSULE(S) ORALLY (200MG) IN THE EVENING (DO NOT CRUSH) - STRICKLAND, JESSE | 16:00 | | | | | | | | | | | | | M | M | DD | FB | CT | CT | LW | TY | CT | CT | AP | TH | CT | BD | BD | DD | DD | BD |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AL | LONG JR., ARTHUR | DD | DORTCH, DARCEL | MC | CHANDLER, MARBRA | TY | YOUNG, TAMEKIA | | |
| AP | PRIMM, ALBERTA | DM | MOODY, DEDRA | RW | WILKINS, RANDY | | | | |
| BD | DYES, BETH | FB | BALL, FELICIA | TH | HOOKS; TAMESHIA | | | | |
| CT | THOMAS, CHARLENE | LW | WILSON, LATRESSA | TJ | JONES, TARA | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALHO - HOLMAN CORRECTIONAL FACILITY

**DOB** ▓▓▓▓    **Gender** M    **Alt Num**     **Agency** HOLMAN CORRECTIONAL FACILITY

**SSN**

L - L1 - 13A -

**LAWSON, NICHOLAS BERNARD - 00262514**

July 2018

PAGE 1 OF 1

Exhibit C

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONIC SIGNATURE...



**Sapphire** eMAR

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**

1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK RIGHT
19. LOWER BACK LEFT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL RIGHT
71. DORSOGLUTEAL LEFT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

## ROUTINE MEDICATION

| EFFECTIVE DATES | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 05/29/2018 STOP 06/09/2018 RX 85967427 0% | **Acetaminophen 325mg Tab** SUB FOR: TYLENOL / TAKE TWO TABLET(S) ORALLY TWICE DAILY - / STRICKLAND, JESSE | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 06/10/2018 STOP 06/20/2018 RX 86225399 25% | **Acetaminophen 325mg Tab** SUB FOR: TYLENOL / TAKE TWO TABLET(S) ORALLY TWICE DAILY X10 DAYS / STRICKLAND, JESSE | 04:00 / 16:00 | | | | | | | | | | | | | | | | | | | | MC / FB | | | | | | | | | | | |
| START 06/09/2018 STOP 07/09/2018 RX 86225381 NA | **Cetaphil Cleansing Bar - KOP** SUB FOR: SOAP & CLEANERS / USE AS DIRECTED WITH DAILY SHOWER - / STRICKLAND, JESSE | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 05/29/2018 STOP 06/09/2018 RX 85967416 0% | **Neo/Poly/HC Otic Sol.** SUB FOR: CORTISPORIN / INSTILL FOUR DROPS(S) INTO THE RIGHT EAR THREE TIMES DAILY- / STRICKLAND, JESSE | NON_SCHEDULED | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| START 01/13/2018 STOP 07/11/2018 RX 84536430 77.3% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN / TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << - / POUPARINAS, MANUEL | 04:00 | | | | | | | | | | | | | | | | | | | | MC | TJ | AL | AL R | TY | RG | DO | TJ | AL | AL | RW | |

| INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|
| AL | LONG JR., ARTHUR | FB | BALL, FELICIA | TJ | JONES, TARA | | | | |
| BD | DYES, BETH | MC | CHANDLER, MARBRA | TY | YOUNG, TAMEKIA | | | | |
| CT | THOMAS, CHARLENE | RG | GARRICK, RAMONA | | | | | | |
| DD | DORTCH, DARCEL | RW | WILKINS, RANDY | | | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALHO – HOLMAN CORRECTIONAL FACILITY

**DOB** [REDACTED]  **Gender** M  **Alt Num**  **Agency** HOLMAN CORRECTIONAL FACILITY  **SSN**

L-L1 - 13A -

**LAWSON, NICHOLAS BERNARD - 00262514**

June 2018

PAGE 1 OF 2

Exhibit C



**Sapphire eMAR**

**SYMBOL KEY**
A: ABSENT
*: SEE NOTES
H: HELD
M: MISSED
R: REFUSED
N: NO SHOW
C: COMPLETED

**SITE KEY**
1. ORALLY
2. RIGHT BUTTOCKS (GLUTEUS)
3. LEFT BUTTOCKS (GLUTEUS)
4. RIGHT VENTRAL GLUTEUS
5. LEFT VENTRAL GLUTEUS
6. RIGHT THIGH (QUADRICEPS)
7. LEFT THIGH (QUADRICEPS)
8. RIGHT KNEE
9. LEFT KNEE
10. RIGHT ARM (DELTOID)
11. LEFT ARM (DELTOID)
12. RIGHT ARM (DELTOID) BACK
13. LEFT ARM (DELTOID) BACK
14. LEFT LEG REAR
15. RIGHT LEG REAR
16. RIGHT ANTERIOR THIGH
17. LEFT ANTERIOR THIGH
18. LOWER BACK LEFT
19. LOWER BACK RIGHT
20. UPPER BACK LEFT
21. UPPER BACK RIGHT
22. UPPER CHEST LEFT
23. UPPER CHEST RIGHT
24. ABDOMEN UPPER QUADRANT RIGHT
25. ABDOMEN UPPER QUADRANT LEFT
26. ABDOMEN LOWER QUADRANT RIGHT
27. ABDOMEN LOWER QUADRANT LEFT
28. PIC LINE
29. MEDIPORT
30. RIGHT NARE
31. LEFT NARE
32. OTHER
33. RIGHT EYE
34. LEFT EYE
35. BOTH EYES
36. LEFT EAR
37. RIGHT EAR
38. BOTH EARS
39. BOTH NARES
40. RECTUM
41. JUGULAR RIGHT
42. JUGULAR LEFT
43. SUBCLAVIEN RIGHT
44. SUBCLAVIEN LEFT
45. DELTOID RIGHT
46. DELTOID LEFT
47. UPPER ARM RIGHT
48. UPPER ARM LEFT
49. ANTECUBITAL RIGHT
50. ANTECUBITAL LEFT
51. FOREARM RIGHT
52. FOREARM LEFT
53. WRIST RIGHT
54. WRIST LEFT
55. ABDOMEN
56. OUTER THIGH RIGHT
57. OUTER THIGH LEFT
58. VASTUS LATERAL RIGHT
59. VASTUS LATERAL LEFT
60. FEMORAL VEIN RIGHT
61. FEMORAL VEIN LEFT
62. LOWER LEG RIGHT
63. LOWER LEG LEFT
64. FOOT RIGHT
65. FOOT LEFT
66. TRICEP LEFT
67. TRICEP RIGHT
68. HAND LEFT
69. HAND RIGHT
70. DORSOGLUTEAL LEFT
71. DORSOGLUTEAL RIGHT
72. VENTROGLUTEAL LEFT
73. VENTROGLUTEAL RIGHT

**ROUTINE MEDICATION**

| | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 01/13/2018 STOP 07/11/2018 RX 85995171 81.8% | **Phenytoin ER 100mg Cap** SUB FOR: DILANTIN TAKE TWO CAPSULE(S) ORALLY IN THE EVENING (DO NOT CRUSH) - POUPARINAS, MANUEL | 16:00 | | | | | | | | | | | | | | | | | | | | FB | FB | FB N | TY | CT | BD | TJ | CT | CT | ED | DD | |

| | MEDICATION | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| START 06/15/2018 STOP 06/25/2018 RX 86379528 71.4% | **Sulfatrim DS Tablet** SUB FOR: BACTRIM DS TAKE ONE TABLET(S) ORALLY TWICE DAILY - STRICKLAND, JESSE | 04:00 16:00 | | | | | | | | | | | | | | | | | | | | MC FB | TJ FB | AL AL N | AL TY | TY CT | RG BD | | | | | | |

| | | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EFFECTIVE DATES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| EFFECTIVE DATES | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| INIT | FULL NAME | | INIT | FULL NAME | | INIT | FULL NAME | | INIT | FULL NAME | | INIT | FULL NAME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | LONG JR., ARTHUR | | FB | BALL, FELICIA | | TJ | JONES, TARA | | | | | | |
| BD | DYES, BETH | | MC | CHANDLER, MARBRA | | TY | YOUNG, TAMEKIA | | | | | | |
| CT | THOMAS, CHARLENE | | RG | GARRICK, RAMONA | | | | | | | | | |
| DD | OORTCH, DARCEL | | RW | WILKINS, RANDY | | | | | | | | | |

**Diagnosis**

**Allergies** NO KNOWN DRUG ALLERGY

**Facility** ALHO - HOLMAN CORRECTIONAL FACILITY

**DOB** ███████  **Gender** M   **Alt Num**   **Agency** HOLMAN CORRECTIONAL FACILITY   **SSN**

**L-L1 - 13A - -**

**LAWSON, NICHOLAS BERNARD - 00262514**

June 2018

PAGE 2 OF 2

CONFIDENTIAL
Quality Improvement

REPORT GENERATED BY DPS AT 7/9/2018 2:16:30 AM

Exhibit C

MEDICATION ADMINISTRATION RECORD  DIAMOND PHARMACY SERVICES
1.800.882.6337 FAX: 724.349.4209

| EFFECTIVE DATES / ORDER | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/13/18 | **Phenytoin ER 100mg Cap** Brand: DILANTIN    MANUEL POUPARINAS, MD | 0400 | | | | | | | | | | | | | | | NC | 2 | 2 | 2 | NC | | | | | | | | | | | | |
| 7/11/18 4536430 | TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1-13 | Phenytoin ER 100mg Cap Take 2caps QPm *DO NOT CRUSH* | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-29-18 9-18 | Neomycin and Polymyxin B Sulfates and Hydrocortisone otic solutions instill 4gtts to right ear TID x 10days (Redness and drainage) | KOP | LID 5-29-18 1 bottle x | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 5-29-18 9-18 | Tylenol 325mg po BID x 10days Give (2) tabs (earache) | 0400 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9-18 | Tylenol 325mg PO BID x 10 days Give (2) tabs | 0400 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 9-18 | Cetaphil soap use as directed with Shower daily | KOP | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|

