SEGREGATION: MENTAL HEALTH ASSESSMENT/REPORT

☐ Initial assessment
☐ 30-day
☐ 90-day

| Inmate Name Lawson, Nicholas | Number 262514 | SMI flag YES (NO) | Date placed in seg: 7-23-18 | Date of Assessment |
|---|---|---|---|---|

*In accordance with ACA Standards:* All inmates placed in segregation shall be interviewed by a QMHP to assess the offender's basic mental health condition within 7 days of placement. The mental health assessment is completed every 30 days for inmates with a diagnosed behavioral health disorder remaining in segregation and at 90 day intervals for offenders without a behavioral health disorder who remain in segregation – unless more frequent assessments are clinically indicated. Mental health assessments are conducted out-of-cell, face-to-face and in an area that provides sound confidentiality unless the clinician determines it is unsafe to do so. The reasons the assessment is not confidential shall be clearly documented on the back of this form.

**Mental health screening questions** (Answer all questions)

| | YES | NO | |
|---|---|---|---|
| 1 | | | Current thoughts of suicide or plan |
| 2 | | | History of suicide attempts/behaviors |
| 3 | | | Current prescription psychotropic medication |
| 4 | | | History of inpatient mental health treatment (psychiatric hospitalization) |
| 5 | | | History of treatment in RTU |
| 6 | | | History of outpatient mental health treatment |
| 7 | | | History of substance abuse treatment |
| 8 | | | Current mental health complaint |
| | | | If yes, describe: |

**Behavioral Observations** (Check all that apply)

☐ Aggressive     ☐ Hallucinating     ☐ Lethargic         ☐ Passive
☐ Agitated       ☐ Hyperactive       ☐ Loose associations ☐ Withdrawn
☐ Anxious        ☐ Irrational        ☐ Manipulative      ☐ Tearful
☐ Delusional     ☐ Labile            ☐ Paranoid/suspicious

**Mental Status Examination** (Write in brief description in each category)

| Appearance: |
|---|
| Mood: |
| Affect: |
| Speech: |
| Thought form & content: |
| Intellectual functioning: |
| Orientation: |

*refused 7-31-18 C Osborn LCGS*

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

*Draft 03-15-18*

| Concentration: |
| --- |

| Memory: |
| --- |

| Other: |
| --- |

Assessment:


Disposition:      □ No mental health referral

(check all that apply)   □ Routine mental health referral to be seen within 3 days by QMHP

                    □ Psychotropic medication referral

                    □ Emergency mental health referral to be seen within the hour

                    □ Medical referral

                    □ Custody referral

                    □ Administration referral for removal from segregation

| Signature, printed name and discipline of person completing this assessment: |
| --- |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

*Draft 03-15-18*

Copy

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ CRISIS INTERVENTION
    ☐ Family problem:_____
    ☐ Problems with other inmates:_____
    ☐ Recent stress:_____
    ☒ Other: Seg Placement

☐ EVALUATION OF MENTAL STATUS

| | | |
|---|---|---|
| ☐ Suicidal | ☐ Anxious | ☐ Physical Complaints |
| ☐ Homicidal | ☐ Depressed | ☐ Sleep Disturbance |
| ☐ Mutilating | ☐ Withdrawn | ☐ Hallucinations/Delusions |
| ☐ Hostile, Angry | ☐ Poor hygiene | ☐ Suspicious |
| ☐ Other inappropriate behavior: _____ | | |

☐ HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE
☐ REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)
COMMENTS:_____

Bodychart per DOC Request

Referred by: DWoodward    Phone Contact #: 496-9570   Date: 6·21·18
Referral for psychiatrist (referral has been screened by mental health or medical staff)

MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION
_____
_____
_____
_____
_____
_____
_____
_____
_____

Follow-Up by: _____ Date:_____

| Inmate Name: Lawson, Nicholas | Cell #: | AIS #: 262514 |
|---|---|---|

Disposition: Inmate Medical Record

Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| DATE | |
|------|---|
| 4-12-18 | ⑤ "Good afternoon Ms. Brown." |
| 3:35 pm | Ⓞ Inmate oriented x 3, IM was cooperative and participated in session, denies SI/HI, denies auditory hallucinations, reports depression and frustration due to being in the RHU for 3 years, and not being able to talk ē family in 3 months. Inmate shared ē this writer that being in the RHU for so long was beginning to affect him mentally, but felt that if he could talk ē his family he would feel much better. Inmate stated "I don't have any money on a phone call, so can I ask Captain Emberton if I can make a state phone call. Inmate asked captain Emberton for a phone call, and he stated it would need to be approved by Warden Mitchell. This writer asked Warden Mitchell about inmate making a phone, and he stated that he didn't mind and asked me to send him an email regarding this matter and he would forward it to Captain Emberton. NO other signs of distress to note @ this time. |
| | Ⓐ Inmate appeared stable, affect flat ē depression and frustration, showed signs of distress. |
| | Ⓟ F/U ē Captain Emberton regarding phone call, and follow-up ē psych/Associate as needed or requested. |
| | — Shelia BROWN, MS |

| INMATE NAME | AIS # | INSTITUTION |
|-------------|-------|-------------|
| Lawson, Nicholas | 262514 | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Disposition: Inmate Medical Record

Reference: ADOC AR: 604, 613, 614, 616, 622, 623, 627, 634, 628, 632, 633, 635, 638
ADOC Form MH-040 – Revised May 14, 2008

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: 5-2-18     Date Placed in Segregation: 9-1-16

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW     M.H. Code: O

ADOC Psychologist/Psychological Associate Conducting Review: Shelia Brown, MS

MENTAL STATUS EXAMINATION:     Institution: Holman

| Affect: ☐ Anxious/nervous ☐ Flat ☑ Appropriate | Appearance: ☐ Unkempt ☐ Disorganized ☑ Appropriate |
|---|---|
| Concentration: ☑ Focused ☐ Distracted | Intellectual Functioning: ☑ Normal ☐ Borderline ☐ Retarded |
| Mood: ☐ Depressed ☐ Elevated ☑ Euthymic ☐ Irritable ☐ Manic | Speech & Thoughts: ☑ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| Orientation: ☐ Disoriented ☑ Oriented to time, place and person | Memory: Short-term ☑ Good ☐ Poor   Long-term ☑ Good ☐ Poor |

## BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

## COMMENTS:

Stable

## RECOMMENDATIONS:

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: Rawson, Nicholas | AIS # 262514 |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference: Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: __4-3-18__   Date Placed in Segregation: __9-1-16__

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW    M.H. Code: __O__

ADOC Psychologist/Psychological Associate Conducting Review: __Thelia Brown, ms__

