# Chronic Disease Clinic Follow-Up

Inmate Name: Lawson Nicholas
Number: 262514
Institution: Holman

List chronic diseases:
1) HepC
2) S?
3)
4)
5)
6)

Attach pharmacy profile or list current medications: _____

**Subjective:**
Asthma: # attacks in last month? ____
# short acting beta agonist canisters in last month? ____
# times awakening with asthma symptoms per week? ____
CV/hypertension (Y/N): Chest pain? ____ SOB? ____ Palpitations? ____ Ankle edema? ____
HIV/HCV (Y/N): Nausea/vomiting? ____ Abdominal pain/swelling? ____ Diarrhea? ____ Rashes/lesions? ____
Seizure disorder: # seizures since last visit? ____
Diabetes mellitus: # of hypoglycemic reactions since last visit? ____
Weight loss/gain ↓ ↑ _____ #lbs
For all diseases, since last visit, describe new symptoms: _____

Patient adherence (Y/N): with medications? ____ with diet? ____ with exercise? ____
Vital signs: Temp____ BP____ Pulse____ Resp____ Wt____ PEFR____ INR____
Labs: Hgb A1C____ HIV VL____ CD4____ Total Chol____ LDL____ HDL____ Trig____
Range of fingerstick glucose/BP monitoring: _____

**PE:**
HEENT/neck:
Heart:
Lungs:
Abdomen:
Extremities:
Neurological:
GU/rectal:
Other:

Assessment: Refused rescheduled
11/22/17

**Plan:**
Medication changes: _____
Diagnostics: _____
Labs: _____
Reviewed Lab/Procedures/Reports with pt. ☐YES ☐NO ☐N/A  Indicated Treatment Plan changes discussed ☐YES ☐NO ☐N/A
Monitoring: BP:____ X day/week/month  Glucose:____ X day/week/month  Peak flow:____ Other:____
Education provided: ☐Nutrition ☐Exercise ☐Smoking ☐Test results ☐Medication management ☐Other:____
Chronic care program:
Referral (list type): Specialist: _____
# days to next visit? ☐90 ☐60 ☐30 ☐Other:____
Discharged from CCC: [name] _____

Date/Time: 8/29/17

Advance Level Provider Signature: _____

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

NCCHC (11/06) This form is provided for the public domain and may be freely copied and used.
Revised 06/2007. Revised 10/2015. Alabama DOC as of 11/2015



**Provider Non-Medication Order Form**

FACILITY: HCF

| | |
|---|---|
| INMATE NAME: Lawson, Nicholas | DIAGNOSIS (If Changed): Dilantin |
| ID: 262514 | |
| DOB: [redacted] | |
| ALLERGIES: | |
| | PROVIDER SIGNATURE: [signed] |
| | PRINT NAME: Shawn Geohagan, C.R.N.P. |
| | DATE: 11/6/18    TIME: 0900 |
| NOTED OFF BY: Q. Wearer LPN | DATE/TIME: 11-6-18 1000 |

| | |
|---|---|
| INMATE NAME: | DIAGNOSIS (If Changed): |
| ID: | |
| DOB: | |
| ALLERGIES: | |
| | PROVIDER SIGNATURE: |
| | PRINT NAME: |
| | DATE:    TIME: |
| NOTED OFF BY: | DATE/TIME: |

*CONFIDENTIAL & PRIVILEGED*
*Quality Improvement Information*

Rev. 4/1/2018

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** STEWART, JANET

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 17332068

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

STONE, KAREN E
AA1642455

**NAME:** LAWSON, NICHOLAS BERNARD   **MRN:** 00262514
**ADDRESS:** L - L1 - 13A -   **DOB:**
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| Docusate Sod 100mg Cap (COLACE) -- DOT/COT ORDER |
|---|
| QUANTITY: 10.0000 |
| TAKE 1 CAPSULE(S) ORALLY TWICE DAILY |

**ORDER TYPE:** Profile

**WRITTEN:** 11/02/18   **REFILLS:** 0   **RX:** 17332068   Signature: _____
**START:** 11/02/18   **STOP:** 11/06/18   STONE, KAREN E
**DIAMOND:** 10   **STOCK:** 0   **BACKUP:** 0   **DEA:** AA1642455

