# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| NICHOLAS LAWSON, ) | |
| AIS# 262514, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO.: |
| ) | 1:17-CV-403-JB-B |
| C.O.I. JONES, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COME NOW** the Defendants, Lt. Dailey and Officer Gilbert Jones, by and through undersigned counsel and pursuant to Rule 56(b), Fed.R.Civ.P. hereby move this Honorable Court to enter an Order granting summary judgment in their favor on all claims presented against them in Plaintiff's complaint. As grounds therefore, Defendants state that there are no genuine issues as to any material fact with respect to allegations in Plaintiff's complaint and as such, Defendants are entitled to summary judgment as a matter of law. In support of this Motion for Summary Judgment, Defendants respectfully rely upon Defendant's Special Report filed on February 15, 2019.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

 /s/ J. MATT BLEDSOE
J. MATT BLEDSOE (BLE006)
Assistant Attorney General
Counsel for Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, Alabama 36130
334-242-7443 (T)
334-253-8400 (F)
Matt.Bledsoe@AlabamaAG.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the December 4, 2019, filed the foregoing with the Clerk of the Court, using the ECF filing system, and that I have further served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Nicholas Lawson
AIS# 262514
St. Clair Correctional Facility
1000 St. Clair Road
Springville, AL 35146

    /s/ J. MATT BLEDSOE
    OF COUNSEL