NO KNOWN DRUG ALLERGY

Page 54 of 154   WSON NICHOLAS 00262514   HOLMAN CORRECTIONAL FACILITY   CHARTING FOR 06/01/2018 THROUGH 06/30/2018   Exhibit C

# MEDICATION ADMINISTRATION RECORD

 DIAMOND PHARMACY SERVICES
1.800.882.6337  FAX: 724.349.4209

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 2.15.18 | Bactrim DS 800-160mg po BID x10 days | 0400 | | | | | | | | | | | | | | | | Rewritten below | | →JM 3d 2 2NC | | | | | ← | | | ← | | | | | |
| DISCONTINUE 2.25.18 | Give one tab by mouth twice a day for 10 days. infection | 1600 | | | | | | | | | | | | | | | | | | 3 DM 149 | | | | | ← | | | ← | | | | | |
| ORIGINAL ORDER 2.16.18 | Ativan 1mg Im now x 1 dose | 1008 | | | | | | | | | | | | | | | | →DM← 3 | | | | | | | | | | | | | | |
| DISCONTINUE 2.16.18 | Seizure | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 2.15.18 | Bactrim DS 800-160mg PO BID x10 days | 0400 | | | | | | | | | | | | | | | | | | → | | | | | ← | | | | | | | | |
| DISCONTINUE 2.25.18 | give one tab PO 2/day for 10 days. | 1600 | | | | | | | | | | | | | | | | | | →BD | | | | | ← | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Dm | Dmadyal | | | | |
| | | | | | | | | | |

ALLERGIES  NKA

PATIENT NAME AND NUMBER  Unser, Thomas  2162514

FACILITY  Holman

CHARTING FOR ____ THROUGH ____

DIAGNOSIS

Exhibit C


| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INITIAL ORDER 5.29.18 | Neomycin and Polymyxin B Sulfates and Hydrocortisone Otic Solution instill 4gtts | 1930 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | DM | | |
| CONTINUE 9.18 | to right ear TID x 10 days (Redness & Drainage) | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| INITIAL ORDER 5.29.18 | Tylenol 325mg po BID x 10 days | 1930 | | | | Issued #1 bottle at S/C 5/29/18 | | | | | | | | | | | | | | | | | | | | | | | | | | DM | | |
| CONTINUE 9.18 | (Earache) Give ② tabs | 0900 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | MC | | |
| | | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | DM | DMpodryin | MC | MChandler |
| | | | | | | CX | Cxxxxxx | | |

| ON K19 | NO. | ALLERGIES NKDA | | DIAGNOSIS |
|---|---|---|---|---|

T NAME AND NUMBER Radson Nicholas 262514   FACILITY Holman   CHARTING FOR 5.1.18 THROUGH 5.31.18

Exhibit C



# MEDICATION ADMINISTRATION RECORD

 **DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 1/13/18 | **Phenytoin ER 100mg Cap** Brand: DILANTIN   MANUEL POUPARINAS, MD | 0400 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DISCONTINUE 7/11/18 4536430 | TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 1-23 DISCONTINUE 1-23 | Cetaphil soap - Use as directed with shower daily x 30 (d) Strickland, CRNP | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 1-23 DISCONTINUE 1-30 | Ciprofloxacin Otic 0.2% solution - Instill into affected ear BID Strickland, CRNP | K O P | | | | | ERROR | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 1-23 CONTINUE 24 | Triamcinolone 0.025% cream - apply daily after shower x 30 (d) Strickland, CRNP | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 1/13/18 DISCONTINUE 1/11/18 | Phenytoin SOD 'EXT' 100mg/ dose 2 caps QPM do not crush | 1600 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | L. King | | | | | | MC McChandler, LPN | | C Thomas, RN |
| | | | | | | | | | R Daniel, CO |

**LOCATION** 19A

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

**SEC. NO.**    **ALLERGIES** NO KNOWN DRUG ALLERGY

**PATIENT NAME AND NUMBER** WSON, NICHOLAS 00262514

**FACILITY** HOLMAN CORRECTIONAL FACILITY

**DIAGNOSIS** N/A

**Exhibit C**

# MEDICATION ADMINISTRATION RECORD

 **DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.4209

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23 CONTINUE 23 NAL ORDER | Cetaphil soap - Use as directed with shower daily x 30(d) Strickland, CRNP AW | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 CONTINUE 24 NAL ORDER | Triamcinolone 0.025% cream- apply daily after shower x 30(d) Strickland, CRNP | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 23 CONTINUE 30 NAL ORDER | Ciprofloxacin Otic 0.2% solution - Instill into affected ear BID x 7(d) Strickland, CRNP | K O P | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NAL ORDER | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |


The red vertical text reads "CONFIDENTIAL & PRIVILEGED Quality Improvement Information"


watermark

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | Thomas |

bottom info

K-19

PATIENT NAME AND NUMBER: Dawson  Nicholas  262574

ALLERGIES: NKDA

FACILITY: Holman

CHARTING FOR _____ THROUGH _____

DIAGNOSIS

Exhibit C

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**PHENYTOIN SOD *EXT* 100** 1
**DOSE**
**MG CAPS DILANTIN (DILANTIN)**
Oral EVERY MORNING (180 Days)
TAKE 3 CAPS BY MOUTH EVERY
MORNING  DO NOT CRUSH
Rx 30838915 O/D:01/13/18  D/C:07/11/18
Time 03:00

Physician: POUPARINAS        , MANUEL,MD

**PHENYTOIN SOD *EXT* 100** 1
**DOSE**
**MG CAPS DILANTIN (DILANTIN)**
Oral EVERY EVENING (180 Days)
TAKE 2 CAPS BY MOUTH EVERY
EVENING  DO NOT CRUSH
Rx 30838972 O/D:01/13/18  D/C:07/11/18
Time 16:00

Physician: POUPARINAS        , MANUEL,MD

**HYDROCORTISONE CR** 1
**DOSE**
**(30GM) 1% CREA HYTONE**
**(TOPICAL)** TWICE A DAY (30 Days)
PRN
for itching
APPLY TOPICALLY TWICE DAILY
AS NEEDED  FOR EXTERNAL
USE ONLY
Rx 32946152 O/D:03/22/18  D/C:04/20/18
Time 03:00 / 16:00
K
O
P

Physician: POUPARINAS        , MANUEL,MD

X _Darrel_ 11APR18 AP LID
X _Nurse_ 16Apr18 AP    LID

CONFIDENTIAL & PRIVI
Quality Improvement Info

Tifus, LPN

DMoodyLPN-DM

DOB [redacted]   Sex:M      Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

K,1,19A                    DOC #262514
LAWSON, NICHOLAS BERNARD

N - No Show .
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

R. Konya
L. young RN
cT Koras Jan J
MOULTON DP
R. Darrel LPN RD
Riilkins you Rn
N. Golden, LPN  NG

Exhibit C
Page 1 of 1

# Alabama Department of Corrections
HLM-SEG-6263

Medication Administration Record  March 01, 2018 - March 31, 2018

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHENYTOIN SOD *EXT* 100** 1 **DOSE** **MG CAPS DILANTIN (DILANTIN)** Oral EVERY MORNING (180 Days) TAKE 3 CAPS BY MOUTH EVERY MORNING  DO NOT CRUSH Rx 3083897158  O/D:01/13/18   D/C:07/11/18 Physician: POUPARINAS , MANUEL,MD | 03:00 | TY | TY | RE | TY | TY | DD | AL | AL | AL | RW | RW | RW | AL | TH | TJ | NG | TY | TY | TY | AL | AL | AL | AL | RW | RW | RW | AL | TJ | AL | DM | TJ |
| **PHENYTOIN SOD *EXT* 100** 1 **DOSE** **MG CAPS DILANTIN (DILANTIN)** Oral EVERY EVENING (180 Days) TAKE 2 CAPS BY MOUTH EVERY EVENING  DO NOT CRUSH Rx 3083897225  O/D:01/13/18   D/C:07/11/18 Physician: POUPARINAS , MANUEL,MD | 16:00 | TH | TY | CT | TJ | SJ | TH | FB | CT | CT | TH | TH | CT | AP | SJ | SJ | AP | DM | TY | SJ | SJ | CT | CT | TJ | TH | TH | SJ | SJ | SJ | SJ | DM | CT |
| **HYDROCORTISONE CR** 1 **DOSE** **(30GM) 1% CREA HYTONE (HYTONE)** Oral TWICE A DAY (30 Days) PRN for itching APPLY TOPICALLY TWICE DAILY AS NEEDED  FOR EXTERNAL USE ONLY Rx 3294615297  O/D:03/22/18   D/C:04/20/18 Physician: POUPARINAS , MANUEL,MD | 03:00 16:00 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

DOB [redacted]        Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

K,1,19A

LAWSON, NICHOLAS BERNARD

DOC #262514

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/

Exhibit C

Page 1 of 1

| Medications | HLM-SEG-6263 | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Long, Arthur, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT | Thomas, Charlene, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DM | Moody, Dedra, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FB | Ball, Felicia, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NG | Golden, Nikki, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RG | Garrick, Ramona, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RW | Wilkins, Randy, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SJ | Jones, Sabrina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TH | Hooks, Tameshia, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TJ | Jones, Tara | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TY | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Medication Administration Record  March 01, 2018 - March 31, 2018

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

# Alabama Department of Corrections

HLM-SEG-6263

## Medication Administration Record February 01, 2018 - February 28, 2018

**APAP 325 MG TABS TYLENOL 1 DOSE (TYLENOL)**
Oral TWICE A DAY (14 Days) for Pain
TAKE 2 TABS BY MOUTH TWICE DAILY
Rx 3162814512 O/D:02/10/18 D/C:02/23/18
Physician: POUPARINAS , MANUEL.MD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03:00 | | | | | | | | | | RW | RW | RW | RW | TY | NA | AL | AL | TY | TY | AL | AL | AL | AL | | | | | | | | |
| 16:00 | | | | | | | | | | DM | DD | CT | CT | CT | SJ | TH | TY | TY | SJ | TH | CT | CT | DD | | | | | | | | |