MENTAL STATUS EXAMINATION:    Institution: __Holman__

| | |
|---|---|
| _Affect:_ ☐ Anxious/nervous ☐ Flat ☑ Appropriate | _Appearance:_ ☐ Unkempt ☐ Disorganized ☑ Appropriate |
| _Concentration:_ ☑ Focused ☐ Distracted | _Intellectual Functioning:_ ☑ Normal ☐ Borderline ☐ Retarded |
| _Mood:_ ☐ Depressed ☐ Elevated ☑ Euthymic ☐ Irritable ☐ Manic | _Speech & Thoughts:_ ☑ Normal ☐ Pressured ☐ Slurred ☐ Stuttering ☐ Incoherent ☐ Tangential ☐ Poverty of speech ☐ Flight of Ideas |
| _Orientation:_ ☐ Disoriented ☑ Oriented to time, place and person | _Memory:_ Short-term ☑ Good ☐ Poor   Long-term ☑ Good ☐ Poor |

### BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☐ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

### COMMENTS:

Stable

### RECOMMENDATIONS:

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Lawson, Nicholas_ | AIS # _262514_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

## REVIEW OF SEGREGATION INMATES

Date Review Completed: _02/02/18_     Date Placed in Segregation: _09/01/16_

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW     M.H. Code: _O_

ADOC Psychologist/Psychological Associate Conducting Review _Shelia Brown, MS_

### MENTAL STATUS EXAMINATION:     Institution: _Holman_

| Affect: _ Anxious/nervous _ Flat ✓ Appropriate | Appearance: _ Unkempt _ Disorganized ✓ Appropriate |
|---|---|
| Concentration: ✓ Focused _ Distracted | Intellectual Functioning: ✓ Normal _ Borderline _ Retarded |
| Mood: _ Depressed _ Elevated ✓ Euthymic<br>_ Irritable _ Manic | Speech & Thoughts: ✓ Normal _ Pressured _ Slurred<br>_ Stuttering _ Incoherent _ Tangential<br>_ Poverty of speech _ Flight of Ideas |
| Orientation: _ Disoriented ✓ Oriented to time, place and person | Memory: Short-term ✓ Good _ Poor<br>Long-term ✓ Good _ Poor |

### BEHAVIORAL OBSERVATIONS:

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☑ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

### COMMENTS:
Stable

### RECOMMENDATIONS:
☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: _Lawson, Nicholas_ | AIS # _262514_ |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REVIEW OF SEGREGATION INMATES

Date Review Completed: 01/03/18     Date Placed in Segregation: 09/01/16

☐ 30 DAY REVIEW ☑ 90 DAY REVIEW    M.H. Code: O

ADOC Psychologist/Psychological Associate Conducting Review: Shelia BROWN, MS

**MENTAL STATUS EXAMINATION:**    Institution: Holman

| Affect: _ Anxious/nervous _ Flat ☑ Appropriate | Appearance: _ Unkempt _ Disorganized ☑ Appropriate |
|---|---|
| Concentration: ☑ Focused _ Distracted | Intellectual Functioning: ☑ Normal _ Borderline _ Retarded |
| Mood: _ Depressed _ Elevated ☑ Euthymic  _ Irritable _ Manic | Speech & Thoughts: ☑ Normal _ Pressured _ Slurred  _ Stuttering _ Incoherent _ Tangential  _ Poverty of speech _ Flight of Ideas |
| Orientation: _ Disoriented ☑ Oriented to time, place and person | Memory: Short-term ☑ Good _ Poor  Long-term ☑ Good _ Poor |

**BEHAVIORAL OBSERVATIONS:**

| | | | |
|---|---|---|---|
| ☐ Aggressive | ☐ Irrational | ☐ Passive | ☐ Paranoia |
| ☐ Agitated | ☐ Suicidal ideation | ☑ Rational | ☐ Hyperactivity |
| ☐ Delusional | ☐ Lethargic | ☐ Crying | ☐ Hallucinating |
| ☑ Eye Contact | ☐ Loose Associations | ☐ Withdrawn | ☐ Manipulative |
| ☐ Fearful | ☑ Calm | ☐ Other: | |

**COMMENTS:** Stable

**RECOMMENDATIONS:**

☑ SEGREGATION PLACEMENT NOT IMPACTING INMATE'S MENTAL HEALTH
☐ SEGREGATION PLACEMENT IMPACTING INMATE'S MENTAL HEALTH
☐ REFERRED FOR PSYCHIATRIC EVALUATION
☐ Other: _____

| Inmate Name: Lawson, Nicholas | AIS # 262514 |
|---|---|

Disposition: Inmate Medical Record, Institutional Inmate File, Reference:
Central Records File

ADOC AR: 623, 625, 635
ADOC Form MH-039 - November 14, 2005

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

## REFERRAL TO MENTAL HEALTH

**REASON FOR REFERRAL:**
☐ **CRISIS INTERVENTION**
  ☐ Family problem:_____
  ☐ Problems with other inmates:_____
  ☐ Recent stress:_____
  ☑ Other: Alleged Victim of staff on inmate sexual assault
☐ **EVALUATION OF MENTAL STATUS**
  ☐ Suicidal  ☐ Anxious  ☐ Physical Complaints
  ☐ Homicidal  ☐ Depressed  ☐ Sleep Disturbance
  ☐ Mutilating  ☐ Withdrawn  ☐ Hallucinations/Delusions
  ☐ Hostile, Angry  ☐ Poor hygiene  ☐ Suspicious
  ☐ Other inappropriate behavior: _____
☐ **HISTORY OF PSYCHOTROPIC MEDICATION PRIOR TO INTAKE**
☐ **REFERRAL TO 12 STEP PROGRAM OR WORKSHOP(S) (list below)**
**COMMENTS:**
Inmate stated that an officer inserted a
baton into the inmates, anus.

Referred by: S. Langham  Phone Contact #: ext 630 Date: 10/27/17
☐ Referral for psychiatrist (referral has been screened by mental health or medical staff)
**MENTAL HEALTH FOLLOW-UP: EVALUATION/TREATMENT/DISPOSITION**

Client discussed incident with therapist. No further Mental
health follow-up is recommended.

Follow-Up by: C. Marchen, MD. HCS  Date: 11/10/17

| Inmate Name: Lawson, Nicholas | Cell #: K-9A | AIS #: 262514 |

Disposition: Inmate Medical Record  Reference: ADOC AR: 609, 612, 613, 614, 627, 638
ADOC Form MH-008 November 14, 2005

CONSUMER PRIVILEGED
Quality Improvement Information

Correctional Medical Services, Inc.
Dental Treatment Record

| DATE | TOOTH | SURFACE | DENTAL SERVICE PROVIDED |
|------|-------|---------|-------------------------|
| 6-20-2018 | 7:10 ₐₘ | | Refused Chronic Care Adult Prophy / Annual Exam |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7103-Dental Treatment Record-Revised 03/04, Last Reviewed 2010 (E06.00b)
Copyright© 2004 by Correctional Medical Services, Inc., All Rights Reserved.