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

**CONFIDENTIAL & PRIVILEGED**
Quality Improvement Information

Sapphire eMAR

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** MORGAN, LISA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 17121715

---

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

STONE, KAREN E
AA1642455

**NAME:** LAWSON, NICHOLAS BERNARD  **MRN:** 00262514
**ADDRESS:** L - L1 - 13A -  **DOB:** ▮
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| cloNIDine 0.1mg Tab Pur (CATAPRES) -- DOT/COT ORDER |
|---|
| QUANTITY: 14.0000 |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY |
| ORDER TYPE: Standard |

**WRITTEN:** 10/11/18  **REFILLS:** 0  **RX:** 17121715  **Signature:** _____
**START:** 10/11/18  **STOP:** 10/17/18                    STONE, KAREN E
**DIAMOND:** 14  **STOCK:** 0  **BACKUP:** 0  **DEA:** AA1642455

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

*CONFIDENTIAL & PRIVILEGED*
*Quality Improvement Information*



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** MORGAN, LISA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 17121736

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

STONE, KAREN E
AA1642455

**NAME:** LAWSON, NICHOLAS BERNARD
**MRN:** 00262514
**ADDRESS:** L - L1 - 13A -
**DOB:**
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| Ondansetron 4mg Tablet (ZOFRAN) -- DOT/COT ORDER |
|---|
| QUANTITY: 14.0000 |
| TAKE 1 TABLET(S) ORALLY TWICE DAILY AS NEEDED ONLY FOR VISIBLE EMESIS |
| ORDER TYPE: Standard |

**WRITTEN:** 10/11/18  **REFILLS:** 0  **RX:** 17121736  **Signature:** _____
**START:** 10/11/18  **STOP:** 10/17/18                                  STONE, KAREN E
**DIAMOND:** 14  **STOCK:** 0  **BACKUP:** 0  **DEA:** AA1642455

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

*CONFIDENTIAL & PRIVILEGED*
*Quality Improvement Information*



ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES



# Wexford Health SOURCES INCORPORATED

## Provider No. Medication Order Form

**FACILITY:** HCF

---

**INMATE NAME:** Lawson, Nicholas
**ID:** 262514
**DOB:** [redacted]
**ALLERGIES:**

**DIAGNOSIS (If Changed):**
CBC/D, CMP

Dr. Manuel Pouparinas

**PROVIDER SIGNATURE:** [signature]
**PRINT NAME:**
**DATE:** 8-30-18
**TIME:**

**NOTED OFF BY:** Q Weaver LPN
**DATE/TIME:** 8-30-18 0800

---

**INMATE NAME:** Lawson Nicholas
**ID:** 262514
**DOB:** 9/27/83
**ALLERGIES:**

**DIAGNOSIS (If Changed):**
UA dip
Stat CMP  notify Dr. Stone with results

**PROVIDER SIGNATURE:** [signature]
**PRINT NAME:** Shawn Geolyn
**DATE:** 10/15/18
**TIME:** 0845

**NOTED OFF BY:** L Morgan
**DATE/TIME:** 10-11-17

CONFIDENTIAL & PRIVILEGED Quality Improvement Information

Rev. 4/1/2018

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** JONES, TARA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 16568113

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

POUPARINAS, MANUEL
FP6667755

**NAME:** LAWSON, NICHOLAS BERNARD
**MRN:** 00262514
**ADDRESS:** L - L1 - 13A -
**DOB:** [REDACTED]
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| Sore Throat Loz (CEPACOL) -- DOT/COT ORDER |
|---|
| QUANTITY: 18.0000 |
| TAKE 2 LOZENGE(S) ORALLY TWICE DAILY |
| ORDER TYPE: StartFromStock |

**WRITTEN:** 08/15/18  **REFILLS:** 0  **RX:** 16568113
**START:** 08/15/18  **STOP:** 08/19/18
**DIAMOND:** 0  **STOCK:** 1  **BACKUP:** 0