**Ensure (*Ensure)  237 ml**
Oral DAILY
Rx 3083901880 O/D:01/12/18 D/C:02/01/18
Physician: Pouparinas , Manuel

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03:00 | AL | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**PHENYTOIN SOD *EXT* 100 1 DOSE MG CAPS DILANTIN (DILANTIN)**
Oral EVERY MORNING (180 Days)
TAKE 3 CAPS BY MOUTH EVERY MORNING  DO NOT CRUSH
Rx 3083897158 O/D:01/13/18 D/C:07/11/18
Physician: POUPARINAS , MANUEL.MD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03:00 | AL | AL | AL | TJ | TJ | ND | AL | AL | AL | RW | RW | RW | RW | TY | NA | AL | AL | TY | TY | AL | AL | AL | AL | RW | RW | RW | RW | NG | | | |

**PHENYTOIN SOD *EXT* 100 1 DOSE MG CAPS DILANTIN (DILANTIN)**
Oral EVERY EVENING (180 Days)
TAKE 2 CAPS BY MOUTH EVERY EVENING  DO NOT CRUSH
Rx 3083897225 O/D:01/13/18 D/C:07/11/18
Physician: POUPARINAS , MANUEL.MD

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16:00 | TY | CT | CT | CT | SJ | CT | CT | CT | CT | DM | DD | CT | CT | CT | SJ | TH | TY | TY | SJ | TH | CT | CT | DD | FB | FB | CT | CT | TH | | | |

DOB: [redacted]   Sex:M   Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

K,1,9A
LAWSON, NICHOLAS BERNARD   DOC #262514
3/1/18

N - No Show
NA - Not Admin
R - Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/

CONFIDENTIAL & PRIVILEGED Information

Exhibit C
Page 1 of 1

## Alabama Department of Corrections
## Medication Administration Record  February 01, 2018 - February 28, 2018

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AL | Long, Arthur, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CT | Thomas, Charlene, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DD | Dortch, Darcel, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| DM | Moody, Dedra, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| FB | Ball, Felicia, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| NG | Golden, Nikki, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| RW | Wilkins, Randy, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| SJ | Jones, Sabrina | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TH | Hooks, Tameshia, LPN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TJ | Jones, Tara | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TY | Young, Tamekia, RN | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| acetaminophen Oral 325 mg  650 mg TAB (TYLENOL) Oral One Time Admin (1 Day) for Headache  Rx 3084802777 O/D:01/12/18  D/C:01/12/18  Physician: POUPARINAS , MANUEL,MD | | | | | | | | | | | | | DM | | | | | | | | | | | | | | | | | | | |
| APAP (BOX OF 24) 325 MG  1 DOSE TABS TYLENOL (TYLENOL) Oral TWICE A DAY (10 Days) for Headache TAKE 2 TABS BY MOUTH TWICE DAILY GIVE 2 TABS  Rx 3084802737 O/D:01/13/18  D/C:01/22/18  Physician: POUPARINAS , MANUEL,MD | 03:00 | | | | | | | | | | | | | | | | ND | TJ | AL | AL | AL | TY | TY | | | | | | | | | |
| | 04:00 | | | | | | | | | | | | | RW | ND | ND | | | | | | | | | | | | | | | | |
| | 16:00 | | | | | | | | | | | | | | ND | ND | CT | CT | TH | TY | CT | CT | CT | SJ | | | | | | | | |
| Ensure (*Ensure)  237 ml  Oral DAILY (30 Days)  Rx 3083901880 O/D:01/12/18  D/C:02/10/18  Physician: POUPARINAS , MANUEL,MD | 03:00 | | | | | | | | | | | | ND | | | | ND | TJ | AL | AL | AL | TY | TY | NG | AL | AL | AL | RW | RW | RW | RW | TH |
| | 04:00 | | | | | | | | | | | | ND | RW | ND | ND | | | | | | | | | | | | | | | | |
| LORazepam Injectable 2 mg  mg/mL SOLN (*ATIVAN) Injectable One Time Admin (1 Dose)  Rx 3083897131 O/D:01/12/18  D/C:01/12/18  Physician: POUPARINAS , MANUEL,MD | | | | | | | | | | | | | LD | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
HLM-SEG

DOB: ███████  Sex:M
Unit: HLM-SEG-6263
Diagnosis:

K,1,9A

LAWSON, NICHOLAS BERNARD

DOC #262514

Allergies: No Known Drug Allergy

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/

Exhibit C
Page 1 of 2

HLM-SEG-6263

**Medications**

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENYTOIN SOD *EXT* 100  1 DOSE | 21:00 | CT | ND | CT | TY | CT | CT | CT | SJ | CT | CT | CT | | | | | | | | | | | | | | | | | | | | |

**MG CAPS DILANTIN (DILANTIN)**
Oral AT BEDTIME
for seizure
C4 (400 MG) PO  QHS  DO NOT CRUSH
400mg qhs
Rx 2860164211  O/D:11/26/17     D/C:01/12/18
Physician:  DAY                    , GWENDOLYN,NF

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENYTOIN SOD *EXT* 100  1 DOSE | 03:00 | | | | | | | | | | | | | RW | | ND | TJ | AL | AL | AL | TY | TY | NG | AL | AL | AL | RW | RW | RW | RW | TH | |
| | 04:00 | | | | | | | | | | | | | RW | ND | ND | | | | | | | | | | | | | | | | |

**MG CAPS DILANTIN (DILANTIN)**
Oral EVERY MORNING (180 Days)
TAKE 3 CAPS BY MOUTH EVERY MORNING  DO NOT CRUSH
Rx 3083897158  O/D:01/13/18     D/C:07/11/18
Physician:  POUPARINAS         , MANUEL,MD

| | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PHENYTOIN SOD *EXT* 100  1 DOSE | 16:00 | | | | | | | | | | | | | ND | ND | CT | CT | TH | TY | CT | CT | CT | SJ | FB | CT | CT | CT | DD | DD | CT | CT | FB |

**MG CAPS DILANTIN (DILANTIN)**
Oral EVERY EVENING (180 Days)
TAKE 2 CAPS BY MOUTH EVERY EVENING  DO NOT CRUSH
Rx 3083897225  O/D:01/13/18     D/C:07/11/18
Physician:  POUPARINAS         , MANUEL,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB ▆▆▆▆▆      Sex:M        Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

K,1,9A
LAWSON, NICHOLAS BERNARD                DOC #262514
2/1/18

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/

Exhibit C

HLM-SEG-6263

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| phenytoin sod *ext* 100   1 DOSE mg caps dilantin (DILANTIN) Oral AT BEDTIME for seizure TAKE 4 CAPS (400 MG) BY MOUTH AT BEDTIME  DO NOT CRUSH 400mg qhs Rx 2860164211  O/D: 11/26/17    D/C: 05/24/18 | 21:00 | CT | DD | DD | CT | CT | CT | SJ | DM | DM | TY | DM | CT | CT | CT | CT | FB | FB | CT | CT | DD | CT | CT | CT | DD | CT | CT | CT | CT | TH | DD |  |
| Physician: DAY            , GWENDOLYN,NF | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| TERBINAFINE HCL 250 MG   1 DOSE TABS LAMISIL (LAMISIL) Oral DAILY (14 Days) TAKE 1 TAB BY MOUTH DAILY Rx 2928406970  O/D: 11/22/17    D/C: 12/05/17 | 03:00 | AL | RW | RW | RW | RW |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| Physician: POUPARINAS            , MANUEL,MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB:          Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/

K,1,9A

LAWSON, NICHOLAS BERNARD        DOC #262514

1/1/18

Exhibit C

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **gramicidin-neomycin-polym 1 DOSE** yxin B oph (NEOSPORIN) Ophthalmic USE AS DIRECTED 1 ml OP BID Rx 20014589410/D:01/06/17 D/C:11/21/17 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Physician: Butler , James | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **PHENYTOIN SOD *EXT* 100 1 DOSE** MG CAPS DILANTIN (DILANTIN) Oral AT BEDTIME for seizure TAKE 4 CAPS BY MOUTH AT BEDTIME DO NOT CRUSH 400mg qhs Rx 23604914240/D:05/30/17 D/C:11/25/17 | 21:00 | CT | CT | CT | DD | ND | CT | CT | CT | SJ | CT | RG | CT | JR | CT | CT | CT | DD | DD | CT | CT | CT | TY | CT | CT | | | | | | | |
| Physician: POUPARINAS , MANUEL,MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **phenytoin sod *ext* 100 1 DOSE** mg caps dilantin (DILANTIN) Oral AT BEDTIME for seizure TAKE 4 CAPS (400 MG) BY MOUTH AT BEDTIME DO NOT CRUSH 400mg qhs Rx 28601642110/D:11/26/17 D/C:05/24/18 | 21:00 | | | | | | | | | | | | | | | | | | | | | | | | | | CT | TH | CT | CT | CT | |
| Physician: DAY , GWENDOLYN,I | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| **TERBINAFINE HCL 250 MG 1 DOSE** TABS LAMISIL (LAMISIL) Oral DAILY (14 Days) TAKE 1 TAB BY MOUTH DAILY Rx 29284069760/D:11/22/17 D/C:12/05/17 | 03:00 | | | | | | | | | | | | | | | | | | | | | | | | | AL | TH | TH | TJ | TJ | TJ | TH | AL | AL |
| Physician: POUPARINAS , MANUEL,MD | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |



)OB ██████ Sex:M    Allergies: No Known Drug Allergy

Init: HLM-SEG-6263

)iagnosis:

:,1,9A    DOC #262514

AWSON, NICHOLAS BERNARD

2/1/17

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

| Medications | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PHENYTOIN SOD *EXT* 100** 1 **DOSE** **MG CAPS DILANTIN (DILANTIN)** Oral AT BEDTIME for seizure TAKE 4 CAPS BY MOUTH AT BEDTIME  DO NOT CRUSH 400mg qhs Rx 23604914240/D:05/30/17  D/C:11/25/17 | 21:00 | CT | SJ | CT | CT | CT | CT | DD | WS | CT | CT | CT | TH | RG | CT | CT | TH | TH | CT | CT | CT | DD | DD | RG | CT | CT | SJ | AL | CT | CT | SJ | CT |

Physician: POUPARINAS        , MANUEL,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Informa...