Lawson, Nicholas 262514

Exhibit C



**Infirmary-Patient Information Fact Sheet (PIFS)**
*Discharge From the Infirmary*

| Facility Name | Holman | | | | Admitting diagnosis | Seizure |
|---|---|---|---|---|---|---|
| Patient's Name | Last Lawson | First Nicholas | MI | ID Number 262054 | DOB | ▉ |
| Allergies ☑ N ☐ Y: List | | | | | | |

## You were admitted to the Infirmary because:

Seizure activity, Fall

## To help you stay healthy, the provider has written the following orders for you:

Get regular exercise. Your activity level is: As tolerated

Make healthy food choices. Your diet is: Regular

Medicine may not work if you do not take it the way you are supposed to. Your medicines are:

Dilantin, Ensure, Tylenol

## The following care is being set up for you:

You are enrolled in the following chronic care clinics : HCPC, Seizure

Treatments: Wound care to back of head.

Lab work and other tests: Dilantin level

Specialist or off-site care: NA

## You also need to know:

The following equipment has been ordered for you: NA

Other: _____

| Patient Signature | | Date 1-13-18 |
|---|---|---|
| Health Staff Signature | RN | Title RN    Date |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7492a
Issued 11/2013

Revised 3/2017

©2017 Corizon, Inc., All rights reserved.
Page 1 of 1



**Infirmary Nursing Discharge**

| | | Discharge date 1/13/18 |
|---|---|---|
| Facility Name Holman | Date of admission | Time 1311 |
| Patient's Name Last Lawson | First Nicholas | MI |
| ID Number 262514 DOB ▓▓▓▓ | Discharging provider: Porphirias | |
| Discharge diagnosis(es): Post Seizure activity, Fall | Allergies: ☑ No ☐ Yes: | |

**S U B J E C T I V E**

Any complaints at time of discharge : NA

☐ Pain: Location Orives   Pain scale _____/10   Onset: ☐ Sudden ☐ Gradual

Associated symptoms: minimal Swelling Pain

☐ Current behavioral health treatment (if YES notify BH of D/C) notify BH   ☐ Suicidal ideation: **Do not discharge**, initiate suicide watch,

Special needs: ☐ Blind  ☐ Deaf  ☐ Cognitive  ☐ Developmental  ☐ Fall risk  ☐ Language barrier  ☐ Other:

Mobility impairment/aids: (list) _____

**O B J E C T I V E**

Response: AVPU (choose one) ☑ Awake ☐ Responds to **Voice** ☐ Responds to **Pain** ☐ **Unresponsive**

General appearance: Acute distress ☑ N ☐ Y:
Describe:_____

Vital Signs: T_____*>100   P_____*>100  ☐ Regular ☐ Irregular   RR_____   BP ____/____  *SBP<100 and/or DBP>100
*Contact provider

Pulse Ox_____%  ☐ Room air ☐ O₂ ____LPM   Wt _____   FSBG_____ (if diabetic)

Skin:  ☐ Cool ☐ Clammy ☐ Pale ☑ Wounds:  Location/description Back of head

Pupils: ☑ PERRLA ☐ Unequal/abnormal
Lung sounds:   **Right:** ☑ Clear ☐ Abnormal ☐ Wheezing ☐ Diminished ☐ Wet
            **Left:** ☑ Clear ☐ Abnormal ☐ Wheezing ☐ Diminished ☐ Wet

Hand grips equal and strong: ☑ Y ☐ N:_____

☐ Lower extremity swelling: ☐ Left ☐ Right      ☐ Tenderness: ☐ Left ☐ Right

Gait normal:   ☑ Y ☐ N:_____

☑ Visible injuries: Describe Wound to back of head

☐ External appliances: List NA

☐ Additional examination: NA

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7541b
Issued 11/2013          Revised 3/2017          ©2017 Corizon Health, Inc.
                                                 Page 1 of 2



**Infirmary Nursing Discharge**

<table>
<tr>
<td rowspan="7">P L A N O F C A R E</td>
<td>
☑ Discharge orders received<br>
☑ Discharge noted on Infirmary Log<br>
☐ Patient MAR & meds transferred to new unit<br>
☑ Discharge orders implemented<br>
☐ Referrals completed:_____
</td>
<td>
☐ Lab – Type ordered_____ ☐ When_____<br>
☐ X-ray – Type ordered_____ ☐ When_____<br>
☐ Treatments:_____<br>
☐ Discharge to:_____<br>
☐ Other_____
</td>
</tr>
</table>

☐ Follow up scheduled: ☐ Provider ☐ Nurse ☑ Behavioral Health ☐ Specialist ☐ Chronic Care:_____

Notes:_____

_____

| | Discharge medications | Dosage | Directions |
|---|---|---|---|
| P L A N O F C A R E | Dilantin | 200 mg | PO Q evening x 180 days |
| | Tylenol | 650 mg | BID PO Q evening x 180 days |
| | Ensure | 237 ml | Daily x 30 days PO |
| | Dilantin | 300 mg | PO Q morning x 180 days |

**Contact a provider or nursing supervisor if you have any concerns about the status of the patient**

| **Patient Education** | **Follow Up/Follow Through** |
|---|---|
| ☐ Discharge plan<br>☑ Medication changes<br>☐ Follow up care/off-site visit | ☑ Provider follow up scheduled<br>☐ Nurse follow up scheduled<br>☐ Custody notified of special needs |

Additional Comments:

_____
_____
_____
_____
_____
_____
_____

| Nurse's Signature | Print/Stamp Name | Title | Date/Time |
|---|---|---|---|
| _signature_ RN | T. Young | RN | 1-8-18  1311 |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA7541b
Issued 11/2013

Revised 3/2017

©2017 Corizon Health, Inc.
Page **2** of **2**


**Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: NICHOLAS LANSON     Date: 10/17/18     Time: 7:05 PM

ID Number: 262514     DOB/Age: ███████ / 35

I hereby refuse to accept the following treatment/recommendations:

_____ Flu shot _____

_____

_____

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_REFUSE TO SIGN_     _10-17-18     7:05 PM_
Inmate Signature                          Date/Time

_George ___ C.1_     _10-17-18     7:05 PM_
Witness                                        Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_Tara ___ CO_     _____
Witness                                        Witness

_____     _____
Witness                                        Witness

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



Date notified: 1-14-15  Time notified: 2125

Existing medical conditions precluding housing in segregation:
☐ No  ☑ Yes  If yes, describe: Seizures

Currently receiving mental health services: ☑ No  ☐ Yes
History of suicide watch or attempts? ☑ No  ☐ Yes
Mental Health notified of admission to segregation:
☑ Yes  Date: 1-14-15  Time: 2125

Security notified:
☐ Not indicated  ☑ Yes  Date: 1-14-15  Time: 2125
Currently on medications:  ☐ No  ☑ Yes
Arrangements made for medication administration: ☐ Not indicated  ☑ Yes

Signature _____  Date 1-14-15  Time 2125

### Daily Visit Log

| Month | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| February | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| March | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| April | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| May | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| June | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| July | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| August | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| September | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| October | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| November | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| December | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Nurses sign & initial:

NAME: Hixson, Nicholas  I.D #: 262514  DOB: ▮▮▮▮  YEAR: 2017

CONFIDENTIAL PRIVILEGED
Quality Improvement
Information

CP605PAL Restrictive Housing Record – ADOC Approved 04/2011  Revised 11/2014  © 2014 Corizon Health, Inc.