POUPARINAS, MANUEL
FP6667755


Dr. Manuel Pouparinas

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** JONES, TARA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 16568115

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

POUPARINAS, MANUEL
FP6667755

**NAME:** LAWSON, NICHOLAS BERNARD    **MRN:** 00262514
**ADDRESS:** L - L1 - 13A -    **DOB:** [REDACTED]
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**RELEASE MED:** No

| Acetaminophen 325mg Tab (TYLENOL) -- DOT/COT ORDER |
|---|
| QUANTITY: 20.0000 |
| TAKE 2 TABLET(S) ORALLY TWICE DAILY |

**ORDER TYPE:** StartFromStock

**WRITTEN:** 08/15/18  **REFILLS:** 0  **RX:** 16568115
**START:** 08/15/18  **STOP:** 08/19/18
**DIAMOND:** 0  **STOCK:** 20  **BACKUP:** 0

POUPARINAS, MANUEL
FP6667755


Dr. Manuel Pouparinas

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR


Sapphire eMAR

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

TO: Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

FAX: 800-523-0008

FROM: ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

PHONE: 251-446-9570

SUBMITTED BY: JONES, TARA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

RX: 16568110

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

POUPARINAS, MANUEL
FP6667755

| NAME: | LAWSON, NICHOLAS BERNARD | MRN: | 00262514 |
| ADDRESS: | L - L1 - 13A - | DOB: | |
| ALLERGIES: | NO KNOWN DRUG ALLERGY | | |
| PROBLEMS: | | | |

RELEASE MED: No

---

**guaiFENesin 400mg Tablet (ALLFEN JR) -- DOT/COT ORDER**

QUANTITY: 14.0000

TAKE 1 TABLET(S) ORALLY TWICE DAILY

ORDER TYPE: StartFromStock

---

WRITTEN: 08/15/18   REFILLS: 0   RX: 16568110
START: 08/15/18   STOP: 08/21/18
DIAMOND: 0   STOCK: 14   BACKUP: 0


POUPARINAS, MANUEL
Dr. Manuel Pouparinas
FP6667755

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** JONES, TARA

This document is intended solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any use disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 16527416

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

POUPARINAS, MANUEL
FP6667755

**NAME:** LAWSON, NICHOLAS BERNARD   **MRN:** 00262514
**ADDRESS:** L - L1 - 13A -   **DOB:**
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**
**RELEASE MED:** No

| Tolnaftate 1% Cream (NP-27) -- KOP ORDER |
|---|
| QUANTITY: 15.0000 |
| APPLY CREAM TOPICALLY TWICE DAILY |
| ORDER TYPE: StartFromStock |

**WRITTEN:** 08/10/18   **REFILLS:** 0   **RX:** 16527416
**START:** 08/10/18   **STOP:** 09/08/18
**DIAMOND:** 0   **STOCK:** 1   **BACKUP:** 0

POUPARINAS, MANUEL
FP6667755

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR





CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

**TO:** Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

**FAX:** 800-523-0008

**FROM:** ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

**PHONE:** 251-446-9570

**SUBMITTED BY:** STRICKLAND, JESSE

This document is intented solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

**SPECIAL INSTRUCTIONS:**

**RX:** 16261467

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

STRICKLAND, JESSE

**NAME:** LAWSON, NICHOLAS BERNARD    **MRN:** 00262514
**ADDRESS:** L-L1 - 13A - -    **DOB:**
**ALLERGIES:** NO KNOWN DRUG ALLERGY
**PROBLEMS:**

**RELEASE MED:** No

| Phenytoin ER 100mg Cap (DILANTIN) -- DOT/COT ORDER |
|---|
| QUANTITY: 537.0000 |
| TAKE THREE CAPSULE(S) ORALLY IN THE MORNING >> DO NOT CRUSH << |
| ORDER TYPE: Standard |

**WRITTEN:** 07/12/18    **REFILLS:** 0    **RX:** 16261467
**START:** 07/12/18    **STOP:** 01/06/19
**DIAMOND:** 537    **STOCK:** 0    **BACKUP:** 0