DOB: ▮▮▮▮▮   Sex:M        Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

K,1,9A                        DOC #262514

LAWSON, NICHOLAS BERNARD

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
On Hold

Exhibit C
Page 1 of 1

Medications

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

**LAWSON, NICHOLAS**

| PHENYTOIN SOD *EXT* 100 | 1 | 21:00 | CT | RG | DM | DM | CT | CT | CT | CT | FB | DD | CT | CT | CT | SJ | CT | CT | CT | DD | CT | CT | CT | CT | DD | TY | CT | CT | CT | CT | TY | CT | CT |

DOSE
MG CAPS DILANTIN (DILANTIN)
Oral AT BEDTIME
for seizure
TAKE 4 CAPS BY MOUTH AT
BEDTIME DO NOT CRUSH
400mg qhs
Rx 2360491424 O/D:05/30/17  D/C:11/25/17

Physician: POUPARINAS      , MANUEL,MD

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

DOB [REDACTED]      Sex:M      Allergies: No Known Drug Allergy

Unit: HLM-SEG-6263

Diagnosis:

K,1,9A                      DOC #262514

LAWSON, NICHOLAS BERNARD

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/
      On Hold

Exhibit C
Page 1 of 1

Medications

| Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**LAWSON, NICHOLAS**

**PHENYTOIN SOD *EXT* 100 1 DOSE MG CAPS DILANTIN (DILANTIN)** Oral AT BEDTIME
for seizure
TAKE 4 CAPS BY MOUTH AT BEDTIME DO NOT CRUSH
400mg qhs
Rx 2360491424 O/D:05/30/17  D/C:11/25/17

| 21:00 | TY | FB | FB | LD | CT | CT | FB | CT | CT | CT | TY | TY | CT | CT | CT | DM | TY | CT | CT | SJ | CT | CT | CT | SJ | DD | DD | CT | CT | CT | SJ |

Physician: POUPARINAS  , MANUEL,MD

**IBUPROFEN 200 MG TABS 1 DOSE ADVIL (ADVIL)** Oral TWICE A DAY (7 Days) PRN
for Pain
TAKE 2 TABS BY MOUTH TWICE DAILY AS NEEDED  TAKE WITH FOOD
Rx 2653181133 O/D:08/22/17  D/C:08/28/17

Row AL/CT/SJ/TJ: AL CT SJ TJ CT | CT | TJ | DD

Physician: POUPARINAS  , MANUEL,MD

CONFIDENTIAL Quality Improvement PRIVILEGED

DOB: [redacted]  Sex:M   Allergies: No Known Drug Allergy
Unit: HLM-SEG-6263
Diagnosis:

K,1,9A          DOC #262514
LAWSON, NICHOLAS BERNARD

N - No Show
NA - Not Admin
R- Refused
K - KOP
H - Hold
ND - Not ocumented
NAH - Not Admin/ On Hold

Exhibit C
Page 1 of 1

# PATIENT RESULTS REPORT



**INFIRMARY**
HEALTH

Atmore Community Hospital
401 Medical Park Dr
Atmore, AL 36502  (251) 435-1200

Patient: LAWSON, NICHOLAS
MRN: 420393548
DOB: ████  Age: 35  Sex: M
Location: ATMORE STL
Admit Date: 10/11/18

Order Id: V0114881  Hosp No:  J76P219
Ordered Date/Time:  10/11/18  20:56
Ordering Physician: STONE, KAREN
Copy to Physician:

**COMMENTS:**

368-9223

Status:  FINAL

## CHEMISTRY

| Test Name | Result | ABN | Ref-Ranges | Units | Site |
|---|---|---|---|---|---|
| **COLLECTED 10/11/18 19:00** | | | | | |
| **GENERAL CHEMISTRY** | | | | | |
| GLUCOSE | 97 | | 74-106 | mg/dL | A |
| BUN | 9 | | 7-18 | mg/dL | A |
| CRE1 | 1.06 | | 0.70-1.30 | mg/dL | A |
| BUN/CREAT RATIO | 8 | | 5-24 | ratio | A |
| GFR | >60.00 | | >60.00 | mL/min/1.73m2 | A |
| SODIUM | 143 | | 136-145 | mEq/L | A |
| POTASSIUM | 4.6 | | 3.5-5.1 | mEq/L | A |
| CHLORIDE | 105 | | 98-107 | mmol/L | A |
| CO2 | 30 | | 21-32 | mmol/L | A |
| ANION GAP | 8 | | 7-16 | | A |
| CALCIUM | 8.4 | L | 8.5-10.1 | mg/dL | A |
| BILI, TOTAL | 0.2 | | 0.2-1.0 | mg/dL | A |
| ALK PHOS | 67 | | 46-116 | U/L | A |
| AST(SGOT) | 19 | | 15-37 | U/L | A |
| ALT(SGPT) | 31 | | 16-63 | U/L | A |
| T.PROTEIN | 6.7 | | 6.4-8.2 | g/dL | A |
| ALBUMIN | 3.8 | | 3.4-5.0 | g/dL | A |
| GLOBULINS | 2.9 | | 2.0-4.2 | g/dL | A |
| A/G RATIO | 1.31 | | 1.00-2.20 | ratio | A |
| CALCULATED OSMO | 284 | | 267-291 | mOsm/kg | A |

Performing Site:

A    Atmore Community Hospital 401 Medical Park Dr_Atmore, Al 36502 (251)368-2500

Scanned to
Stone @ 10
2225

10/15/18
CONFIDENTIAL & PRIVILEGED
Quality Improvement Information
Shown @

**INSTANT REPORT**

KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC

Site Legend:  M = Mobile Infirmary Medical Center; B = North Baldwin; D = Diagnostic and Medical; T = Thomas; A = Atmore Community Hospital

Printed:  10/11/18 21:35                                                              Page 1 of 1                                    Form: Multimodule RL1

# ADOC
# URINALYSIS

DATE: 10-11-18

## URINALYSIS

LEUKOCYTES Neg

NITRITE Neg

UROBILINOGEN 0.2

PROTEIN 15

pH 5.0

BLOOD (+)

SPEC. GRAVITY 1030

KETONE 5

GLUCOSE Neg

HCG N/A

(Add: Final Labs Here)

10/15/18

Shown Goods in cup

Scanned to Storie 2225

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lawson, Nicholus | 262511 | | B/M | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ADOC AL-70012-CMS Urinalysis
CP70012AL-AL-70012-CMS Urinalysis – reviewed 10/2008

Exhibit C

# BioReference
## LABORATORIES
### an **OPKO** Health Company

FINAL REPORT

**PHYSICIAN**
POUPARINA, MANUEL
A5194 - HOLMAN CORRECTIONAL
866 ROSS ROAD,
ATMORE, AL 36503
Acct #: (A5194)          MO
P: (251)446-9570

**PATIENT**
LAWSON, NICHOLAS BERNARD
DOB:                    Age: 34 Y Sex: M
U/FL:          Bed:
Rm:
Inmate ID:    262514
Address: 1000,
          SPRINGVILLE, AL 35146
P: (205)467-6111

**SAMPLE**
Specimen ID: 943673253
Date Of Report: 09/27/2018 15:55
Date Collected: 09/26/2018 11:36
Date Received: 09/27/2018 10:18

*North America Eastern Time*

Notes: NON FASTING

## CLINICAL REPORT

### Clinical Abnormalities Summary: (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | |
|---|---|---|---|
| Glucose | 60 L | BUN/Creat Ratio | 7.9 L |
| BASOS | 1.1 H | | |

### --------* CHEMISTRY *--------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|------|--------|----------|-----------|-------|----------|--------------|------|
| Total Protein | 7.4 | | 5.9-8.4 | g/dL | 09/27/18 | 7.2 | 05/22/18 |
| Albumin | 4.7 | | 3.5-5.2 | g/dL | 09/27/18 | 4.8 | 05/22/18 |
| Globulin | 2.7 | | 1.7-3.7 | g/dL | 09/27/18 | 2.4 | 05/22/18 |
| A/G Ratio | 1.7 | | 1.1-2.9 | | 09/27/18 | 2.0 | 05/22/18 |
| Glucose | | 60 L | 70-99 | mg/dL | 09/27/18 | 94 | 05/22/18 |
| Sodium | 144 | | 136-145 | mmol/L | 09/27/18 | 141 | 05/22/18 |
| Potassium | 5.0 | | 3.6-5.6 | mmol/L | 09/27/18 | 4.1 | 05/22/18 |
| Chloride | 104 | | 96-108 | mmol/L | 09/27/18 | 102 | 05/22/18 |
| CO2 | 23 | | 22-29 | mmol/L | 09/27/18 | 31 H | 05/22/18 |
| BUN | 8 | | 6-20 | mg/dL | 09/27/18 | 9 | 05/22/18 |
| Creatinine | 1.01 | | 0.67-1.31 | mg/dL | 09/27/18 | 1.00 | 05/22/18 |
| e-GFR | 97 | | >or=60 | mL/min | 09/27/18 | 98 | 05/22/18 |
| e-GFR, African American | 112 | | >or=60 | mL/min | 09/27/18 | 114 | 05/22/18 |
| **BUN/Creat Ratio** | | 7.9 L | 10.0-28.0 | | 09/27/18 | 9.0 L | 05/22/18 |
| Calcium | 9.6 | | 8.6-10.4 | mg/dL | 09/27/18 | 9.3 | 05/22/18 |
| Bilirubin, Total | 0.3 | | <1.2 | mg/dL | 09/27/18 | 0.2 | 05/22/18 |
| Alk Phos | 67 | | 40-156 | U/L | 09/27/18 | 63 | 05/22/18 |
| AST | 21 | | <40 | U/L | 09/27/18 | 12 | 05/22/18 |
| ALT | 20 | | <41 | U/L | 09/27/18 | 20 | 05/22/18 |