Exhibit C


# Release of Responsibility Form

Name: _Lawson Nicholas_     Date: _7.7.18_     Time: _1625_

ID Number: _262514_     DOB/Age: ~~262514~~ _34_ / _____

I hereby refuse to accept the following treatment/recommendations:

_Refused / cancelled only needed clippers for nails_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

_____     _7.7.18  1624_
Inmate Signature                      Date/Time

_L Ackerman RN_                       _7.7.18  1624_
Witness                               Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____     _____
Witness                               Witness

_____     _____
Witness                               Witness

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information


**Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Lawson  Nicholas_  Date: _6·20·2018_ ~~_9·27·83_~~  Time: _7:wam_

ID Number: _262514_  DOB/Age: ███████ / _____

I hereby refuse to accept the following treatment/recommendations:

_Chronic care adult prophy / annual exam_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

X _____
Inmate Signature                          Date/Time

_____  _6·20·2018_
Witness _RN_                          Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____  _____
Witness                          Witness

_____  _____
Witness                          Witness

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

 **Wexford Health**
SOURCES INCORPORATED

**Release of Responsibility Form**

Name: _Cousin Michalas_    Date: _5·24·18_  Time: _1930m_

ID Number: _262574_    DOB/Age: ▮▮▮▮▮▮ / _32_

I hereby refuse to accept the following treatment/recommendations:

_Sickcall (No triage needed)_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

X _[signature]_    _5-24-18_
Inmate Signature    Date/Time

_[signature]_    _5-24-18_
Witness    Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____    _____
Witness    Witness

_____    _____
Witness    Witness

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Exhibit C

**Wexford Health** SOURCES INCORPORATED

K19

**Release of Responsibility Form**

Name: _Lawson, Nicholas_  Date: _5-11-18_  Time: _0710_

ID Number: _262514_  DOB/Age: ███████ / _____

I hereby refuse to accept the following treatment/recommendations:

_MD appt_

I acknowledge I have been fully informed of, and understand the above treatment or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Wexford Health Sources, Inc., its employees and its agents from all responsibility and ill effects which may result from this action.

X _[signature]_
Inmate Signature

_5/11/18   8:20 AM_
Date/Time

_[signature]_
Witness
_AWall, L_

_5/11/18  8:20am_
Date/Time

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Witness

_____
Witness

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Lawson, Nicholas
262514  K-19



**NPO Statement**

(Nothing by Mouth)

Due to a pending health care procedure, I understand I am **not** to eat or drink anything after:

_____5pm  3-29-18_____

(Enter: date, time, a.m. or p.m.)

In signing this statement, I understand and agree that this is required for appropriately completing the health care procedure ordered for me by the institution Provider.

I acknowledge that my failure to follow this instruction will lead to the cancelation of my health care procedure and the Provider will be notified of my failure to comply with the NPO instructions as provided to me.

Should I decide I no longer want the pending health care procedure ordered, I must notify health staff immediately of this decision and i must sign a health care refusal form.
*If no health staff is in-house, I will notify security staff immediately.*

Should I fail to comply with these instructions, I understand I may be subject to disciplinary action as according to the guidelines of this institution and that I may also be subject to any authorized co-pay fee/s.

| | | |
|---|---|---|
| _____ | 262514 | 29mar 18 |
| Inmate Signature | AIS Number | Date |
| _____ | LPN | 29mar18 |
| Witness Signature | Title | Date |

Original: Health Record    Copy: Inmate

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NA0702AL
Issued 12/2014

ADOC-Office of Health Services 12/2014

© 2014 Corizon Health, Inc.

Lawson, Nicholas
262514 K-19



Alabama Department of Corrections

**NPO Statement**

(Nothing by Mouth)



Due to a pending health care procedure, I understand I am **not** to eat or drink anything after:

Spm    4-1-18

(Enter: date, time, a.m. or p.m.)

In signing this statement, I understand and agree that this is required for appropriately completing the health care procedure ordered for me by the institution Provider.

I acknowledge that my failure to follow this instruction will lead to the cancelation of my health care procedure and the Provider will be notified of my failure to comply with the NPO instructions as provided to me.

Should I decide I no longer want the pending health care procedure ordered, I must notify health staff immediately of this decision and I must sign a health care refusal form.

*If no health staff is in-house, I will notify security staff immediately.*

Should I fail to comply with these instructions, I understand I may be subject to disciplinary action as according to the guidelines of this institution and that I may also be subject to any authorized co-pay fee/s.

| | | |
|---|---|---|
| X _____ | 262514 | 4-1-18 |
| Inmate Signature | AIS Number | Date |
| _____ | Pr-DON | 4-1-18 |
| Witness Signature | Title | Date |

Original: Health Record    Copy: Inmate

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

NA0702AL
Issued 12/2014

ADOC-Office of Health Services 12/2014

© 2014 Corizon Health, Inc.

Exhibit C



**RELEASE OF RESPONSIBILITY**

_Lawson Nicholas_                    _3-13-18   0937_

Name of Inmate                        Date/Time

_262514_

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
_Rectal/stool/prostate/testicular exams_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

_X _____                    _3-13-18  0937_

Inmate Signature                        Date/Time

_E. Murray RN_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                    Revised 11/2015                    © 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



CORIZON
HEALTH™

Demographics

Inmate Name: _Lawson Nicholas_   AIS: _262514_   DOB: ▮▮▮▮

Housing Location:   ○ General Population   ⊗ Segregation   ○ Other: _____

**Periodic Physical Exam**

The periodic physical exam process uses routine questions and tests to assess your state of health and identify potential conditions which will deteriorate into illness if left untreated. We encourage your truthfulness and cooperation in this process.

**Consent**

I hereby give Corizon Health Medical Services consent to draw and test my blood for the Human Immunodeficiency Virus, commonly know as HIV. I understand this is part of a routine physical exam and that should my blood test positive for the virus I will be notified and receive counseling regarding available treatment.