STRICKLAND, JESSE

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR



CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Sapphire eMAR

ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES

# NON-CONTROLLED MEDICATION PRESCRIPTION

TO: Diamond Pharmacy Services
PO BOX 786
Indiana, PA 15701-0786

FAX: 800-523-0008

FROM: ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

PHONE: 251-446-9570

SUBMITTED BY: STRICKLAND, JESSE

This document is intented solely for the use of the recipient named herein and contains information that is confidential and subject to applicable privacy laws. If you are not the intended recipient, or the recipient's authorized agent, you are hereby notified that any usem disclosure, or copying of this document is strictly prohibited. If you have received this document in error, please notify us immediately by telephone to arrange for return of the document to us. Thank you.

SPECIAL INSTRUCTIONS:

RX: 16261480

ALHO - HOLMAN CORRECTIONAL FACILITY
866 ROSS ROAD
ATMORE, AL 36503

STRICKLAND, JESSE

NAME: LAWSON, NICHOLAS BERNARD   MRN: 00262514
ADDRESS: L-L1 - 13A - -    DOB:
ALLERGIES: NO KNOWN DRUG ALLERGY
PROBLEMS:

RELEASE MED: No

**Phenytoin ER 100mg Cap (DILANTIN) -- DOT/COT ORDER**

QUANTITY: 360.0000

TAKE TWO CAPSULE(S) ORALLY (200MG) IN THE EVENING (DO NOT CRUSH)

ORDER TYPE: Standard

WRITTEN: 07/12/18   REFILLS: 0   RX: 16261480
START: 07/12/18   STOP: 01/06/19
DIAMOND: 360   STOCK: 0   BACKUP: 0

STRICKLAND, JESSE

***CONTROLS ONLY***
Please sign the above prescription and fax to Diamond Pharmacy at 800-523-0008
Per your state policy the original hard copy should be mailed to:
DIAMOND PHARMACY SERVICES ATTN: MEDICAL DEPARTMENT SUPERVISOR





ALL PRE-PRINTED NAMES IN SIGNATURE TABLES COMPLY WITH ELECTRONC SIGNATURE GUIDELINES



**Wexford Health**
SOURCES INCORPORATED

## PROVIDER ORDERS

ADOC FACILITY

# ALHO

PATIENT NAME: Lawson, Nicholas
INMATE #: 262514   DOB: [redacted]
ALLERGIES:   ☒ NKDA

CUTOFF TIMES:
New Orders: 3:00 PM CT (4:00 PM ET)
Reorders: 4:00 PM CT (5:00 PM ET)
THE PREVIOUS DAY

---

DATE/TIME OF ORDER: 6.16.18 @ 1005   START DATE: 6.16.18   STOP DATE: 6.16.18
CHECK ONE: ☒ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER
MEDICATION NAME, STRENGTH, AND DOSAGE FORM: Ativan 1mg IM x 1 dose now
DIRECTIONS: Give 1mg IM x 1 dose now R/T seizure   KOP ☐
VERBAL ORDER: ☒   TELEPHONE ORDER: ☐
NOTED BY: D Moody LPN
DATE: 6.16.18   TIME: 1005
PROVIDER SIGNATURE: [signature] CRNP
PRINT NAME: Jesse Strickland
QUANTITY (#): 1

---

DATE/TIME OF ORDER:   START DATE:   STOP DATE:
CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER
MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
DIRECTIONS:   KOP ☐
VERBAL ORDER: ☐   TELEPHONE ORDER: ☐
NOTED BY:
DATE:   TIME:
PROVIDER SIGNATURE:
PRINT NAME:
QUANTITY (#):

---

DATE/TIME OF ORDER:   START DATE:   STOP DATE:
CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER
MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
DIRECTIONS:   KOP ☐
VERBAL ORDER: ☐   TELEPHONE ORDER: ☐
NOTED BY:
DATE:   TIME:
PROVIDER SIGNATURE:
PRINT NAME:
QUANTITY (#):