### --------* HEMATOLOGY *--------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|------|--------|----------|-----------|-------|----------|--------------|------|
| WBC | 8.04 | | 3.66-10.60 | x10(3)/uL | 09/27/18 | 8.70 | 05/22/18 |
| RBC | 4.86 | | 3.94-5.76 | x10(6)/uL | 09/27/18 | 4.84 | 05/22/18 |
| HGB | 14.1 | | 12.0-16.9 | gm/dL | 09/27/18 | 14.0 | 05/22/18 |
| HCT | 41.8 | | 34.6-49.6 | % | 09/27/18 | 41.8 | 05/22/18 |
| MCV | 86.0 | | 78.0-98.0 | fL | 09/27/18 | 86.4 | 05/22/18 |
| MCH | 29.0 | | 25.8-33.1 | pg | 09/27/18 | 28.9 | 05/22/18 |
| MCHC | 33.7 | | 31.7-35.5 | gm/dL | 09/27/18 | 33.5 | 05/22/18 |
| RDW | 15.2 | | 12.2-15.3 | % | 09/27/18 | 14.3 | 05/22/18 |
| POLYS | 55.9 | | 34.9-75.3 | % | 09/27/18 | 52.9 | 05/22/18 |
| LYMPHS | 30.2 | | 14.0-51.8 | % | 09/27/18 | 33.8 | 05/22/18 |
| MONOS | 9.1 | | 3.5-13.2 | % | 09/27/18 | 8.3 | 05/22/18 |

10/9/18
Shown b eol

CONFIDENTIAL & PRIVILEGED
Quality Improvement

James Weisberger M.D.
Laboratory Director

Page 1 of 2
Printed 10/01/2018 09:51

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C , Melbourne, FL 32901 | (800) 229-5227

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

Page 73 of 154                                    Exhibit C

# BioReference
### LABORATORIES
##### an **OPKO** Health Company

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINA, MANUEL<br><br>A5194 - HOLMAN CORRECTIONAL<br><br>866 ROSS ROAD,<br><br>ATMORE, AL 36503<br><br>Acct #: (A5194)          MO<br><br>P: (251)446-9570 | LAWSON, NICHOLAS BERNARD<br>DOB: ▮▮▮▮          Age: 34 Y Sex: M<br>U/FL: ▮▮▮▮          Bed:<br>Rm:<br>Inmate ID:          262514<br>Address: 1000,<br>          SPRINGVILLE, AL 35146<br><br>P: (205)467-6111 | Specimen ID: 943673253<br>Date Of Report: 09/27/2018 15:55<br>Date Collected: 09/26/2018 11:36<br>Date Received: 09/27/2018 10:18<br><br><br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| EOS | 3.5 | | 0.0-6.2 | % | 09/27/18 | 4.0 | 05/22/18 |
| BASOS | | 1.1 H | 0.0-1.0 | % | 09/27/18 | 0.8 | 05/22/18 |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.0 | % | 09/27/18 | 0.2 | 05/22/18 |
| Platelet Count | 298 | | 140-425 | x10(3)/uL | 09/27/18 | 285 | 05/22/18 |
| MPV | 12.1 | | 8.6-12.1 | fL | 09/27/18 | 11.1 | 05/22/18 |

Shawn
Grabysvek  10/9/18

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.          Page 2 of   2
Laboratory Director  Printed 10/01/2018 09:51

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



**BioReference** LABORATORIES
an *OPKO* Health Company

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINAS, MANUEL<br><br>A5194 - HOLMAN CORRECTIONAL<br><br>866 ROSS ROAD,<br><br>ATMORE, AL 36503<br>Acct #: (A5194)        MO<br>P: (251)446-9570 | LAWSON, NICHOLAS<br>DOB: ▓▓▓▓        Age: 34 Y Sex: M<br>U/FL:            Bed:<br>Rm:<br>Inmate ID:      262514<br>Address:,<br><br>P: | Specimen ID: 943432583<br>Date Of Report: 06/18/2018 10:31<br>Date Collected: 06/14/2018 17:00<br>Date Received: 06/16/2018 12:06<br><br><br>*North America Eastern Time* |

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

CULTURE, WOUND        SEE BELOW *
AEROBIC

------* MICROBIOLOGY *-------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| WOUND GRAM STAIN | SEE BELOW | | NEGATIVE | | 06/18/18 | | |

NO WBC'S
FEW GRAM POSITIVE COCCI IN PAIRS
SITE:  NOT PROVIDED

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| CULTURE, WOUND AEROBIC | | SEE BELOW * | NO GROWTH | | 06/18/18 | | |

SITE:  NOT PROVIDED
ORGANISM #1:  HEAVY GROWTH OF METHICILLIN RESISTANT STAPH AUREUS
OXACILLIN (CEFOXITIN)-SUSCEPTIBLE STAPHYLOCOCCI CAN BE CONSIDERED
SUSCEPTIBLE TO: AMOXICILLIN-CLAVULANATE, AMPICILLIN-SULBACTAM,
PIPERACILLIN-TAZOBACTAM, TICARCILLIN-CLAVULANATE, CEFACLOR, CEFDINIR,
CEPHALEXIN, CEFPODOXIME, CEFPROZIL, CEFUROXIME, LORACARBEF, CEFAMANDOLE,
CEFAZOLIN, CEFEPIME, CEFMETAZOLE, CEFONICID, CEFOPERAZONE, CEFOTAXIME,
CEFOTETAN, CEFTIZOXIME, CEFTRIAXONE, CEFUROXIME, CEPHALOTHIN,
CEFTAROLINE, MOXALACTAM, DORIPENEM, ERTAPENEM, IMIPENEM, MEROPENEM.
RIFAMPIN SHOULD NOT BE USED ALONE FOR ANTIMICROBIAL THERAPY.  ORGANISMS
THAT ARE SUSCEPTIBLE TO TETRACYCLINE ARE ALSO CONSIDERED SUSCEPTIBLE TO
DOXYCYCLINE AND MINOCYCLINE.
MORE THAN 90% OF S.AUREUS ARE RESISTANT TO PENICILLIN IN THE UNITED
STATES. THUS; ROUTINE TESTING IS NOT ALWAYS INDICATED FOR PENICILLINS.

METHICILLIN RESISTANT STAPH AUREUS

| Drug | MIC | Interps |
|---|---|---|
| CEFTAROLINE | <=0.5 | S |
| CIPROFLOXACIN | >2 | R |
| CLINDAMYCIN | <=0.5 | S |
| ERYTHROMYCIN | >4 | R |
| GENTAMICIN | <=4 | S |
| LEVOFLOXACIN | >4 | R |
| LINEZOLID | 2 | S |
| OXACILLIN | >2 | R |
| RIFAMPIN | <=1 | S |
| TETRACYCLINE | <=4 | S |
| TIGECYCLINE | | S |
| TRIMETHOPRIM/SUL | <=0.5/9.5 | S |
| VANCOMYCIN | 1 | S |

Culture Comment: POSITIVE FOR METHICILLIN RESISTANT STAPH AUREUS (MRSA).
CONTACT PRECAUTION IS RECOMMENDED.

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.        Page 1 of  2
Laboratory Director   Printed 06/20/2018 11:24

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

# BioReference

LABORATORIES
an **OPKO** Health Company

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINAS, MANUEL<br><br>A5194 - HOLMAN CORRECTIONAL<br>866 ROSS ROAD,<br>ATMORE, AL 36503<br>Acct #: (A5194)　　　MO<br>P: (251)446-9570 | LAWSON, NICHOLAS<br>DOB: ▮▮▮▮　　Age: 34 Y Sex: M<br>U/FL:　　Bed:<br>Rm:<br>Inmate ID:　　262514<br>Address: ,<br>　　　,<br>P: | Specimen ID: 943432583<br>Date Of Report: 06/18/2018 10:31<br>Date Collected: 06/14/2018 17:00<br>Date Received: 06/16/2018 12:06<br><br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPI Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| WOUND ANAEROBIC CULTURE | SEE BELOW | | NO GROWTH | | 06/18/18 | | |

NO ANAEROBES ISOLATED
SITE: NOT PROVIDED

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.
Laboratory Director
Page 2 of 2
Printed 06/20/2018 11:24

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

# BioReference

PRELIMINARY REPORT

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARTINAS, MANUEL<br>WEXFORD HEALTHCARE HOLMAN<br>CORRECTIONAL<br>866 ROSS ROAD<br>Atmore, AL 36503<br>Acct #:  (A5194-9)   MO<br>P: (251) 446-9570 | LAWSON, NICHOLAS<br>DOB:            Age:34 Y Sex:M<br>ID: 262514<br>Address:<br>P: | Specimen ID: 943432583<br>Date Of Report: 06/18/2018<br>Date Collected: 06/14/2018<br>Time Collected:1/:00<br>Date Received: 06/16/2018<br>Time Received: 12:06<br><br>North America Central Time |

## CLINICAL REPORT

**CLINICAL ABNORMALITIES SUMMARY:**

CULTURE, WOUND      SEE BELOW
AEROBIC

### MICROBIOLOGY

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| WOUND GRAM STAIN | SEE BELOW | | NEGATIVE | | 06/1//18 | | |

NO WBC'S
FEW GRAM POSITIVE COCCI IN PAIRS
SITE: NOT PROVIDED

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| CULTURE, WOUND AEROBIC | | SEE BELOW | NO GROWTH | | 06/18/18 | | |

SITE: NOT PROVIDED
ORGANISM #1: HEAVY GROWTH OF METHICILLIN RESISTANT STAPH AUREUS
OXACILLIN (CEFOXITIN)-SUSCEPTIBLE STAPHYLOCOCCI CAN BE CONSIDERED
SUSCEPTIBLE TO: AMOXICILLIN-CLAVULANATE, AMPICILLIN-SULBACTAM,
PIPERACILLIN-TAZOBACTAM, TICARCILLIN-CLAVULANATE, CEFACLOR, CEFDINIR,
CEPHALEXIN, CEFPODOXIME, CEFPROZIL, CEFUROXIME, LORACARBEF, CEFAMANDOLE,
CEFAZOLIN, CEFEPIME, CEFMETAZOLE, CEFONICID, CEFOPERAZONE, CEFOTAXIME,
CEFOTETAN, CEFTIZOXIME, CEFTRIAXONE, CEFUROXIME, CEPHALOTHIN,
CEFTAROLINE, MOXALACTAM, DORIPENEM, ERTAPENEM, IMIPENEM, MEROPENEM.
RIFAMPIN SHOULD NOT BE USED ALONE FOR ANTIMICROBIAL THERAPY.  ORGANISMS
THAT ARE SUSCEPTIBLE TO TETRACYCLINE ARE ALSO CONSIDERED SUSCEPTIBLE TO
DOXYCYCLINE AND MINOCYCLINE.
MORE THAN 90% OF S.AUREUS ARE RESISTANT TO PENICILLIN IN THE UNITED
STATES. THUS; ROUTINE TESTING IS NOT ALWAYS INDICATED FOR PENICILLINS.