Patient Signature: _X _____   Date: _3/13/18_

**Physicians Order**

Draw blood for HIV testing as part of the periodic Physical Exam process.

_____
Dr. Manuel Pouparinas
SMD Signature

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

I have received the *Access to Healthcare* information. I understand how to access health care and I understand the grievance process.

_____     262374      _____
Patient name                AIS number              Date

_____                 313/98
CMS staff                                Date

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**C⊘RIZON**
HEALTH™

**RELEASE OF RESPONSIBILITY**

_Lawson, Nicholas_          _2-12-18_ / _0900_

Name of Inmate                            Date/Time

_262514_ / ████████

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_X-ray_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

_[signature]_          _2-12-18_ / _0900_

Inmate Signature                          Date/Time

_[signature]_

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                    Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**C⬛RIZON**
*Promote a culture of safety*

**RELEASE OF RESPONSIBILITY**

Lawson    Nicholas        12/30/17 @ 1600

Name of Inmate                Date/Time

262514

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sick Call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Correctional Medical Services, its employees and agents from all responsibility and ill effect, which may result from this action.

_____          _____

Inmate Signature                          Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

12/30/17 @ 1600
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09          Revised 7/10/2013

© 2013 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**RELEASE OF RESPONSIBILITY**

_Lawson, Nicholas_
Name of Inmate

_12/26/17 / 0820_
Date/Time

_262514 /_ ▮
Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

_Sick   Call_

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

X _____
Inmate Signature

_12_ _____
Date/Time

_C Thomas_
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09

Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**RELEASE OF RESPONSIBILITY**

Lawson Nicholas

Name of Inmate

2029 12/1/17

Date/Time

262514

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:

Sickcall

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Inmate Signature

2029 12/1/17

Date/Time

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Witness

Witness

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09

Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



| Date Ordered: | Ordered By: | Institution: | Housing Location: |
|---|---|---|---|
| 11-13-17 | Pouparinas | Holman | |

Treatment Ordered:

Cleanse / cover area to ℞ jaw - Remove

Area of Treatment (Circle)

Progress Notes: Sutures in 7-10 days

## Treatment Record

| MONTH / YEAR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 2017 | | | | | | | | | | | | | → | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

_Lawson Nicholas_
Inmate Name

262514
AIS #

D.O.B.

ADOC – Office of Health Services 112010

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information


**CORIZON**
*Promote a culture of safety*

## Informed Consent for Medical Services

| DEMOGRAPHICS | | | |
|---|---|---|---|
| Facility Name: Holman | | ID Number: 262514 | |
| Inmate Name: Lawson, Nicholas | | Date of Birth: | |
| Housing Location: ○ General Population ☑ Segregation ○ Infirmary ○ Other: | | Sex: ☑ Male ○ Female | |

### MEDICAL SERVICES CONSENT

I hereby authorize _Dr. Pouparinas_ (Practitioner) _____ (my health care provider and / or

other designated medical professional) to treat me as necessary in their judgment. I understand I may withdraw this consent to any

specific treatment by refusing the treatment or test. The procedure(s),

_cyst removal_ (State in Layman's Terms)

necessary to treat my condition has been fully explained to me by _Dr. Pouparinas_ (Name, Title)

and I understand the nature of and risks associated with this procedure(s). Briefly stated, they are:

(Benefits): — Decrease swelling
— Excise + Cyst
— Decrease pain

(Risks): Infections
More pain
Bleeding

I am aware that the practice of the medical sciences is not exact and I acknowledge that no guarantees have been made to me as to

the results of this procedure(s).

Comments: No complications

I sign this consent willingly in full understanding of the above and release Corizon, its employees and agents from any and all liability

which may arise from this action.

| Patient Signature: X _(signature)_ | Name Printed: Nicholas Lawson |
|---|---|
| Date: 11-13-17 | Time: 1130 ☑ AM ○ PM |

| WITNESS | |
|---|---|
| Signature: _(signature)_ McCall L | Date: 11-13-17 |
| Printed/Stamped: McCall L | Time: 1130 ☑ AM ○ PM |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CS1704

© 2012 Corizon Health, Inc. All rights reserved.

     Exhibit C



**RELEASE OF RESPONSIBILITY**

Lawson Nicholas

Name of Inmate

262514

Inmate ID Number / Date of Birth

9/7/17   1515

Date/Time

I hereby refuse to accept the following treatment/recommendations:

sick call

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

_____

Inmate Signature

_____

Date/Time

_____

Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

Z. Manuel C.D.

Witness

Stewart RN

Witness

9/7/17   1530

Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                Revised  11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



**RELEASE OF RESPONSIBILITY**

Nicholas Lawson _____    8-29-17 @ 8⁴⁵/am
Name of Inmate                        Date/Time

9/26 25 14 _____

Inmate ID Number / Date of Birth

I hereby refuse to accept the following treatment/recommendations:
_____ " Provider "_____
chronic care and sick call
_____

I acknowledge I have been fully informed of and understand the above treatments or recommendations and the risk(s) involved in refusing. I hereby release and agree to hold harmless Corizon Health, Inc., its employees and agents from all responsibility and ill effect, which may result from this action.

Nicholas Lawson _____    8-29-17 @ 8⁴⁵/am
Inmate Signature                      Date/Time

JCrookcR
Witness

The aforementioned inmate has refused the listed medical treatment/recommendations and has refused to sign this form.

_____
Witness

_____
Witness

_____
Date/Time

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP7120AL
Issued 2/21/09                Revised 11/2015

© 2015 Corizon Health, Inc.
ADOC 010-127-004 –reviewed 012109



## Progress Note

| | Last | First | MI |
|---|---|---|---|
| Name: | Rawson | Nicholas | |
| Date of Birth: | ▓▓▓▓▓▓ | ID#: | 26 2514 |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 6.1.18 wt. | | Re: abnormal labs | |
| | | T P R BP | USaf |
| | | rescheduled due to DOC shortage. — J Croaker, A |
| 6.14.18 | | Re: abnormal labs | |
| | | Rescheduled due to DOC shortage — A Wall y |
| 7.5.18 | | Rescheduled due to DOC shortage A Wall y |
| 7-10-18 | 1330 | Re: Abnormal Labs / Abcess | |
| | | Temp. 98.6 oral HR 75 BP 100/59 | |
| | | RR 19 O2 sat 98% RA Wt. 176 lbs | |
| | S) | Pt presents to clinic for lab review | |
| | | + abscess f/u. Was positive for | |
| | | MRSA and completed treatment. Pt | |
| | | states symptoms have resolved and no | |
| | | longer has any pain | |
| | O) | Skin — skin intact no erythemas | |
| | | Cardio - RRR S1S2 | |
| | | Resp- CTA resp even unlabored | |
| | A) | MRSA — resolved | |
| | P) | f/u as indicated | |

**COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET**

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL

Exhibit C



# Wexford Health
SOURCES INCORPORATED

## Progress Note

| Name: | Last | Lawson | First | Nicholas | | |
|-------|------|--------|-------|----------|---|---|
| Date of Birth: | | | | | ID# | |

| Date | Time | Description |
|------|------|-------------|
| 4·23·18 | 1440 | Re: F/U UTI / dry skin |
| wt. | 188 | T: 97.3  P: 80  R: 18  BP: 128/77 ⊘ |
| | | S) Patient presents to clinic c/o ⊘ |
| | | skin on knee's, back, chest, and |
| | | Dry skin has been ongoing for |
| | | Has been having itching accompanying |
| | | dry skin. Pt. believes hard water |
| | | the dryness. Is requesting mineral o |
| | | O) HEENT – PERRLA  Erythema in Ear c |
| | | Cardo – RRR  ⊘ murmur  ⊘ thrills |
| | | Resp – CTA |
| | | Skin– Dry  No erythema skin intac |
| | | A) 1) Dry skin  2) Otitis Externa |
| | | P) Cetaphil Soap  Ciprofloxacin |
| | | Triamcinolone 0.025% cream |
| | | [signature] |
| | | 4/23 |

**COMPLETE BOTH SIDES** BEFORE USING ANOTHE

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL



# Progress Note

| Name: | | Last | | First | | MI |
|---|---|---|---|---|---|---|
| | | Lawson | | Nicholas | | |
| Date of Birth: | | | | | ID#: | 262514 |

| Date | Time | Description | Signature/Title |
|---|---|---|---|
| 4-23-18 | 1440 | Re: 14u UTI / dry skin | |
| Ext. | 188 | T: 97.3 P: 80 R: 18 BP: 128/77 O2: 98% | |
| | | S) Patient presents to clinic c/o dry | |
| | | skin on knee's, back, chest, and arms | |
| | | Dry skin has been ongoing for months. | |
| | | Has been having itching accompanying the | |
| | | dry skin. Pt. believes hard water causes | |
| | | the dryness. Is requesting mineral oil. | |
| | | O) HEENT - PERRLA Erythema in Ear canal Bilat | |
| | | Cardo - RRR ⊖ murmur ⊖ thrills | |
| | | Resp - CTA | |
| | | Skin - Dry No erythema skin intact | |
| | | A) 1) Dry skin 2) Otitis Externa | |
| | | P) Cetaphil Soap Ciprofloxacin HC Ear Drop | |
| | | Triamcinalone 0.025% Cream | |
| | | _____ ohs | |
| | | 4/23/18 | |

COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 4/1/2018 Wexford Health Sources PROPRIETARY and CONFIDENTIAL



**Progress Note**

Name: Lawson, Nicholas    First: 262514    MI:

Date of Birth:    ID #:

| Date | Time | Description | Signature/Title |
|------|------|-------------|-----------------|
| 11/21/17 | 10:10 | Re: Follow-up Culture | |
| | | T 97.2    BP    P 108    RR 20    SpO2 98 | |
| | | c̄ Inmate came to | |
| | | HCU after falling down | |
| | | Most likely 2° to a | |
| | | Seizure Episode | |
| | | (has opened wound in | |
| | | the back of the head) | |

44
172
155

| | | | |
|------|------|-------------|-----------------|
| | | Neg 97. Alert in NAD | |
| | | Heart: RRR SM | |
| | | Lung: CTAB | |
| | | Scalp: open deep laceration | |
| | | on the back of Head | |
| | | | |
| | | A/P: (1) S/P Seizure Episode with a | |
| | | fall and laceration about | |
| | | 6 cm long to the back | |
| | | of Scalp | |
| | | laceration closed with | |
| | | 8 staples | |
| | | — Dilantin 400 mg po × 1 dose | |
| | | given | |
| | | — Ativan 2 mg IM given | |
| | | — will keep for ___ ward × | |
| | | 23 hour observation | |
| | | will change Dilantin to 200 mg | |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

COMPLETE BOTH SIDES BEFORE USING ANOTHER SHEET

in AM + 300mg in PM

Dr. Manuel Pouparina

CS1104    © 2015 Corizon Health, Inc. All rights reserved.

# Chronic Disease Clinic Follow-Up

| Inmate Name: | Lawson Nicholas | |
|---|---|---|
| Number: 262514 | | Institution: Holmes |

**List chronic diseases:**

| | | |
|---|---|---|
| 1) HBPC | 3) | 5) |
| 2) S2 | 4) | 6) |

**Attach pharmacy profile or list current medications:** _____

_____

_____

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ <br> # short acting beta agonist canisters in last month?_____ <br> # times awakening with asthma symptoms per week?_____ | Seizure disorder: # seizures since last visit?_____ <br> Diabetes mellitus: # of hypoglycemic reactions since last visit? _____ <br> Weight loss/gain  ↓ ↑ _____ #lbs |

CV/hypertension (Y/N): Chest pain?_____ SOB?_____ Palpitations?_____ Ankle edema? _____
HIV/HCV (Y/N): Nausea/vomiting? _____ Abdominal pain/swelling? _____ Diarrhea? _____ Rashes/lesions?_____
For all diseases, since last visit, describe new symptoms:_____

_____

_____

_____

_____

**Patient adherence (Y/N):** with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt _____ PEFR_____ INR_____
**Labs:** Hgb A1C _____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:** NO us rescheduled

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 11/13/18 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month  Glucose:_____X day/week/month  Peak flow:_____  Other: _____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____

Referral (list type): Specialist:_____  Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____  Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: 9/31/18 <br> Time: |
|---|---|

CONFIDENTIAL & PRIVILEGED <br> Quality improvement information

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# Chronic Disease Clinic Follow-Up

| | |
|---|---|
| Inmate Name: | Lawson Nicholas |
| Number: 262514 | Institution: Holman |

**List chronic diseases:**

| | | |
|---|---|---|
| 1) HepC | 3) | 5) |
| 2) SZ | 4) | 6) |

Attach pharmacy profile or list current medications: _Dilantin_

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ | Palpitations?_____ Ankle edema? _____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ | Abdominal pain/swelling? _____ Diarrhea? _____ Rashes/lesions?_____ |

For all diseases, since last visit, describe new symptoms:_____

Patient adherence (Y/N): with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____
**Labs:** Hgb A1C _____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
Range of fingerstick glucose/BP monitoring: 5/22/18 AT 12 ACT 20

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

| Assessment: | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | reschduled DOC shortage | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 9/21/18 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month Glucose:_____X day/week/month Peak flow:_____ Other:_____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____