**CONFIDENTIAL & PRIVILEGED**
Quality Improvement Information



**Provider Non-Medication Order F[orm]**

FACILITY: Holman

| | |
|---|---|
| INMATE NAME: Lawson, Nicholas | DIAGNOSIS (If Changed) |
| ID: 26251 | CMP BMP |
| DOB: [redacted] | Urine Drug Screen |
| ALLERGIES: | Dilantin Serum Stat |

PROVIDER SIGNATURE: [signature] DO
PRINT NAME: Jesse Strickland
DATE: 6/16/18
TIME: 1000

NOTED OFF BY: [signature] RN
DATE/TIME: 6/16/18 1030

---

| | |
|---|---|
| INMATE NAME: | DIAGNOSIS (If Changed) |
| ID: | |
| DOB: | |
| ALLERGIES: | |

PROVIDER SIGNATURE:
PRINT NAME:
DATE:
TIME:
NOTED OFF BY:
DATE/TIME:

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information

Rev. 4/1/2018



**Wexford Health**
SOURCES INCORPORATED

## PROVIDER ORDERS

ADOC FACILITY: **ALHO**

PATIENT NAME: Lawson, Nicholas
INMATE #: 262514
DOB: [REDACTED]
ALLERGIES: NKA ☐ NKDA

CUTOFF TIMES:
New Orders: 3:00 PM CT (4:00 PM ET)
Reorders: 4:00 PM CT (5:00 PM ET)
THE PREVIOUS DAY

---

DATE/TIME OF ORDER: 6.14.18 @ 1709pm
START DATE: 6.15.18
STOP DATE: 6.21.18 / 6/25/1[?]
CHECK ONE: ☑ PROFILE ORDER / CLINIC STOCK ☐ NEW ORDER / PHARMACY ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
Bactrim DS 800-160mg PO BID x 7 days (10)

DIRECTIONS: Give one tab by mouth twice a day for 7 days. (10)
KOP ☐

VERBAL ORDER: ☐   TELEPHONE ORDER: ☐
NOTED BY: T. Hooks RN
DATE: 6.14.18   TIME: 1709pm
PROVIDER SIGNATURE: Jesse Strickland
PRINT NAME: [signature] CRNP
QUANTITY (#):

---

DATE/TIME OF ORDER:
START DATE:   STOP DATE:
CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK ☐ NEW ORDER / PHARMACY ☐ DISCONTINUE ORDER
MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
DIRECTIONS:   KOP ☐
VERBAL ORDER: ☐   TELEPHONE ORDER: ☐
NOTED BY:
DATE:   TIME:
PROVIDER SIGNATURE:
PRINT NAME:
QUANTITY (#):

---

DATE/TIME OF ORDER:
START DATE:   STOP DATE:
CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK ☐ NEW ORDER / PHARMACY ☐ DISCONTINUE ORDER
MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
DIRECTIONS:   KOP ☐
VERBAL ORDER: ☐   TELEPHONE ORDER: ☐
NOTED BY:
DATE:   TIME:
PROVIDER SIGNATURE:
PRINT NAME:
QUANTITY (#):

CONFIDENTIAL & PRIVILEGED
Quality Improvement Information



**ADOC FACILITY**

# ALHO

**PROVIDER ORDERS**

| PATIENT NAME: | Lawson Nicholas |
|---|---|
| INMATE #: | 262514 |
| DOB: | [redacted] |
| ALLERGIES: | ☑ NKDA |

**CUTOFF TIMES:**
New Orders: 3:00 PM CT (4:00 PM ET)
Reorders: 4:00 PM CT (5:00 PM ET)
THE PREVIOUS DAY

---

**DATE/TIME OF ORDER:** 6-9-18  **START DATE:** 6-9-18  **STOP DATE:** 7-9-18
**CHECK ONE:** ☐ PROFILE ORDER / CLINIC STOCK  ☑ NEW ORDER / PHARMACY  ☐ DISCONTINUE ORDER
**MEDICATION NAME, STRENGTH, AND DOSAGE FORM:** Cetaphil Soap
**DIRECTIONS:** Use as directed with shower daily  **KOP** ☐
**VERBAL ORDER:** ☑  **TELEPHONE ORDER:** ☐
**NOTED BY:** CThron RN
**DATE:** 6-9-18  **TIME:** 2000
**PROVIDER SIGNATURE:** [signature] CRN
**PRINT NAME:** Jesse Strickland
**QUANTITY (#):**