METHICILLIN RESISTANT STAPH AUREUS

| Drug | MIC | Interps |
|---|---|---|
| CEFTAROLINE | <=0.5 | S |
| CIPROFLOXACIN | >2 | R |
| CLINDAMYCIN | <=0.5 | S |
| ERYTHROMYCIN | >4 | R |
| GENTAMICIN | <=4 | S |
| LEVOFLOXACIN | >4 | R |
| LINEZOLID | 2 | S |
| OXACILLIN | >2 | R |
| RIFAMPIN | <=1 | S |
| TETRACYCLINE | <=4 | S |
| TIGECYCLINE | | S |
| TRIMETHOPRIM/SUL | <=0.5/9.5 | S |
| VANCOMYCIN | 1 | S |

← Started 6/15/18

cw
6/19/18

CONFIDENTIAL & PRIVILEGED
Quality Improvement

---

# BioReference
LABORATORIES
an OPKO Health Company

**PRELIMINARY REPORT**



PHYSICIAN

POUPARINAS, MANUEL
WEXFORD HEALTHCARE HOLMAN
CORRECTIONAL
866 ROSS ROAD
Atmore, AL 36503
Acct #:   (A5194-9)      MO
P: (251) 446-9570



PATIENT

LAWSON, NICHOLAS
DOB: [redacted]       Age:34 Y Sex:M
ID: 262514
Address:
P:

SAMPLE

Specimen ID:  943432583
Date Of Report: 06/18/2018
Date Collected: 06/14/2018
Time Collected: 17:00
Date Received:  06/16/2018
Time Received:  12:06

North America Central Time

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | Rpt Date | Prior Result | Date |
|------|--------|----------|-----------|-------|----------|--------------|------|
| Culture Comment: POSITIVE FOR METHICILLIN RESISTANT STAPH AUREUS (MRSA). CONTACT PRECAUTION IS RECOMMENDED. | | | | | | | |
| WOUND CULTURE,ANAEROBIC | TO FOLLOW | | No Growth | | 06/16/18 | | |

Preliminary Report

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory
27 E. Hibiscus Blvd. Suite C | Melbourne, FL 32901 | (800) 229-5227    James Weisberger, M.D.    Clinical Page 2 of 2
                                                                       Laboratory Director       Printed 06/18/2018  10:16

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.



PATIENT RESULTS REPORT

**INFIRMARY HEALTH**

Atmore Community Hospital
401 Medical Park Dr
Atmore, AL 36502 (251) 435-1200

Patient: LAWSON, NICHOLAS
MRN: 42039354\_
DOB: ▓▓▓ Age: 34 Sex: M
Location: ATMORE STL
Admit Date: 06/16/18

**COMMENTS:**

3688917

Order Id: U6161793   Hosp No:  J5GH350
Ordered Date/Time:  06/18/18   12:01
Ordering Physician:  POUPARINAS, MANUEL
Copy to Physician:

## URINE TOXICOLOGY

Status:  FINAL

| Test Name | Result | ABN | Ref-Ranges | Units | Site |
|---|---|---|---|---|---|
| COLLECTED 06/16/18 0:40 | | | | | |
| URINE TOXICOLOG | | | | | |
| AMPHETAMINE | NEGATIVE | | NEGATIVE | | A |
| BARBITURATES | POSITIVE | AB | NEGATIVE | | A |
| BENZODIAZEPINES | NEGATIVE | | NEGATIVE | | A |
| COCAINE | NEGATIVE | | NEGATIVE | | A |
| METHAMPHETAMINE | POSITIVE | AB | NEGATIVE | | A |
| METHADONE | NEGATIVE | | NEGATIVE | | A |
| OPIATES | NEGATIVE | | NEGATIVE | | A |
| OXYCODONE | NEGATIVE | | NEGATIVE | | A |
| PHENCYCLIDINE | NEGATIVE | | NEGATIVE | | A |
| PROPOXYPHENE | NEGATIVE | | NEGATIVE | | A |
| THC CANNABINOIDS | NEGATIVE | | NEGATIVE | | A |
| TCA TRICYCLIC ANTIDEPRESSANTS | NEGATIVE | | NEGATIVE | | A |

The PROFILE-V MEDTOX Scan Drugs of Abuse Test System detects
drug classes at the following cutoff concentrations:

| | |
|---|---|
| AMPHETAMINE | CUTOFF: 500 ng/mL |
| BARBITURATES | CUTOFF: 200 ng/mL |
| BENZODIAZEPINES | CUTOFF: 150 ng/mL |
| COCAINE | CUTOFF: 150 ng/mL |
| METHAMPHETAMINE | CUTOFF: 500 ng/mL |
| METHADONE | CUTOFF: 200 ng/mL |
| OPIATES | CUTOFF: 100 ng/mL |
| OXYCODONE | CUTOFF: 100 ng/mL |
| PHENCYCLIDINE | CUTOFF: 25 ng/mL |
| PROPOXYPHENE | CUTOFF: 300 ng/mL |
| THC CANNABINOIDS | CUTOFF: 50 ng/mL |
| TCA TRICYCLIC ANTIDEPRESSANTS | CUTOFF: 300ng/mL |

The PROFILE-V MEDTOX scan Drugs of Abuse Test Sysem provides only
a preliminary analytical result. A more specific alternate chemical
method should be used in order to obtain a confirmed result.

**Performing Site:**
A    Atmore Community Hospital 401 Medical Park Dr_Atmore, Al 36502 (251)368-2500

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

**INSTANT REPORT**
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, P-PANIC, T-TOXIC

Site Legend:  M = Mobile Infirmary Medical Center; B = North Baldwin; D = Diagnostic and Medical; T = Thomas; A = Atmore Community Ho▓
ted:  06/16/18 15:09

Page 1 of 1

# BioReference
L·A·B·O·R·A·T·O·R·I·E·S
an **OPKO** Health Company

**FINAL REPORT**

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINA, MANUEL<br><br>A5194 - HOLMAN CORRECTIONAL<br>866 ROSS ROAD,<br>ATMORE, AL 36503<br>Acct #: (A5194)        MO<br>P: (251)446-9570 | LAWSON, NICHOLAS BERNARD<br>DOB:         Age: 34 Y Sex: M<br>U/FL:           Bed:<br>Rm:<br>Inmate ID:     262514<br>Address: 1000,<br>          SPRINGVILLE, AL 35146<br>P: (205)467-6111 | Specimen ID: 943368964<br>Date Of Report: 05/23/2018 15:28<br>Date Collected: 05/22/2018 13:46<br>Date Received: 05/23/2018 12:04<br><br>*North America Eastern Time* |

Notes: NON FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | | | |
|---|---|---|---|---|---|
| CO2 | 31 H | BUN/Creat Ratio | 9.0 L | GGTP | 206 H |
| Cholesterol | 202 H | | | | |
| DILANTIN | 27.4 H | | | | |

### -------* CHEMISTRY *--------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Total Protein | 7.2 | | 5.9-8.4 | g/dL | 05/23/18 | 8.1 | 11/13/17 |
| Albumin | 4.8 | | 3.5-5.2 | g/dL | 05/23/18 | 4.9 | 11/13/17 |
| Globulin | 2.4 | | 1.7-3.7 | g/dL | 05/23/18 | 3.2 | 11/13/17 |
| A/G Ratio | 2.0 | | 1.1-2.9 | | 05/23/18 | 1.5 | 11/13/17 |
| Glucose | 94 | | 70-99 | mg/dL | 05/23/18 | 97 | 11/13/17 |
| Sodium | 141 | | 136-145 | mmol/L | 05/23/18 | 139 | 11/13/17 |
| Potassium | 4.1 | | 3.6-5.6 | mmol/L | 05/23/18 | 4.4 | 11/13/17 |
| Chloride | 102 | | 96-108 | mmol/L | 05/23/18 | 97 | 11/13/17 |
| CO2 | | 31 H | 22-29 | mmol/L | 05/23/18 | 27 | 11/13/17 |
| BUN | 9 | | 6-20 | mg/dL | 05/23/18 | 12 | 11/13/17 |
| Creatinine | 1.00 | | 0.67-1.31 | mg/dL | 05/23/18 | 1.22 | 11/13/17 |
| e-GFR | 98 | | >or=60 | mL/min | 05/23/18 | 77 | 11/13/17 |
| e-GFR, African American | 114 | | >or=60 | mL/min | 05/23/18 | 89 | 11/13/17 |
| BUN/Creat Ratio | | 9.0 L | 10.0-28.0 | | 05/23/18 | 9.8 LO | 11/13/17 |
| Calcium | 9.3 | | 8.6-10.4 | mg/dL | 05/23/18 | 10.5 HI | 11/13/17 |
| Uric Acid | 3.6 | | 3.4-8.5 | mg/dL | 05/23/18 | | |
| Iron | 124 | | 59-158 | ug/dL | 05/23/18 | | |
| Bilirubin, Total | 0.2 | | <1.2 | mg/dL | 05/23/18 | 0.4 | 11/13/17 |
| LD | 138 | | 135-225 | U/L | 05/23/18 | | |
| Alk Phos | 63 | | 40-156 | U/L | 05/23/18 | 66 | 11/13/17 |
| AST | 12 | | <40 | U/L | 05/23/18 | 16 | 11/13/17 |
| PHOSPHORUS | 4.4 | | 2.7-4.5 | mg/dL | 05/23/18 | | |
| ALT | 20 | | <41 | U/L | 05/23/18 | 16 | 11/13/17 |
| GGTP | | 206 H | 10-71 | U/L | 05/23/18 | | |