Referral (list type): Specialist:_____ Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____ Discharged from CCC: [name]_____

| Advance Level Provider Signature: | Date: 8/3/18 |
|---|---|
| | Time: |

CONFIDENTIAL
Quality Improvement PRIVILEGED
Chronic care management information

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
CP7302AL- NCCHC-Chronic Disease Clinic Follow Up, distribution 06/2007, Revised 10/2015, Alabama DOC as of 11/2015

# C�370RIZON™

## T.B. Screening Form

Skin Test Positive Date: _6/11/14_    MM Reading: _+T spot_ Today's Date: _8/3/18_

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | _____ | _____ |
| Fever / Chills | _____ | _____ |
| Hoarseness | _____ | _____ |
| Chest Pain | _____ | _____ |
| Weight Loss | _____ | _____ |
| Usual Weight | _____ | |
| Present Weight | _____ | |
| Night Sweats | _____ | _____ |
| Excessive Fatigue | _____ | _____ |
| Dyspnea | _____ | _____ |
| Productive Cough (more than 3 weeks) | _____ | _____ |

IF YES:
Sputum Production _____    Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature_____ Date _____

**_*Chest X-Ray & Sputum if any YES answers (excluding HIV)._**

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Lawson Nicholas | 262514 | ▮▮▮▮ | Holman |

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

CP60512AL
Issued 4/2010

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.

Alabama Department of Corrections
-Office of Health Services-
**Hepatitis C Flow-Sheet**



ADOC Institution: Holmes

Inmate Name: Lawson Nichola  AIS #: 225514  Minimum Release Date: _____

Age: 33  Weight: 170  Past Medical History: S3, Past +PPD

_____

Current Medications: See EMAR

Substance Abuse Hx: _____  Alcohol Abuse Hx: _____

Mental Health History: Ø

Any signs or symptoms suggestive of cirrhosis: _____

- AST–platelet ratio index (APRI)   APRI = $\frac{AST}{38}$ X $\frac{100}{Platelet\ Count}$

| Date | AST | Plat. Ct. | APRI | ALT | GGT | ANC | Will Patient Consent To Treatment? | Any Absolute Contraindications For Hepatitis C Treatment |
|------|-----|-----------|------|-----|-----|-----|-----------------------------------|--------------------------------------------------------|
| 10/10/16 | 19 | 242 | 0.2 | 32 |  | 2.71 |  |  |
| 3/2/17 | Refused labs |  |  |  |  |  |  |  |
| 11/13/17 | 16 | 286 | 0.1 | 16 |  | 4.55 |  |  |
| 5/22/18 | 12 | 285 | 0.1 | 20 |  | 4.60 |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

042013; ADOC – OHS Hep C Flow-Sheet form B-1(c); c

Page 1 of 1

# Chronic Disease Clinic Follow-Up

Inmate Name: Lawson Nicholes
Number: 262514
Institution: Holmn

**List chronic diseases:**

| | | |
|---|---|---|
| 1) Hep C | 3) | 5) |
| 2) SZ | 4) | 6) |

**Attach pharmacy profile or list current medications:** Dilantin, Cetaphil Soap, Kenalog cr

**Subjective:**

Asthma: # attacks in last month?_____
# short acting beta agonist canisters in last month?_____
# times awakening with asthma symptoms per week?_____

Seizure disorder: # seizures since last visit?_____
Diabetes mellitus: # of hypoglycemic reactions since last visit?_____
Weight loss/gain  ↓  ↑  ____#lbs

CV/hypertension (Y/N): Chest pain?_____ SOB?_____ Palpitations?_____ Ankle edema?_____

HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:_____

**Patient adherence (Y/N):** with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____
**Labs:** Hgb A1C_____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____
**Range of fingerstick glucose/BP monitoring:** 11/13/17 AST 16 ALT 16

**PE:**

| | |
|---|---|
| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

| Assessment: | refused rescheduled | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 8/3/18 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**
Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month  Glucose:____X day/week/month  Peak flow:_____ Other:_____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____

Referral (list type): Specialist:_____  Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____  Discharged from CCC: [name] _____

| Advance Level Provider Signature: | Date: Time: | 5/11/18 |
|---|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.

CONFIDENTIAL & PRIVILEGED
Quality Improvement information

# C�RIZON™

## T.B. Screening Form

Skin Test Positive Date: 6|11|14    MM Reading: +T-Spot+  Today's Date: 5|11|18

| Any Symptoms of: | Yes | No | |
|---|---|---|---|
| Loss of Appetite | _____ | _____ | |
| Fever / Chills | _____ | _____ | |
| Hoarseness | _____ | _____ | |
| Chest Pain | _____ | _____ | refused rescheduled |
| Weight Loss | _____ | _____ | 8|3|18 |
| Usual Weight _____ | | | |
| Present Weight _____ | | | |
| Night Sweats | _____ | _____ | |
| Excessive Fatigue | _____ | _____ | |
| Dyspnea | _____ | _____ | |
| Productive Cough (more than 3 weeks) | | | |
| IF YES:<br>Sputum Production _____ | _____ | _____  Color _____ | |

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature_____ Date _____

*Chest X-Ray & Sputum if any YES answers (excluding HIV).*

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Rawson Nicholas | 26514 | ▮▮▮▮▮ | ~~Holman~~ |

CONFIDENTIAL & PRIVILEGED
Quality Assurance Information

CP60512AL
Issued 4/2010

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.

# Chronic Disease Clinic Follow-Up

| Inmate Name: | Lawson Nicholas |
| Number: | 26514 | Institution: Helena |

List chronic diseases:

| 1) Hep C | 3) | 5) |
| 2) S2 | 4) | 6) |

Attach pharmacy profile or list current medications: Dilantin

_____

_____

**Subjective:**

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?_____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓ ↑ _____ #lbs |

CV/hypertension (Y/N): Chest pain?_____ SOB?_____ Palpitations?_____ Ankle edema?_____

HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____

For all diseases, since last visit, describe new symptoms:_____

_____

_____

_____

_____

**Patient adherence (Y/N):** with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____

**Labs:** Hgb A1C_____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____

**Range of fingerstick glucose/BP monitoring:** 11/3/17  AST 16  ALT 16

**PE:**

| HEENT/neck: | Extremities: |
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:** rescheduled DOC change  5/11/18

| | | Degree of Control | | | | Clinical Status | | | |
| --- | --- | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month  Glucose:_____X day/week/month  Peak flow:_____ Other:_____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other:_____

Referral (list type): Specialist:_____  Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____  Discharged from CCC: [name]_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Advance Level Provider Signature: | Date: 4/10/18 |
| | Time: |

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.