---

**DATE/TIME OF ORDER:** 6-9-18  **START DATE:** 6-10-18  **STOP DATE:** 6-19-18
**CHECK ONE:** ☑ PROFILE ORDER / CLINIC STOCK  ☐ NEW ORDER / PHARMACY  ☐ DISCONTINUE ORDER
**MEDICATION NAME, STRENGTH, AND DOSAGE FORM:** Tylenol 325mg tab
**DIRECTIONS:** Take 2 tab Bid P.O. x 10 days  **KOP** ☐
**VERBAL ORDER:** ☑  **TELEPHONE ORDER:** ☐
**NOTED BY:** CThron RN
**DATE:** 6-9-18  **TIME:** 2000
**PROVIDER SIGNATURE:** [signature] CRN
**PRINT NAME:** Jesse Strickland
**QUANTITY (#):**

---

**DATE/TIME OF ORDER:**  **START DATE:**  **STOP DATE:**
**CHECK ONE:** ☐ PROFILE ORDER / CLINIC STOCK  ☐ NEW ORDER / PHARMACY  ☐ DISCONTINUE ORDER
**MEDICATION NAME, STRENGTH, AND DOSAGE FORM:**
**DIRECTIONS:**  **KOP** ☐
**VERBAL ORDER:** ☐  **TELEPHONE ORDER:** ☐
**NOTED BY:**
**DATE:**  **TIME:**
**PROVIDER SIGNATURE:**
**PRINT NAME:**
**QUANTITY (#):**

*CONFIDENTIAL & PRIVILEGED*
*Quality Improvement Information*



**PROVIDER ORDERS**

ADOC FACILITY
**ALHO**

| PATIENT NAME: Lawson Nicholas | | |
|---|---|---|
| INMATE #: 262514 | DOB: ██████ | |
| ALLERGIES: | ☒ NKDA | |

CUTOFF TIMES:
New Orders: 3:00 PM CT (4:00 PM ET)
Reorders: 4:00 PM CT (5:00 PM ET)
THE PREVIOUS DAY

---

DATE/TIME OF ORDER: 5.29.18 @ 1930    START DATE: 5.29.18    STOP DATE: 6.9.18
CHECK ONE: ☒ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
Neomycin & Polymyxin B Sulfates and Hydrocortisone Otic Solution instill 4gtts to ®ear TID x 10 days (Redness & Drainage)

DIRECTIONS: Instill 4 gtts to ®ear TID x 10 days   KOP ☒

VERBAL ORDER: ☒    TELEPHONE ORDER: ☐
NOTED BY: DMoody LPN
DATE: 5.29.18    TIME: 1930
PROVIDER SIGNATURE: _____
PRINT NAME: Jesse Strickland

---

DATE/TIME OF ORDER: 5.29.18 @ 1930    START DATE: 5.29.18    STOP DATE: 6.9.18
CHECK ONE: ☒ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:
Tylenol 325mg po BID x 10 days for earache

DIRECTIONS: Give (2) tabs po BID x 10 days   KOP ☐

VERBAL ORDER: ☒    TELEPHONE ORDER: ☐
NOTED BY: DMoody LPN
DATE: 5.29.18    TIME: 1930
PROVIDER SIGNATURE: _____
PRINT NAME: Jesse Strickland

---

DATE/TIME OF ORDER:    START DATE:    STOP DATE:
CHECK ONE: ☐ PROFILE ORDER / CLINIC STOCK   ☐ NEW ORDER / PHARMACY   ☐ DISCONTINUE ORDER

MEDICATION NAME, STRENGTH, AND DOSAGE FORM:

DIRECTIONS:    KOP ☐

VERBAL ORDER: ☐    TELEPHONE ORDER: ☐
NOTED BY:
DATE:    TIME:
PROVIDER SIGNATURE:
PRINT NAME:

*CONFIDENTIAL & PRIVILEGED Quality Improvement Information*