### -* CARDIOVASCULAR/LIPIDS *--

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Cholesterol | | 202 H | <200 | mg/dL | 05/23/18 | 231 H | 03/30/18 |
| Triglycerides | 85 | | <150 | mg/dL | 05/23/18 | 71 | 03/30/18 |

### ------* HEMATOLOGY *--------

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WBC | 8.70 | | 3.66-11.99 | x10(3)/uL | 05/23/18 | 9.20 | 11/13/17 |
| RBC | 4.84 | | 4.20-5.90 | x10(6)/uL | 05/23/18 | 4.91 | 11/13/17 |

5/24/18

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.        Page 1 of 2
Laboratory Director    Printed 05/24/2018 08:37

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

Dr. Manuel Pouparinas



**BioReference**
L·A·B·O·R·A·T·O·R·I·E·S
an **DPKD** Health Company

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINA, MANUEL<br><br>A5194 - HOLMAN CORRECTIONAL<br><br>866 ROSS ROAD,<br><br>ATMORE, AL 36503<br>Acct #: (A5194)　　　　MO<br>P: (251)446-9570 | LAWSON, NICHOLAS BERNARD<br>DOB: ▓▓▓▓▓　Age: 34 Y Sex: M<br>U/FL:　　Bed:<br>Rm:<br>Inmate ID:　262514<br>Address:1000,<br>　　　SPRINGVILLE, AL 35146<br><br>P: (205)467-6111 | Specimen ID: 943368964<br>Date Of Report: 05/23/2018 15:28<br>Date Collected: 05/22/2018 13:46<br>Date Received: 05/23/2018 12:04<br><br><br>North America Eastern Time |

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| HGB | 14.0 | | 12.3-17.0 | gm/dL | 05/23/18 | 13.7 | 11/13/17 |
| HCT | 41.8 | | 39.3-52.5 | % | 05/23/18 | 42.0 | 11/13/17 |
| MCV | 86.4 | | 80.0-100.0 | fL | 05/23/18 | 85.5 | 11/13/17 |
| MCH | 28.9 | | 25.0-34.1 | pg | 05/23/18 | 27.9 | 11/13/17 |
| MCHC | 33.5 | | 29.0-35.0 | gm/dL | 05/23/18 | 32.6 | 11/13/17 |
| RDW | 14.3 | | 10.9-16.9 | % | 05/23/18 | 14.2 | 11/13/17 |
| POLYS | 52.9 | | 36.0-78.0 | % | 05/23/18 | 49.5 | 11/13/17 |
| LYMPHS | 33.8 | | 12.0-48.0 | % | 05/23/18 | 33.8 | 11/13/17 |
| MONOS | 8.3 | | 0.0-13.0 | % | 05/23/18 | 9.5 | 11/13/17 |
| EOS | 4.0 | | 0.0-8.0 | % | 05/23/18 | 6.1 | 11/13/17 |
| BASOS | 0.8 | | 0.0-2.0 | % | 05/23/18 | 0.9 | 11/13/17 |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.6 | % | 05/23/18 | 0.2 | 11/13/17 |
| Platelet Count | 285 | | 144-400 | x10(3)/uL | 05/23/18 | 286 | 11/13/17 |
| MPV | 11.1 | | 8.2-11.9 | fL | 05/23/18 | 11.6 | 11/13/17 |
| -----* MISCELLANEOUS *------ | | | | | | | |
| DILANTIN | | 27.4 H | 10.0-20.0 | ug/mL | 05/23/18 | 15.7 | 11/13/17 |

5/24/18

Dr. Manuel Pouparinas

Fluid
Clinic ASAP

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Florida Clinical Laboratory, Inc.
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.　Page 2 of　2
Laboratory Director　Printed 05/24/2018 08:37

BioReference Laboratories is a business unit of Florida Clinical Laboratory, Inc.

# ADOC
## URINALYSIS

DATE: 4-2-18

URINALYSIS

LEUKOCYTES _____ 70+ _____
NITRITE _____ — _____
UROBILINOGEN _____ 0.2 _____
PROTEIN _____ 15 _____
pH _____ 5.0 _____

BLOOD _____ ++ _____
SPEC. GRAVITY _____ 1.020 _____
KETONE _____ — _____
GLUCOSE _____ — _____
HCG _____

(Add: Final Labs Here)

_crnp_
4/2/18
pull chart needs
Abx for possible UTI
f/u in clinic

| INMATE NAME (LAST, FIRST, MIDDLE) | DOC# | DOB | RACE/SEX | FAC. |
|---|---|---|---|---|
| Lawson, Nicholas | 262504 | | B CM | HCF |

CONFIDENTIAL & PRIVILEGED ment Information

ADOC AL-70012-CMS Urinalysis
CP70012AL-AL-70012-CMS Urinalysis – reviewed 10/2008

Exhibit C

| Accession Number | Patient Name | Facility | Service Code |
|---|---|---|---|
| 22/262514 | NICHOLAS LAWSON | Holman | Physicals |

| Date Collected | Date Received | Time Received | Date Reported |
|---|---|---|---|
| 3/13/2018 | 4/27/2018 | 11:00 | 5/23/2018 |

| Test Name | Result | Out of range | Reference Range |
|---|---|---|---|
| HIV | Non-Reactive | | Non-Reactive |
| RPR | Not Tested | | Non-Reactive |
| RPR EIA | Not Tested | | Non-Reactive |
| VDRL | Not Tested | | Non-Reactive |
| TPPA | Not Tested | | Non-Reactive |

_Urinalysis Results_

| | | | |
|---|---|---|---|
| Protein | Not Tested | | Negative |
| Glucose | Not Tested | | Negative |
| Ketones | Not Tested | | Negative |
| Blood | Not Tested | | Negative |
| Nitrite | Not Tested | | Negative |
| Urobilinogen | Not Tested | | Negative |
| Leuk Esterase | Not Tested | | Negative |

| Comments | None |
|---|---|
| HIV Comments | None |
| RPR Comments | None |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Wayne D. Mercer, PhD, Laboratory Director
CLIA ID # 01D0706289

Date Printed:        5/23/2018

# PATIENT RESULTS REPORT



**INFIRMARY**
HEALTH

Atmore Community Hospital
401 Medical Park Dr
Atmore, AL 36502 (251) 435-1200

Patient: LAWSON, NICHOLAS
MRN: 420303548
DOB: [REDACTED] Age: 34 Sex: M
Location: ATMORE STL
Admit Date: 01/12/18

Order Id: U1124159   Hosp No:  J4RH450
Ordered Date/Time: 01/12/18   18:06
Ordering Physician: POUPARINAS, MANUEL
Copy to Physician:

## COMMENTS:

FAX TO 368-9223

Status:  FINAL

## CHEMISTRY

| Test Name | Result | ABN | Ref-Ranges | Units | Site |
|---|---|---|---|---|---|
| **COLLECTED 01/12/18 14:30** | | | | | |
| **THERAPEUTIC DRUGS** | | | | | |
| PHENYTOIN | 12.3 | | 10.0-20.0 | ug/mL | A |
| Performing Site: | | | | | |

A   Atmore Community Hospital 401 Medical Park Dr_Atmore, Al 36502 (251)368-2500

1/15/18

Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

**INSTANT REPORT**
KEY FOR ABNORMAL COLUMN: L-LOW, H-HIGH, AB-ABNORMAL, PI-PANIC, T-TOXIC
Site Legend: M = Mobile Infirmary Medical Center; B = North Baldwin; D = Diagnostic and Medical; T = Thomas; A = Atmore Community Hospital
Printed:   01/13/18 09:50
Page 1 of 1
Form: Multimodule RL1

# BioReference
L·A·B·O·R·A·T·O·R·I·E·S
an **OPKO** Health Company

| PHYSICIAN | PATIENT | SAMPLE |
|---|---|---|
| POUPARINA, MANUEL<br><br>A0305 - HOLMAN CORR.FACILITY<br><br>866 ROSS ROAD,<br><br>ATMORE, AL 36503<br>Acct #: (A0305)       FX<br>P: (251)446-9570 | LAWSON, NICHOLAS BERNARD<br>DOB: ▓▓▓▓   Age: 34 Y Sex: M<br>U/FL:      Bed:<br>Rm:<br>Inmate ID:     262514<br>Address: 1000,<br>          SPRINGVILLE, AL 35146<br><br>P:  (205)467-6111 | Specimen ID: 942923849<br>Date Of Report: 11/16/2017 07:25<br>Date Collected: 11/13/2017 12:00<br>Date Received: 11/14/2017 12:12<br><br><br>*North America Central Time* |

Notes: NON FASTING

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

CULTURE,WOUND,SUPER SEE BELOW *
FICIAL

------* MICROBIOLOGY *-------

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| CULTURE,WOUND,<br>SUPERFICIAL | | *SEE BELOW ** | NO GROWTH | | 11/16/17 | | |

SITE:  R CHEEK
ORGANISM #1:  FEW COLONIES OF NORMAL SKIN FLORA

11-17-17

Dr. Manuel Pouparinas

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

Florida Clinical Laboratory
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.       Page 1 of  1
Laboratory Director  Printed 11/17/2017 07:13