# Chronic Disease Clinic Follow-Up

| Inmate Name: Lausen Nicholas |
|---|
| Number: 262514 | Institution: Holmes |

**List chronic diseases:**

| 1) HepC | 3) | 5) |
|---|---|---|
| 2) S3 | 4) | 6) |

**Attach pharmacy profile or list current medications:** _____

_____

**Subjective:**

| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit? _____ |
|---|---|
| # short acting beta agonist canisters in last month?_____ | Diabetes mellitus: # of hypoglycemic reactions since last visit? _____ |
| # times awakening with asthma symptoms per week?_____ | Weight loss/gain ↓ ↑ _____ #lbs |
| CV/hypertension (Y/N): Chest pain?_____ SOB?_____ Palpitations?_____ Ankle edema?_____ |
| HIV/HCV (Y/N): Nausea/vomiting?_____ Abdominal pain/swelling?_____ Diarrhea?_____ Rashes/lesions?_____ |

For all diseases, since last visit, describe new symptoms:_____

_____

_____

_____

**Patient adherence (Y/N):** with medications?_____ with diet?_____ with exercise?_____

**Vital signs:** Temp_____ BP_____ Pulse_____ Resp_____ Wt_____ PEFR_____ INR_____

**Labs:** Hgb A1C _____ HIV VL_____ CD4_____ Total Chol_____ LDL_____ HDL_____ Trig_____

**Range of fingerstick glucose/BP monitoring:** _____

**PE:**

| HEENT/neck: | Extremities: |
|---|---|
| Heart: | Neurological: |
| Lungs: | GU/rectal: |
| Abdomen: | Other: |

**Assessment:** No MD rescheduled

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 2 | 4/10/18 | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 3 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Plan:**

Medication changes: _____

Diagnostics:_____

Labs:_____

Reviewed Lab/Procedures/Reports with pt. ☐ YES ☐ NO ☐ N/A  Indicated Treatment Plan changes discussed ☐ YES ☐ NO ☐ N/A

Monitoring: BP:_____X day/week/month  Glucose:____X day/week/month  Peak flow:_____ Other: _____

Education provided: ☐ Nutrition ☐ Exercise ☐ Smoking ☐ Test results ☐ Medication management ☐ Other: _____

Referral (list type): Specialist:_____ Chronic care program:_____

# days to next visit? ☐ 90 ☐ 60 ☐ 30 ☐ Other:_____ Discharged from CCC: (name)_____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Advance Level Provider Signature: | Date: Time: 2/20/18 |
|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.

# Chronic Disease Clinic Follow-Up

**Inmate Name:** Lawson Nicholas
**Number:** 262514  **Institution:** Holmes

**List chronic diseases:**

| 1) HCV | 3) | 5) |
|--------|----|-----|
| 2) S2  | 4) | 6) |

**Attach pharmacy profile or list current medications:** Dilantin

---

**Subjective:**

| | |
|---|---|
| Asthma: # attacks in last month?_____ | Seizure disorder: # seizures since last visit?_____ |
| # short acting beta agonist canisters in last month?____ | Diabetes mellitus: # of hypoglycemic reactions since last visit?____ |
| # times awakening with asthma symptoms per week?____ | Weight loss/gain ↓↑ 13 #lbs |
| CV/hypertension (Y/N): Chest pain?____ SOB?____ | Palpitations?____ Ankle edema?____ |
| HIV/HCV (Y/N): Nausea/vomiting? NO | Abdominal pain/swelling? NO Diarrhea? no Rashes/lesions? no |

For all diseases, since last visit, describe new symptoms: 26 y old wt
Denies any Headache,
Dizziness on recent seizures
@ 400 mins ago o n BV
@ wt con
good compliance. Positive arch ⊕

**Patient adherence (Y/N):** with medications? YES with diet? YES with exercise? YES

**Vital signs:** Temp 98.2  BP 109/73  Pulse 08  Resp____  Wt 172  PEFR____  INR____
**Labs:** Hgb A1C____  HIV VL____  CD4____  Total Chol____  LDL____  HDL____  Trig____
**Range of fingerstick glucose/BP monitoring:** 11/3/17  AST 16  ALT 16

CBC - ⊘

**PE:**

| | |
|---|---|
| HEENT/neck: supple @ bruit | Extremities: @ Edema |
| Heart: rrr @ m. | Neurological: No deficit |
| Lungs: CTAB | GU/rectal: Deferred |
| Abdomen: so AT, NT, ND +BV | Other: + rash w grow area
inverted |

**Assessment:**

| | | Degree of Control | | | | Clinical Status | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | G | F | P | NA | I | S | W | NA |
| 1 | HCV | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 2 | Seizures Disorder | ☑ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |
| 3 | Tinea Cruris | ☐ | ☐ | ☑ | ☐ | ☐ | ☑ | ☐ | ☐ |
| 4 | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

(2/20/18)

**Plan:**
**Medication changes:** Add Terbinafine 250mg OD x 14 days

**Diagnostics:** ⊘

**Labs:** ⊘

Reviewed Lab/Procedures/Reports with pt ☑YES ☐NO ☐N/A  Indicated Treatment Plan changes discussed ☐YES ☐NO ☐N/A
Monitoring: BP:____X day/week/month  Glucose:____X day/week/month  Peak flow:____  Other:____
Education provided: ☑Nutrition ☐Exercise ☑Smoking ☐Test results ☐Medication management ☐Other:____
Referral (list type): Specialist: N/A  Chronic care program:____
# days to next visit? ☑90 ☐60 ☐30 ☐Other:____  Discharged from CCC: [name]____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

| Advance level Provider Signature: | Date: Time: 11-21-17 |
|---|---|

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.



## T.B. Screening Form

Skin Test Positive Date: 6/11/14     MM Reading: +Spot+ Today's Date: 11/21/17

| Any Symptoms of: | Yes | No |
|---|---|---|
| Loss of Appetite | ✓ | |
| Fever / Chills | | ✓ |
| Hoarseness | | ✓ |
| Chest Pain | | ✓ |
| Weight Loss | ✓ | |
| Usual Weight | 183 | |
| Present Weight | 172 | |
| Night Sweats | | ✓ |
| Excessive Fatigue | | ✓ |
| Dyspnea | | ✓ |
| Productive Cough (more than 3 weeks) | | |

5/17/8

IF YES:
Sputum Production _____     Color _____

Consistency _____

Hemoptysis _____

HIV Positive _____

Nurse Signature _____     Date 11-21-17

**\*Chest X-Ray & Sputum if any YES answers (excluding HIV).**

| INMATE NAME | INMATE # | D.O.B. | FACILITY |
|---|---|---|---|
| Lawson Nicholas | 262514 | ▮▮▮▮▮ | Holman |

DENTIAL & PRIVILEGED
Improvement Information

CP60512AL
Issued 4/2010

AL-DOC TB Screening Form
Revised 4/2016

© 2016 Corizon Health, Inc.