BioReference Laboratories is a Florida Clinical Laboratory



# BioReference
## LABORATORIES
### an OPKO Health Company

**FINAL REPORT**

**PHYSICIAN**

POUPARINA, MANUEL

A0305 - HOLMAN CORR.FACILITY

866 ROSS ROAD,

ATMORE, AL 36503
Acct #: (A0305)          FX
P: (251)446-9570

**PATIENT**

LAWSON, NICHOLAS BERNARD
DOB: ▮▮▮▮   Age: 34 Y Sex: M
U/FL: ▮▮▮   Bed:
Rm:
Inmate ID:    262514
Address:1000,
         SPRINGVILLE, AL 35146
P: (205)467-6111

**SAMPLE**

Specimen ID: 942923853
Date Of Report: 11/14/2017 15:23
Date Collected: 11/13/2017 10:11
Date Received: 11/14/2017 12:14

*North America Central Time*

Notes:  NON FASTING        *Dr. Manuel Pouparinas* 11/17/17

## CLINICAL REPORT

**Clinical Abnormalities Summary:** (May not contain all abnormal results; narrative results may not have abnormal flags. Please review entire report.)

| | | | |
|---|---|---|---|
| BUN/Creat Ratio | 9.8 LO | Calcium | 10.5 HI |

---

**------* CHEMISTRY *--------**

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| Total Protein | 8.1 | | 5.9-8.4 | g/dL | 11/14/17 | | |
| Albumin | 4.9 | | 3.5-5.2 | g/dL | 11/14/17 | | |
| Globulin | 3.2 | | 1.7-3.7 | g/dL | 11/14/17 | | |
| A/G Ratio | 1.5 | | 1.1-2.9 | | 11/14/17 | | |
| Glucose | 97 | | 70-99 | mg/dL | 11/14/17 | | |
| Sodium | 139 | | 136-145 | mmol/L | 11/14/17 | | |

NOTE: New reference range for Sodium implemented 11/6/17.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Potassium | 4.4 | | 3.6-5.6 | mmol/L | 11/14/17 | | |

NOTE: New reference range for Potassium implemented 11/6/17.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Chloride | 97 | | 96-108 | mmol/L | 11/14/17 | | |
| CO2 | 27 | | 22-29 | mmol/L | 11/14/17 | | |
| BUN | 12 | | 6-20 | mg/dL | 11/14/17 | | |
| Creatinine | 1.22 | | 0.67-1.31 | mg/dL | 11/14/17 | | |
| e-GFR | 77 | | >or=60 | mL/min | 11/14/17 | | |
| e-GFR, African American | 89 | | >or=60 | mL/min | 11/14/17 | | |
| BUN/Creat Ratio | | 9.8 LO | 10.0-28.0 | | 11/14/17 | | |
| Calcium | | 10.5 HI | 8.6-10.4 | mg/dL | 11/14/17 | | |
| Bilirubin, Total | 0.4 | | <1.2 | mg/dL | 11/14/17 | | |
| Alk Phos | 66 | | 40-156 | U/L | 11/14/17 | | |
| AST | 16 | | <40 | U/L | 11/14/17 | | |
| ALT | 16 | | <41 | U/L | 11/14/17 | | |

**------* HEMATOLOGY *--------**

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|---|---|---|---|---|---|---|---|
| WBC | 9.20 | | 3.66-11.99 | x10(3)/uL | 11/14/17 | | |
| RBC | 4.91 | | 4.20-5.90 | x10(6)/uL | 11/14/17 | | |
| HGB | 13.7 | | 12.3-17.0 | gm/dL | 11/14/17 | | |
| HCT | 42.0 | | 39.3-52.5 | % | 11/14/17 | | |
| MCV | 85.5 | | 80.0-100.0 | fL | 11/14/17 | | |
| MCH | 27.9 | | 25.0-34.1 | pg | 11/14/17 | | |
| MCHC | 32.6 | | 29.0-35.0 | gm/dL | 11/14/17 | | |
| RDW | 14.2 | | 10.9-16.9 | % | 11/14/17 | | |

CONFIDENTIAL & PRIVILEGED Quality Improvement information

Florida Clinical Laboratory
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

James Weisberger M.D.          Page 1 of   2
Laboratory Director  Printed 11/15/2017 07:47

BioReference Laboratories is a Florida Clinical Laboratory

Page 86 of 154                                Exhibit C

# BioReference
LABORATORIES
an **OPKO** Health Company

**PHYSICIAN**
POUPARINA, MANUEL

A0305 - HOLMAN CORR.FACILITY

866 ROSS ROAD,

ATMORE, AL 36503

Acct #: (A0305)          FX

P: (251)446-9570

**PATIENT**
LAWSON, NICHOLAS BERNARD

DOB:                Age: 34 Y  Sex: M

U/FL:          Bed:

Rm:

Inmate ID:      262514

Address:1000,
         SPRINGVILLE, AL 35146

P:  (205)467-6111

**SAMPLE**
Specimen ID: 942923853

Date Of Report: 11/14/2017 15:23

Date Collected: 11/13/2017 10:11

Date Received: 11/14/2017 12:14

North America Central Time

## CLINICAL REPORT

| Test | Result | Abnormal | Reference | Units | RPT Date | Prior Result | Date |
|------|--------|----------|-----------|-------|----------|--------------|------|
| POLYS | 49.5 | | 36.0-78.0 | % | 11/14/17 | | |
| LYMPHS | 33.8 | | 12.0-48.0 | % | 11/14/17 | | |
| MONOS | 9.5 | | 0.0-13.0 | % | 11/14/17 | | |
| EOS | 6.1 | | 0.0-8.0 | % | 11/14/17 | | |
| BASOS | 0.9 | | 0.0-2.0 | % | 11/14/17 | | |
| IMMATURE GRANULOCYTES | 0.2 | | 0.0-1.6 | % | 11/14/17 | | |
| Platelet Count | 286 | | 144-400 | x10(3)/uL | 11/14/17 | | |
| MPV | 11.6 | | 8.2-11.9 | fL | 11/14/17 | | |
| -----* MISCELLANEOUS *------ | | | | | | | |
| DILANTIN | 15.7 | | 10.0-20.0 | ug/mL | 11/14/17 | 14.3 | 01/10/17 |

Dr. Manuel Pouparinas

11/17/17

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Florida Clinical Laboratory
27 E. Hibiscus Blvd Suite C | Melbourne, FL 32901 | (800) 229-5227

BioReference Laboratories is a Florida Clinical Laboratory

James Weisberger M.D.       Page 2 of 2
Laboratory Director  Printed 11/15/2017 07:47

Page 87 of 154                           Exhibit C

SEGREGATION: MENTAL HEALTH ASSESSMENT/REPORT

☐ Initial assessment
☐ 30-day
☒ 90-day

| Inmate Name Lawson, Nicholas | Number 262514 | SMI flag YES NO | Date placed in seg: 7-23-18 | Date of Assessment 8-16-18 |
|---|---|---|---|---|

*In accordance with ACA Standards:* All inmates placed in segregation shall be interviewed by a QMHP to assess the offender's basic mental health condition within 7 days of placement. The mental health assessment is completed every 30 days for inmates with a diagnosed behavioral health disorder remaining in segregation and at 90 day intervals for offenders without a behavioral health disorder who remain in segregation — unless more frequent assessments are clinically indicated. Mental health assessments are conducted out-of-cell, face-to-face and in an area that provides sound confidentiality unless the clinician determines it is unsafe to do so. The reasons the assessment is not confidential shall be clearly documented on the back of this form.

**Mental health screening questions** (Answer all questions)

| | YES | NO | | |
|---|---|---|---|---|
| 1 | | X | Current thoughts of suicide or plan | |
| 2 | X | X | History of suicide attempts/behaviors | 10 yrs ago cutting |
| 3 | | X | Current prescription psychotropic medication | |
| 4 | | X | History of inpatient mental health treatment (psychiatric hospitalization) | |
| 5 | | X | History of treatment in RTU | |
| 6 | X | | History of outpatient mental health treatment | county 10 yrs ago |
| 7 | | X | History of substance abuse treatment | |
| 8 | | X | Current mental health complaint | |
| | | | If yes, describe: | |

**Behavioral Observations** (Check all that apply)

☐ Aggressive  ☐ Hallucinating  ☐ Lethargic  ☐ Passive
☐ Agitated  ☐ Hyperactive  ☐ Loose associations  ☐ Withdrawn
☐ Anxious  ☐ Irrational  ☐ Manipulative  ☐ Tearful
☐ Delusional  ☐ Labile  ☐ Paranoid/suspicious

**Mental Status Examination** (Write in brief description in each category)

Appearance:
appropriate to placement

Mood:
cooperative

Affect:
pleasant

Speech:
normal range and tone

Thought form & content:
reality based

Intellectual functioning:
average

Orientation:
person, place, time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

*Draft 03-15-18*

| Concentration: |
|---|
| *focused* |

| Memory: |
|---|
| *intact* |

| Other: |
|---|
| |

Assessment:

Disposition: ☒ No mental health referral
(check all that apply) ☐ Routine mental health referral to be seen within 3 days by QMHP
☐ Psychotropic medication referral
☐ Emergency mental health referral to be seen within the hour
☐ Medical referral
☐ Custody referral
☐ Administration referral for removal from segregation

| Signature, printed name and discipline of person completing this assessment: |
|---|
| C Osborn, LPCS          *C Osborn LPCS* |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

*Draft 03-15-18*

| DATE | |
|------|---|
| 7-31-18 | Inmate refused to meet with mental health . |
| | C. Osborn LPCS |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Lawson, Nicholas | 262514 | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Disposition: Inmate Medical Record

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – Revised May 14, 2008



**Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Lawson, Nicholas_  Date: _7-31-18_  Time: _1040am_

ID Number: _262514_  DOB/Age: ████████████ _35_

I hereby refuse to accept the following treatment/recommendations:

_____

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____        _____
Inmate Signature                              Date/Time

_____        _____
Witness                                            Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_~NS~ 7-31-18_____        _____
Witness                                            Witness

_Issac Mosely_ CO
Witness                                            Witness

CONFIDENTIAL/PRIVILEGED
Quality Improvement Information

Exhibit C